FILED MAY 13 '08 13:34 USDCRI

**NOTICE OF APPEAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND FROM A JUDGMENT OR ORDER OF THE BANKRUPTCY COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES DISTRICT BANKRUPTCY COURT FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: CUMBERLAND INVESTMENT CORPORATION** **CA. NO. 89-11051**

**NOTICE OF APPEAL**

Notice is hereby given that Harold F. Chorney, Petitioner, with property interests in the above captioned matter, without assistance of counsel, hereby appeals to the United States District Court of the District of Rhode Island from the final judgment, of the Bankruptcy Court for the District of Rhode Island on May 8, 2008, [docket #1007] denying MOTION TO CLARIFY, [docket #966] dated August 3, 2007 and denying petitioner standing, [Hearing May 7, 2008] as argued in PETITIONER'S OFFER OF PROOF CONCERNING STANDING, dated April 18, 2008.

Respectfully submitted,

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02919
401 934-0536