***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

# *APPEAL COVER SHEET*

1. BK. # **1:89-bk-11051** D.C./BAP No.

2. Title of Bankruptcy Case **Cumberland Investment Corporation**

3. Appellant: Harold Chorney
Name of Counsel for Appellant(s): Pro Se
Address: 16 Spring Drive, Johnston RI 02919 (401) 934-0536

4. Appellee: Jason Monzack
Name of Counsel for Appellee(s): Jason Monzack
Address: Kirshenbaum & Kirshenbaum, 888 Reservoir Avenue, Cranston, RI 02910 (401) 946-3200

5. Additional Counsel: Edward J. Bertozzi for John F. Cullen, Edwards & Angell 2800 Financial Plaza, Providence RI 02909
Office of the US Trustee , 10 Dorrance Street, Providence, RI 02903
401-528-5551

6. Related Case(s) on Appeal: YES X NO

7. Special Comments: