Form A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Cumberland Investment Corporation :

Debtor(s) :

BK No. 89-11051
Chapter 7

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

__X__ Appeal Coversheet

__X__ The Notice of Appeal and Appellant's Election Form

__X__ Copy of Bankruptcy Court Order dated 5/8/2008

_____ Other____________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 5/23/2008 . The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 5/13/2008

By: cal
Deputy Clerk