Form C

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - *

In re: Cumberland Investment :
Corporation
: BK No. 89-11051
Chapter 7
(Debtor) :

- - - - - - - - - - - - - - - - - *

# Notice of Transmission of Record on Appeal

Please be advised on this date the Appeal in this case from the order dated 5/8/5008, was forwarded to the U.S. District Court, District of Rhode Island.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 7/7/2008

By: cal
Deputy Clerk