Form D

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Cumberland Investment Corporation<br><br>Debtor(s) | BK No. 89-11051<br>Chapter 7 |

## CLERK'S CERTIFICATE

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the items included in this transmission are:

(1) the documents in the electronic file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record; and

(2) the Court's electronic docket for this case.

Witness my hand and the Seal of said Court at Providence in said District, the 7th Day of July A.D. 200__.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 7/7/2008

By: cal
Deputy Clerk