Case 1:08-cv-00189-ML Document 5-3 Filed 07/09/2008 Page 1 of 1

US Bankruptcy Court, DRI

## US Bankruptcy Court, DRI

Home | Profile | Register | Active Topics | Members | Search | FAQ

Username: Password: LOGIN

Save Password

All Forums
Calendars
Court Calendar
Wednesday May 7, 2008

Forum Locked
Printer Friendly

**Author** **Topic**

**Holly**
Moderator

24 Posts

Posted - 05/02/2008 : 11:37:24

10:00

Donecker M/MERS, Inc. RFS Kiselica Bijesse 08-10162
West M/IndyMac Bank RFS Walsh Hunter 08-10704

Niemszyk Trustee's Status Report Ferrara Graham 03-12571

Chanthavong Reaffirmation Agreement Hunter Geremia 08-10511
O'Keefe Reaffirmation Agreement Simonian Ferrara 08-10910
Stabile Reaffirmation Agreement Hart Geremia 08-10371

Faiola M/Modify Plan Pisaturo Boyajian 07-12283

Antex, Inc. M/Plaintiff Summary Judgment Richardson Boyajian Stanford
Defendant's Objection Berman Levin 05-13541 07-1027

Cumberland Trustee's Commission Bertozzi Monzack Cullen Chorney
Investment Fee Aplc Edwards, Angell Donahue 89-11051
Fee Aplc John Cullen
Fee Aplc Monzack
M/Chorney Clarify

1:00

Bess Eaton Request Fees Debtor's Attorney Shine Schreck Donahue 04-10630

Gencarelli Request Fees Debtor's Attorney Mulhearn Ferrucci Schreck
Donahue
04-10682

Edited by - Holly on 05/07/2008 09:30:52

**Topic**

Forum Locked
Printer Friendly

**Jump To:** Select Forum

US Bankruptcy Court, DRI

© © 2000 - 2001 Snitz Communications

Snitz Forums 2000