FILED MAY 13 '08 13:34 USBCRI

May 13, 2008

Arthur N. Votolato
U.S. Bankruptcy Judge
380 Westminster Mall
Providence, R.I. 02903

In Re: Cumberland Investment Corporation **HAND DELIVERED**:
89-11051

On November 3, 2004, the court issued an order stating that "effective immediately, the Clerk of Court shall decline to accept any filings from Harold Chorney, unless such filing has first been presented to Chambers and is specifically authorized by the Court for filing." Said order also indicated that Petitioner was "hindering the Trustee in performing his duty to conclude this case."

In light of this November 3, 2004, decision, Petitioner is hand delivering for your authorization to present to the Clerk of Court, a NOTICE OF APPEAL of judgments entered at the May 7, 2008, Hearing.

Copy of said Notice of Appeal is enclosed.

In light of the fact that this Notice of Appeal has to be filed within 10 days of the entry of judgment and that the Designation of the Record and Statement of the Issues is subject to be filed 10 days from the Notice of Appeal, I await your response.

If no response is received, I will assume the date of the Notice of Appeal to be filed on May 13, 2008, with the Clerk of the Court.

Sincerely,
Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02919
401 934-0536