***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Cumberland Investment Corporation**<br>Debtor(s) | BK No. **1:89-bk-11051**<br>Chapter 7 |

***Order For Written Position***

**Re: Documents #995 & #996 Responses filed by Harold Chorney**

With respect to the above-entitled matter, **UST**, is hereby **ORDERED** to file a written position regarding **Responses Doc #995 & #996** filed by **Harold Chorney**, with this Court no later than **5/6/2008**, with proper certification to all interested parties.

***ORDER:***

BY: **CAL**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **5/1/08**

Entered on Docket: **5/1/08**
Document Number: **999 – 996**

124.jsp #124

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Cumberland Investment Corporation**<br>Debtor(s) | BK No. **1:89–bk–11051**<br>Chapter 7 |

***<u>Order For Written Position</u>***

**Re: Documents #995 and #996 Responses filed by Harold Chorney**

With respect to the above–entitled matter, **Edward Bertozzi** , is hereby **ORDERED** to file a written position regarding **Responses (Doc #995 &#996)** filed by **Harold Chorney** , with this Court no later than **5/6/2008** , with proper certification to all interested parties.

***ORDER:***

BY: **CAL**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **5/1/08**

Entered on Docket: **5/1/08**
Document Number: **997 – 995, 996**

124.jsp #124

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Cumberland Investment Corporation**<br>Debtor(s) | BK No. **1:89–bk–11051**<br>Chapter **7** |

***Order For Written Position***

**Re: Documents #995 & #996 Responses Filed by Harold Chorney**

With respect to the above–entitled matter, **Jason Monzack** , is hereby **ORDERED** to file a written position regarding **Responses (Doc #995 & #996)** filed by **Harold Chorney** , with this Court no later than **5/6/2008** , with proper certification to all interested parties.

***ORDER:***

BY: **CAL**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **5/1/08**

Entered on Docket: **5/1/08**
Document Number: **998 – 996**

124.jsp #124