April 24, 2008

Arthur N. Votolato
U.S. Bankruptcy Judge
380 Westminster Mall
Providence, R.I. 02903

In Re: Cumberland Investment Corporation 89-11051

**RESTRICTED DELIVERY**

In reference to the POSITION AND SUPPLEMENT TO POSITION OF CHAPTER 7 TRUSTEE JASON D. MONZACK TO HAROLD F. CHORNEY'S MOTION TO CLARIFY FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP (DOCKET No. 966), Petitioner requests the court examine Petitioner's response and requests permission to send the enclosed response to the parties on the service list.

Sincerely,

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02919
401 934-0536
hfchorney@earthlink.net

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: CUMBERLAND
INVESTMENT CORPORATION

CA. NO. 89-11051

**HAROLD F. CHORNEY'S COMMENTS ON POSITION AND SUPPLEMENT TO POSITION OF CHAPTER 7 TRUSTEE JASON D. MONZACK TO HAROLD F. CHORNEY'S MOTION TO CLARIFY FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP (DOCKET No. 966)**

Now comes Harold F. Chorney, pro se, a petitioner with property interests and an interested party in the above captioned matter and requests the court review material presented concerning fees of professionals and other matters, including the First and Final Application for Fees and Expenses of Edwards Angell Palmer & Dodge LLP.

Petitioner states that Harold F. Chorney has raised new, valid and previously undecided issues in his Offer of Proof Concerning Standing.

1. Chapter 7 Trustee Jason D. Monzack has admitted certain records, including the yellow notebooks, could not be located by the U.S. Attorney and that some $300,000 to $400,000 in assets seized by John F. Cullen, Esq, were missing.

2. Repeated attempts to obtain an inventory and detailed disposition

of the assets of the estate of C.I.C. were virtually without success.

3. There is no doubt that Pre-Columbian golden frog amulets of great value and possibly other items of value, personal items belonging to Harold F. Chorney, are missing.

4. Rather than responding and clarifying the billing items Harold F. Chorney has raised in these matters and rather than assisting in locating and/or explaining the circumstances surrounding Harold F. Chorney's missing items, Chapter 7 Trustee Jason D. Monzack has in his "position" developed and deployed a smokescreen of quotations of prior orders against Harold F. Chorney.

5. In his obvious attempt to fog over the validity of the new and substantive issues and the billing questions raised by Harold F. Chorney, Chapter 7 Trustee Jason D. Monzack states at the outset of his "position" that "Mr. Chorney's motion must be placed in context".

6. Then, Chapter 7 Trustee Jason D. Mozack, under the guise of placing Harold F. Chorney's Motion in context, fills the body of his "position" with numerous prejudicial citations of previous orders, none of which concern the present issues raised, and all of which were already well known to this Court. Indeed, this Court issued them.

**WHEREAS,** these issues and requests for clarification of billings should be heard and addressed on their merits and not smothered with numerous prejudicial quotations from prior unrelated sanctions and orders against Harold F. Chorney.

Respectfully Submitted

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02903
401 934-0536

**CERTIFICATION**

I hereby certify that on this ______day April 2008, I sent a copy of the above by first class mail to the following:

Arthur N. Votolato, Judge
380 Westminister Mall
6th Floor
Providence, R.I. 02903

Edward J. Bertozzi, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Jason D. Monzack , Esq.
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, R.I. 02910

Leonard DePasquale, AUST
Office of the U.S. Trustee
10 Dorrance Street
Providence, R.I. 02903

John F. Cullen, Esq.
Law Office of John F. Cullen, PC
17 Accord Park Drive, Ste 103
Norwell, MA 02061

John Fitzgerald, III, Esq.
United States Trustee
Thomas P. O'Neill, Jr. Federal Office Bldg.
10 Causeway Street, Room 472
Boston, MA 02222-1043

John Boyajian, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, R.I. 02906

Matthew J. McGowan, Esq.
Salter McGowan, Sylvia & Leonard
321 South Main Street
Providence, R.I. 02903

HAROLD F. CHORNEY