***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626–3100***

**Re: Cumberland Investment Corporation**

Debtor(s)

BK No. 1:89-bk-11051

Chapter: 7

# ***Notice of Continued Hearing***

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

***Hearing Rescheduled by the Court re [931] Application for Final Compensation filed by Edwards Angell Palmer & Dodge LLP, [943] Application for Commission filed by Trustee Jason Monzack, [951] Application for Final Compensation filed by John Cullen, [956] Amended Application filed by Trustee Jason Monzack, [959] Response filed by Creditor Michael P. Miller, [960] Objection filed by Creditor Frederick J. Coor. [966] Motion to Clarify filed by Harold Chorney, [967] Memorandum filed by Harold Chorney, [975] Response filed by Trustee Jason Monzack, [984] Response filed by U.S. Trustee, [971] Document filed by Interested Party Edwards Angell Palmer & Dodge LLP. Hearing rescheduled for 5/7/2008 at 10:00 AM at 6th Floor Courtroom. Please cancel the 5/8/08 hearing date previously set.***

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 4/8/08
Document Number: 989 - 931, 943, 951, 956, 959, 960, 966, 967, 971, 975, 984

By: LLC
Deputy Clerk