**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: CUMBERLAND**

**CA. NO. 89-11051**

**INVESTMENT CORPORATION**

**PETITIONER'S MOTION TO ASSIST AND HELP THE COURT CONCERNING THE FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP**

Now comes Harold F. Chorney, pro se, a petitioner with property interests and an interested party in the above captioned matter and requests the court review material presented concerning the First and Final Application for Fees and Expenses of Edwards Angell Palmer & Dodge LLP.

Respectfully Submitted

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02903
401 934-0536

## AMMENDED CERTIFICATION

I hereby certify that on this 27th day March 2008, I hand delivered a copy of the above to Judge Votolato and Edward Bertozzi, listed below and sent a copy of the above by first class mail to the following:

Arthur N. Votolato, Judge
380 Westminster Mall
6th Floor
Providence, R.I. 02903

Edward J. Bertozzi, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Jason D. Monzack
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, R.I. 02910

Leonard DePasquale, AUST
Office of the U.S. Trustee
10 Dorrance Street
Providence, R.I. 02903

John F. Cullen
Law Office of John F. Cullen, PC
17 Accord Park Drive, Ste 103
Norwell, MA 02061

United States Trustee
Thomas P. O'Neill, Jr. Federal Office Bldg.
10 Causeway Street Room 472
Boston, MA 02222-1043

Harold F. Chorney

HAROLD F. CHORNEY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: CUMBERLAND
INVESTMENT CORPORATION

CA. NO. 89-11051

# PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ASSIST AND HELP THE COURT CONCERNING THE FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP

Now comes Harold F. Chorney, pro se, a petitioner with property interests and an interested party in the above captioned matter and requests the court review material presented concerning the First and Final Application for Fees and Expenses of Edwards Angell Palmer & Dodge LLP.

Petitioner states for cause that it is about time that a full and proper accounting of the estate be given to all parties in this case. Petitioner presents to the court Exhibits to aid the court to obtain a proper accounting of estate assets. For reasons unknown, some of the billings in these exhibits, according to service listings, are and/or have been in the possession of the following court officers: Mr. Bertozzi, Mr. Cullen, Mr. Monzack, Mr. Boyajian, Mr. McGowan, Mr. Weingarten, and the U.S. Trustee's office in Boston, yet none of these court officers have come forth with these billings.

## I. EXHIB ITS PRESENTED:

### A. EXHIBIT 1, COURT ORDER, DATED DECEMBER 12, 1990

A court order, was signed by Arthur N. Votolato, on December 12, 1990 Docket entry 224, dated 12/13/1990 states, "Order Granting [206-1] Amended Motion re [196-1 Motion to authorize borrowing pursuant to Section 364(c)(1) and for nunc pro tunc authorization by John F. Cullen. Signed On 12/12/90 SEE ORDER FOR DETAILS..." (See Petitioner's Exhibit 1.) Mr. Bertozzi was a signatory to this court ORDER, dated December 12, 1990 (Exhibit 1), and at times was the attorney for both the Trustee and the Examiner.

1. According to Paragraph E. on page 2 of Exhibit 1.,

"Eastland previously advanced $75,000 to the Trustee which was used by the Trustee to pay for a portion of the Trustee's Expenses."

2. According to paragraph 2. On page 4 of Exhibit 1.,

"The Trustee is hereby authorized to borrow up to $400,000 from Eastland in accordance with the terms and provisions hereof and in accordance with the terms and provisions of the Post-Petition Financing Agreement."

**No accounting of loans made by Eastland to Trustee have been disclosed to Petitioner or to the creditors of the estate of C.I.C.**

3. According to paragraph 10. On page 8 of Exhibit 1.,

"The Trustee and Eastland shall establish an escrow account at Eastland into which all advances made by Eastland to the Trustee, and all proceeds from the sale of Post-Petition Collateral, shall be deposited (the "Escrow

Account"). The Trustee shall cause such funds to be distributed in the order and manner as follows: 1) $70,000 to the Examiner and $14,000 to his Counsel to pay previously approved administrative claims; 2) $75,000 plus interest to Eastland to be applied to that portion of the Post-Petition Debt previously advanced to the Trustee; 3) the Trustee's subsequent fees and expenses, and other administrative expenses subject to further order of this court; 4) to Eastland to be applied against the Post-Petition Debt initially to (a) accrued and accruing interest (at a rate set forth in the Post-Petition Financing Agreement, fluctuating as set for the therein), (b) then to all fees and expenses provided for in the Financing Agreement, and (c) then to the unpaid principal balance of the Post-Petition Debt; 5) the remaining proceeding will be held in the Escrow Account subject to further order of this Court."

**No accounting of the Post-Petition distribution of funds to the Examiner or to Mr. Bertozzi has been made. The lack of accounting can only beg the question as to whether Mr. Bertozzi or others have received any remuneration from this fund for their services.**

**B. Exhibit 2, FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGEL PALMER DODGE LLP**

1. Said application of EAPD requests fees and expenses for the period of August 23, 1990 through August 29, 1991.

2. Said application of EAPD states in paragraph 8, page 2:

"EAPD is not seeking payment for $35,921.36 in fees for services rendered to the Trustee during the period August 30, 1991 through December 22, 1993 because, due to a glitch in transferring data to a new computer, EADP cannot recover the data as to individual time entries for that period, although the computer does show the data to the aggregate amount of fees for said period."

**No mention of any remuneration to EAPD from the funds authorized to be advanced by Eastland to the Trustee.**

**C. Exhibit 3, EDWARDS & ANGEL BILLINGS TO TRUSTEE AND EXAMINER FROM AUGUST 31, 1991 THROUGH NOVEMBER 29, 1993**

1. This group of billings by EAPD to the Examiner and Trustee was to the best of Petitioner's knowledge given to the Examiner, Michael Weingarten; Chapter 11Trustee, John F. Cullen; Petitioner, Harold F. Chorney; John Boyajian, attorney for C.I.C. Matthew McGowan, attorney for the Creditors Committee and the clerk of bankruptcy court.

**Despite all the parties who received copies of the Bertozzi billings, no one except Petitioner has come forward with knowledge of or producing this set of billings.**

**D. EXHIBIT 4, OCTOBER 26, 2007, FINAL APPLICATION OF FORMER CHAPTER 11 TRUSTEE, JOHN F. CULLEN FOR ALLOWANCE OF COMPENSATION & REENBURSEMENTS.**

1. This October 26, 2007 Billing references the Court Order referred to in Exhibit 1., listed above. Paragraph 3. of the October 26, 2007 billing application states:

"Pursuant to the post Petition Financing Agreement between the Trustee and Eastland Bank and this Court's Order Authorizing Borrowing Pursuant to §§326 and 330 of the Code, Trustee requests herein a final allowance for services rendered as Chapter 11 Trustee."

**Despite the fact that Petitioner is a party to the Court Order, dated December 12, 1990, Petitioner has not been able to obtain an accounting of the funds borrowed or used by the Chapter 11, Trustee. Petitioner**

**has no idea as to what compensation and reimbursement of expenses has already been paid to the Chapter 11, Trustee, John F. Cullen; the Examiner, Michael Weingarten; their attorney, Edward Bertozzi and others from the money borrowed or from Eastland Bank and possibly other sources.**

E. **EXHIBIT 5, AFFIDAVIT OF JOHN F. CULLEN, DATED 9/26/91, BILLING FROM 9/28/90 TO 9/25/91 FOR $50,643.50.**

1. According to the Certificate of Service, dated 9/26/91, Kathleen T. Ong, Esquire, signed on behalf of Cullen & Resnick, the service to Jonathan F. Oster, attorney for Petitioner; Edward J. Bertozzi, EDWARDS & ANGEL, attorney for the Chapter 11, Trustee, John F. Cullen; and the United States Trustee, 472 O'Neill Federal Office Building, 10 Causeway Street, Boston, Massachusetts 02222.

**Despite the fact that Mr. Bertozzi and Edwards and Angel and the U.S. Attorney received the 9/26/91 billing, only Petitioner has come forward with this billing, despite being gagged by the court. See In Re: Cumberland Investment Corporation ON APPEAL FROM A JUDGMENT OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF RHODE ISLAND, DATED NOVEMBER 1, 2007, PAGES E-247 to E-255.**

## II. DISCUSSION

Petitioner compared (Exhibit 4 above), the Cullen Billing dated October 26, 2007, with the billings of his attorney, Edward Bertozzi, both the August 1990 to August 1991 , (Exhibit 2 above) and the August 1991 to November 29, 1993, (Exhibit 3 above).

A comparison of the billings show inconsistencies between the Cullen and

Bertozzi billings on both the billings produced by Mr. Bertozzi in Exhibit 2, as well as the billing allegedly lost by Mr. Bertozzi in Exhibit 3.

Listed below are some examples of these inconsistencies:

1. The Cullen billing, dated 6/17/91, shows a conference between Cullen and Bertozzi while the Bertozzi billing for the same date shows the meeting between Bertozzi and Weingarten.

2. The Cullen billing, date 7/11/91, shows a meeting between Cullen and Bertozzi while the Bertozzi billing for the same date shows the meeting between Bertozzi and Baverstam.

3. The Cullen billing, dated 7/19/91, shows a conference between Cullen and Bertozzi while the Bertozzi billing for the same date shows the conference between Bertozzi and Baverstam.

4. The Cullen billing, dated 7/23/91, shows a conference between Cullen and Bertozzi while the Bertozzi billing for the same date shows no conference but a letter sent to Cullen by Bertozzi.

5. The Cullen billing, dated 7/24/91, shows a conference between Cullen and Bertozzi while the Bertozzi billing for the same date shows no conference between Cullen and Bertozzi.

6. The Cullen billing, dated 7/30/91, shows a meeting between Cullen and Bertozzi while the Bertozzi billing for the same date shows the meeting to be between Bertozzi and Weingarten.

7. The Cullen billing, dated 8/1/91, shows a meeting between Cullen and Bertozzi while the Bertozzi billing of the same date shows the meeting between Bertozzi and Weingarten. Although Mr. Resnick was there, there is no indication that Mr. Cullen was present according to the Bertozzi billing.

8. The Cullen billing, dated 8/2/91, shows a conference between Cullen and Bertozzi while the Bertozzi billing of the same date shows the conference was between Mr. Bertozzi and Ms. Serreze, then attorney for Eastland Bank.

9. The Cullen billing, dated 8/5/91, shows Cullen researching issues with Bertozzi while the Bertozzi billing of the same date shows Mr. Bertozzi researching the issues, with no Cullen present.

10. The Cullen billing, dated 8/6/91, shows Cullen in a conference with Bertozzi and Silverstein while the Bertozzi billing of the same date shows Mr. Bertozzi in a conference with Mr. Silverstein without Mr. Cullen being present.

11. The Cullen billing, dated 8/15/91, shows Cullen in a conference with Bertozzi and McGown while the Bertozzi billing of the same date shows Mr. Bertozzi in a conference with Mr. Weingarten and Mr. Resnick.

12. The Cullen billing, dated 8/22/91, shows Cullen and Bertozzi in a conference while the Bertozzi billing of the same date shows Bertozzi in a conference with a coin claimant.

13. The Cullen billing, dated 8/26/91, shows Cullen in a conference with Bertozzi while the Bertozzi billing of the same date shows Bertozzi in a conference with Baverstam.

14. The "lost Bertozzi billing", dated 9/3/91, shows Bertozzi in a conference with Cullen while the Cullen billing of the same date shows no conference between Bertozzi and Cullen.

15. The "lost Bertozzi billing", dated 9/5/91, shows Bertozzi in a conference with Cullen and Weingarten while the Cullen billing of the same date shows no conference between Bertozzi and Cullen.

16. The "lost Bertozzi billing", dated 9/30/91, shows Bertozzi in a conference with Cullen while the Cullen billing of the same date shows no conference between Bertozzi and Cullen.

17. The "lost Bertozzi billing", dated 11/12/91, shows Bertozzi in a conference with Cullen while the Cullen billing of the same date shows no conference between Bertozzi and Cullen.

18. The "lost Bertozzi billing", dated 12/6/91, shows Bertozzi in a conference with Cullen while the Cullen billing of the same date shows no conference between Bertozzi and Cullen.

19. The "lost Bertozzi billing", dated 2/13/92, shows Bertozzi in a conference with Cullen while the Cullen billing of the same date shows no conference between Bertozzi and Cullen.

20. The "lost Bertozzi billing", dated 2/10/92, shows Kumins served a motion to examine Chorney while the Cullen billing of the same date shows Cullen preparing a motion for rule 2004 Exam with Bertozzi.

## III. ARGUMENT:

There are numerous inconsistencies in the billings of Mr. Bertozzi and Mr. Cullen as evidenced above. There are missing billings and what appears to be fabricated billings presented to the court for approval some fourteen (14) years after the services of these "professionals" have been performed.

Disclosure from the missing Bertozzi billings indicate that Mr. Bertozzi met with Mr. Posner, AUSA on numerous occasions. The allegations of Petitioner that Mr. Posner was a party to the civil bankruptcy and was involved in Mr. Bertozzi in drawing up court orders is bolstered by the 2/13/92 billing, "conference with Posner on Chorney orders" and the 9/17/92 billing, "conference with Posner; review indictment…"

In addition to the problems raised above, there are others. To date no billings from Mr. Boyajian, attorney for Cumberland Investment Corporation, or from Mr. McGowan, attorney for the Creditors' Committee

have been submitted.

There appears to be no accounting of the funds and assets used to fund the Court Order, dated December 12, 1990.

There is no listing of the assets seized by the Chapter 11 Trustee on August 17, 1990 and August 23, 1990. It has recently come to light that all the videos concerning these assets have not been made available to Petitioner. Assets of the estate are missing and creditors have been prevented from receiving their due.

**WHEREFORE,** in light of the above, Petitioner requests an accounting of amount(s) paid to EAPD in accordance with paragraph 10 of Court Order, dated December 12, 1990 for services rendered to either Cambridge Meridian Group or to Trustee, John F. Cullen or firm of Cullen & Resnick.

In addition, Petitioner seeks that the Court require attorney for the Chapter 11 Trustee, Edwards, Angell, Palmer & Dodge LLP (EAPD) provide Petitioner with a stipulation that EAPD is responsible for their actions during all time periods during the Cumberland Investment Corporation case despite the lack of billing for the time period of August 30, 1991, through December 22, 1993.

Furthermore, Petitioner requests the Court issue a "comfort order" that any claim need not be pursued in the bankruptcy proceeding and states for

cause that the Petitioner has alerted the Court to the existence of claims, that the gag order of November 3, 2007 be removed and any other remedy the court meets just and fair.

Respectfully Submitted

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02903
401 934-0536

**AMMENDED CERTIFICATION**

I hereby certify that on this 27th day March 2008, I hand delivered a copy of the above to Judge Votolato and Edward Bertozzi, listed below and sent a copy of the above by first class mail to the following:

Arthur N. Votolato, Judge
380 Westminster Mall
6th Floor
Providence, R.I. 02903

Edward J. Bertozzi, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Jason D. Monzack
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, R.I. 02910

Leonard DePasquale, AUST
Office of the U.S. Trustee
10 Dorrance Street
Providence, R.I. 02903

John F. Cullen
Law Office of John F. Cullen, PC
17 Accord Park Drive, Ste 103
Norwell, MA 02061

United States Trustee
Thomas P. O'Neill, Jr. Federal Office Bldg.
10 Causeway Street Room 472
Boston, MA 02222-1043

Harold F. Chorney

HAROLD F. CHORNEY

EXHIBIT I.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re | : | |
| | : | |
| CUMBERLAND INVESTMENT CORPORATION, Debtor | : | Chapter 11 |
| | : | Case No. 89-11051-ANV |
| | : | |

EXHIBIT I

**ORDER**

Upon the annexed Expedited Motion of John F. Cullen, the duly appointed Chapter 11 Trustee (the "Trustee"), dated October ____, 1990 (the "Motion") for the entry of an Order authorizing the Trustee to borrow money from Eastland Bank ("Eastland") and authorizing the Trustee to incur secured and priority administration indebtedness under Section 364(c) of the Bankruptcy Code (the "Code") to Eastland; the Court having examined the Motion and the exhibits attached thereto and conducted a hearing with respect thereto,

THE COURT FINDS AS FOLLOWS:

A. On December 6, 1989, the debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Petition"), and an order for relief was entered with respect thereto. Pursuant to Section 1108 of the Code, the debtor was authorized to retain possession of its assets and to operate its business.

B. On December 18, 1989, Michael Weingarten was appointed the Examiner (the "Examiner").

Attest to
True Copy

James M. Lynch
Clerk

By ______________
Deputy Clerk

E-282

C. On August 9, 1990 the Court entered an Order granting various forms of relief including the appointment of a Chapter 11 Trustee. John F. Cullen was appointed the Chapter 11 Trustee (the "Trustee").

D. An immediate need exists for the Trustee to obtain funds to pay for the Move (the removal by the Trustee of Debtor's assets and records from Debtor's business premises), the process of liquidation of the debtor's assets, to pay for administrative claims previously authorized per Order of Court and to pay for other additional administrative payments accruing subsequent to the Trustee's appointment (the "Trustee's Expenses").

E. Eastland previously advanced $75,000 to the Trustee which was used by the Trustee to pay for a portion of the Trustee's Expenses. The advance to the Trustee was conditioned upon the Trustee agreeing to immediately move for nunc pro tunc relief to grant Eastland a first position, secured, priority, administrative claim pursuant to 11 U.S.C. Section 364(c)(1) of The Bankruptcy Code in the amount of $75,000.

F. The Trustee is unable to obtain the required funds to pay for the Trustee's Expenses and/or additional administrative claims, to be approved by the Court, in the form of unsecured credit as a claim which would be allowable under Section 503(b)(1) of the Bankruptcy Code or as an administrative expense pursuant to Section 364(a) or (b) of the Bankruptcy Code.



E-283

G. Eastland has filed a Motion to Approve Secured Claim (the "Motion") wherein it claims a duly perfected first position, security interest in substantially all assets of the debtor (the "Collateral"), to secure the payment of pre-petition debt and, therefore, the Trustee is unable to borrow funds on a secured basis.

H. Eastland has not consented, and will not consent, to the Trustee's use of ("Cash Collateral") as that term is defined under 11 U.S.C. §363 and will not consent to loan any additional money to the Trustee unless and until the within Order is entered which includes a provision for the granting of nunc pro tunc relief pursuant to 11 U.S.C. §364(c)(1) regarding the $75,000 previously loaned to the Trustee.

I. Eastland is willing to lend additional money and extend new credit to the Trustee provided Eastland is granted the protections set forth in this Order, including nunc pro tunc authorization, and is assured that such actions and forbearance will not waive or otherwise prejudice the rights of Eastland.

J. Good cause has been shown for the entry of this Order and it is in the best interest of the estate and its creditors.

K. The terms of the borrowing authorized hereby are fair and reasonable under the circumstances and meet all the requirements of 11 U.S.C. §364(e) including that such credit be extended in good faith.



E-284

WHEREFORE, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The factual findings contained in the preamble to this Order are incorporated herein by this reference thereto, and the Trustee and Eastland and Gerald Aubin and Harold Chorney consent and stipulate thereto.

2. The Trustee is hereby authorized to borrow up to $400,000 from Eastland in accordance with the terms and provisions hereof and in accordance with the terms and provisions of the Post-Petition Financing Agreement.

3. As security for all of Eastland's post-petition loans or post-petition advances previously made, or to be made, to the Trustee (the "Post-Petition Debt"), Eastland is hereby granted a first priority, valid, perfected and enforceable security interest in and lien upon any and all assets of the estate, of whatever kind and nature, as that term is defined pursuant to 11 U.S.C. §541, except as otherwise provided in paragraph 21 hereof, including but not limited to the following assets now owned or after acquired and the proceeds (including, without limitation, insurance proceeds) and products thereof: all contract rights, accounts, accounts receivable, equipment, inventory, machinery, causes of action, tangibles, intangibles, real estate, any and all assets recovered or recoverable by the Trustee pursuant to 11 U.S.C. §§542, 543, 544, 547, 548 and 549, and any claims accruing to the debtor on or after the Filing Date (the "Post-Petition Collateral").



E-285

4. Eastland's first priority, valid, perfected and enforceable security interest in and lien upon the Post-Petition Collateral shall be prior to any lien or interest claimed by any party to secure all loans made to the Trustee up to $400,000.

5. The security interest and liens granted hereunder shall be: (a) in addition to any security interests, liens and rights of set-off found by this Court to be existing in favor of Eastland as of the Filing Date; (b) valid, perfected, enforceable and effective as of the Filing Date without the requirement of any further action by the Trustee or Eastland and without the execution, filing or recordation of any financing statements, security agreements, mortgages, deeds or any other actual documents and (c) senior at all times to the rights of the debtor, any successor debtor in possession, the Trustee or any Successor Trustee.

6. If in Eastland's sole discretion, after the occurrence of a default under the Post-Petition Financing Agreement, or the terms of any subsequent agreement between the Trustee and Eastland, or after the termination of any of the Post-Petition Financing Agreements, it is necessary for Eastland to exercise its rights in order to effect repayment of the Post-Petition Debt, Eastland shall give the Trustee, his counsel, counsel for the Official Creditors' Committee and the United States Trustee written notice thereof and shall apply to the Court for an emergency hearing. The Trustee



E-286

consents to an expedited hearing not more than five (5) business days after the date of such notice and application. Pending such hearing, (a) the Trustee shall have full rights to cure such default, (b) Eastland shall have no obligation to advance further funds to the Trustee, and (c) the Trustee shall have no right to use any Cash Collateral claimed by Eastland pending such hearing without Eastland's express written consent.

7. In the event of (i) the Trustee's failure to fully perform any of his obligations as provided in this Order and after notice of same by Eastland to the Trustee and his counsel; (ii) the conversion of the Debtor's Chapter 11 case to a case under Chapter 7 of the Code; or (iii) the dismissal of the Debtor's Chapter 11 case or any subsequent case under Chapter 7 of the Code (collectively the "Default Events") then and upon occurrence of any of the foregoing, and at all times thereafter, Eastland shall be automatically relieved of any stay including, without limitation, any stay under Section 362 of the Code or other restriction on the enforcement of the liens and security interests granted to Eastland pursuant to this Order, the Post-Petition Financing Agreements, and Eastland shall be and is hereby authorized in its discretion to take any and all actions and remedies which Eastland may deem appropriate to proceed against and realize upon the Post-Petition Collateral to obtain repayment of all Post-Petition Debt, all without further Order of this Court, including,



E-287

without limitation, all such actions and remedies as are set forth in the Post-Petition Financing Agreements.

8. All loans and extensions of credit under this Order and under the Post-Petition Financing Agreement owed by the Trustee to Eastland shall be considered Post-Petition Debt, shall be due on demand, shall be made at the sole discretion of Eastland, shall constitute a secured claim, shall constitute an administrative expense in this case, shall have priority under the provisions of Section 364(c)(1) of the Code over all other costs and administrative expenses incurred in the proceeding pursuant to Sections 503(b) or 507(b), and shall at all times be senior to the rights of the Trustee or any successor trustee in this or any subsequent proceedings under the Code. No costs or expenses of administration ("§506(c) expenses") shall be imposed against Eastland, its claims or its collateral unless Eastland shall have consented thereto in writing.

9. The Trustee may not at any time apply for or acquiesce in an application for an Order which authorizes under 11 U.S.C. §364, the obtaining of credit or the incurring of indebtedness secured by a lien, security interest or mortgage on Post-Petition Collateral which is equal to or senior to that possessed by Eastland or entitled to priority over all administrative expenses, unless Eastland shall have consented thereto in writing or been first paid in full all Post-Petition Debt or unless the purpose is to pay in full all Post-Petition Debt.



E-288

10. The Trustee and Eastland shall establish an escrow account at Eastland into which all advances made by Eastland to the Trustee, and all proceeds from the sale of Post-Petition Collateral, shall be deposited (the "Escrow Account"). The Trustee shall cause such funds to be distributed in the order and manner as follows: 1) $70,000 to the Examiner and $14,000 to his Counsel to pay previously approved administrative claims; 2) $75,000 plus interest to Eastland to be applied to that portion of the Post-Petition Debt previously advanced to the Trustee; 3) the Trustee's subsequent fees and expenses, and other administrative expenses subject to further order of this court; 4) to Eastland to be applied against the Post-Petition Debt initially to (a) accrued and accruing interest (at the rate set forth in the Post-Petition Financing Agreement, fluctuating as set forth therein), (b) then to all fees and expenses provided for in the Financing Agreement, and (c) then to the unpaid principal balance of the Post-Petition Debt; 5) the remaining proceeds will be held in the Escrow Account subject to further order of this Court.

11. As a condition precedent to any new advances from Eastland to the Trustee constituting Post-Petition Debt, Eastland shall have received, in form and substance satisfactory to Eastland and to Eastland's counsel, such agreements, documents and instruments from the Trustee and from third parties as Eastland or its counsel requests in order to effectuate the transactions described herein.



E-289

12. Upon Eastland's request, the Trustee shall execute and deliver to Eastland notes, assignments, security agreements, financing statements, mortgages, or other instruments or documents considered by Eastland to be necessary or desirable to evidence the Trustee's obligations hereunder and under the Post-Petition Financing Agreement and to perfect the liens and security interest granted hereunder. The Trustee is authorized and directed to execute and deliver any such instruments and documents to Eastland, and Eastland is authorized to receive, file and/or record the same. For such purposes, the automatic stay is vacated.

13. Eastland may terminate its obligation to lend additional money or otherwise extend credit to or on behalf of the Trustee at any time in accordance with the Post-Petition Financing Agreement or any time after a default hereunder, under the Post-Petition Financing Agreement, or under any subsequent agreement between the Trustee and Eastland. The Trustee may terminate his obligations at any time in accordance with the Post-Petition Financing Agreement or by paying in full all sums owed to Eastland including all fees, the outstanding principal balance of and all accrued and unpaid interest with respect to the Post-Petition Debt. In any event, however, the obligations and rights of Eastland and the Trustee with respect to all transactions that have occurred prior to such termination shall remain unimpaired and unaffected by any such termination and shall survive such termination and be binding upon any successor trustee.



E-290

14. All costs and expenses (including, without limitation, all filing and recording fees, reasonable attorneys' and paralegals' fees and expenses) incurred by Eastland in connection with (a) the preparation of this Order and the Post-Petition Financing Agreement, (b) the preparation of any additional documents deemed necessary or desirable by Eastland, (c) the preservation and protection of Eastland's rights hereunder and (d) the collection of all sums due Eastland shall be deemed to be an advance made by Eastland to the Trustee, and shall constitute Post-Petition Debt as that term is defined herein.

15. To the extent the debtor or the Trustee or the Examiner has used what the Court determines to be Eastland's cash collateral post-petition or has used the proceeds of what the Court determines to be Eastland's Pre-Petition Collateral, post petition, such use shall be deemed to be an advance made by Eastland to the Trustee and shall constitute Post-Petition Debt as that term is defined herein.

16. Eastland shall not be required to file financing statements or other documents in any jurisdiction or to take any other action in order to validate or perfect the security interests and liens granted to it hereunder or under the Post-Petition Financing Agreement. If Eastland shall in its sole discretion choose to file such financing statements or other documents, or otherwise confirm perfection of such security interest and liens, all such financing statements or similar



E-291

documents shall be deemed to have been filed or recorded at the time and on the date of the filing of the debtor's petition initiating this proceeding, and the costs of such filing or recording shall be payable by the Trustee to Eastland as aforesaid.

17. The provisions of this Order shall be binding upon and inure to the benefit of Eastland, the Trustee, and their respective successors and assigns. The provisions of this Order shall survive entry of any subsequent Order whether the same be an Order confirming a Chapter 11 plan or for relief under Chapter 7 of the Code, and the provisions of this Order, as well as the liens, security interests and mortgages arising pursuant thereto in favor of Eastland shall continue in this and any subsequent proceeding under the Code, and such liens and security interests shall maintain their priority as provided for under this Order until all of the Post-Petition Debt is paid in full. The Post-Petition Debt and all other obligations arising under the Post-Petition Financing Agreements shall not be altered, extended or affected by any plan confirmed in this Chapter 11 case or by any other action taken or relief sought in this Chapter 11 case hereafter.

18. Without limiting more specific provisions of this Order, the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby modified as to Eastland to the extent necessary to implement the provisions of this Order, the Financing Documents, and the Post-Petition Financing



E-292

Agreement, including without limitation, the right to receive payments in accordance with the Post-Petition Financing Agreement.

19. Notice of the entry of this Order shall be given by the Trustee to those creditors listed on the list filed pursuant to Bankruptcy Rule 1007(d) and to any duly appointed committee. Such notice shall include copies of the Application filed by the Trustee, without exhibits, and this Order. Such notice shall be mailed within three (3) days after the entry hereof by the Trustee by first-class mail, postage prepaid.

20. This Order shall be deemed to be effective upon its entry and shall remain in full force and effect until the entry of an Order of this Court modifying, extending, or terminating the provisions hereof or any of them. In all events pending the entry of such other Order, the provisions hereof shall be binding upon the Trustee, Eastland or in the event of conversion of this case to a case under Chapter 7 of the Trustee appointed therein.

21. Any of the foregoing to the contrary notwithstanding,

(a) The security interest granted hereby to Eastland shall be junior in priority to the security interest of Peoples Loan and Trust Bank of Indianapolis, Indiana ("Peoples Bank") in Debtor's coins in possession of Peoples Bank to the extent such security interest of Peoples Bank may be allowed;



E-293

(b) The security interest granted hereby to Eastland shall not attach to so-called redemption coins in the possession of the Trustee unless the Court later determines that such coins are property of the estate not subject to superior claims or interest of redemption coin claimants;

(c) The Trustee will proceed forthwith to determine the methodology to sell the Peoples Bank collateral; the Trustee (or Examiner), Jonathan Oster as attorney for Harold Chorney, Hershel Smith as attorney for Gerald Aubin, and Robert Wieck as attorney for Peoples Bank, will use their best efforts to agree on the methodology for the sale and on the form of motion and order to be submitted to the Court to authorize the sale.

(d) The Trustee (or Examiner), Jonathan Oster as attorney for Harold Chorney, and Hershel Smith as attorney for Gerald Aubin will forthwith exercise their best efforts to agree on the methodology for sale of the rest of the tangible assets of the estate; no immutable timetables are to be set for sales, but changes in the market should b considered; if the parties fail to agree, they shall try to narrow the issues for presentation to this Court for determination.

(e) Excepting payment to Eastland of approximately $75,000 and payment to Examiner and Edwards & Angell of approximately $84,000 of fees and expenses already approved, the Trustee will, before spending borrowings under the financing authorized hereby, give Jonathan Oster and Hershel



E-294

Smith 10 days prior notice of such proposed borrowing and spending, if they do not object they shall be deemed to have waived any objection and an appropriate motion and order may be presented to the Court for approval of such borrowing and spending.

ARTHUR N. VOTOLATO, JR.
UNITED STATES BANKRUPTCY JUDGE

Dated: December ____, 1990

The undersigned consent to the above order and waive appeal therefrom.

HAROLD CHORNEY

By his attorney,

Jonathan Oster, Esq.
Oster & Groff
936 Smithfield Avenue
Smithfield, RI 02865
(401) 724-2400

GERALD AUBIN

By his attorney,

Z. Hershel Smith, Esq.
DiSandro Smith & Associates
155 South Main Street
Providence, RI 02903
(401) 274-7900

EASTLAND BANK

By its attorneys,

Peter J. Furness, Esq.
Hinckley, Allen, Snyder & Comen
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
State Bar Code No. 3608

JOHN F. CULLEN, ESQ.

By his attorneys,

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell
2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

[illegible]

24



E-295

Smith 10 days prior notice of such proposed borrowing and spending, if they do not object they shall be deemed to have waived any objection and an appropriate motion and order may be presented to the Court for approval of such borrowing and spending.

ARTHUR N. VOTOLATO, JR.
UNITED STATES BANKRUPTCY JUDGE

Dated: December 2, 1990

The undersigned consent to the above order and waive appeal therefrom.

HAROLD CHORNEY

By his attorney,

See attached

Jonathan Oster, Esq.
Oster & Groff
936 Smithfield Avenue
Smithfield, RI 02865
(401) 724-2400

EASTLAND BANK

By its attorneys,

Peter J. Furness, Esq.
Hinckley, Allen, Snyder & Comen
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
State Bar Code No. 3608

GERALD AUBIN

By his attorney,

E. Hershel Smith, Esq.
DiSandro Smith & Associates
155 South Main Street
Providence, RI 02903
(401) 274-7900

JOHN F. CULLEN, ESQ.

By his attorneys,

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell
2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

WP:DELUCA\EB029030.A08



E-296

EXHIBIT D

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re

CUMBERLAND INVESTMENT CORPORATION
Debtor

Chapter 7
Case No. 89-bk-11051

**FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP**

The law firm of Edwards Angell Palmer & Dodge LLP, f/k/a Edwards & Angell, LLP ("EAPD"), hereby moves the Court for an order awarding EAPD compensation in the amount of $45,953.75 for services rendered and $3,764.47 reimbursement for expenses incurred, both during the period August 23, 1990 through August 29, 1991, in representing John F. Cullen, the Chapter 11 Trustee (the "Trustee") of Debtor. As grounds therefor, EAPD states as follows:

1. EAPD was appointed as counsel to the Trustee by Margin Order of U.S. Bankruptcy Judge Arthur N. Votolato dated September 20, 1990 (a copy of Trustee's Application to Employ EAPD and said Margin Order is attached hereto as Exhibit A).

2. The personnel of EAPD whose services are covered by this Application are as follows:

(a) Edward J. Bertozzi, Jr. ("Bertozzi"), partner, hourly rate: $190 to $210 during the relevant period; admitted to practice in Rhode Island in 1967 and in the U.S. District Court (D.R.I.) in 1971, has specialized in bankruptcies, receiverships, and insolvency proceedings for over 25 years.

(b) Theodore Mocarski ("Mocarski"), associate, hourly rate, approximately $125; date admitted to practice in Rhode Island unknown; researched redemption, consignment and constructive trust issues.

(c) Andrea Corcoran ("Corcoran"), associate, hourly rate, approximately $125; admitted to practice in Rhode Island in 1990; member of EAPD litigation department; worked on litigation matters, including discovery, appeals and drafting pleadings.

(d) Gayle Ehrlich ("Ehrlich") associate, hourly rate, approximately $135; admitted to practice in Rhode Island in 1986, in Massachusetts in 1985; an experienced bankruptcy associate.

3. On November 8, 1989, an involuntary bankruptcy petition was filed against Debtor. On December 6, 1989, Debtor filed a Notice of Voluntary Conversion to Chapter 11. On August 10, 1990, over Debtor's objection, this Court entered an order granting the motion of the U.S. Trustee for the appointment of a Chapter 11 Trustee of Debtor. The Certificate of Appointment of John F. Cullen as Chapter 11 Trustee was filed on August 16, 1990. The Trustee engaged Bertozzi and EAPD as Trustee's legal counsel on August 23, 1990, filed Trustee's Application to Retain Bertozzi and EAPD as legal counsel on August 23, 1990, and said application was granted by Order of this Court dated September 19, 1990.

4. The services rendered by Bertozzi and EAPD to the Trustee included primarily the following:

(a) assisting the Trustee in obtaining possession of Debtor's assets and records, and information with respect to the Debtor and Debtor's operations.

(b) analyzing and evaluating the claims and liens of secured creditors, primarily Eastland Bank and Peoples Bank, and negotiating and litigating with respect thereto;

(c) analyzing and evaluating the claims of so-called redemption coin claimants and taking action with respect thereto;

(d) negotiating and obtaining a financing order with Eastland Bank to fund the Trustee's activities in securing and liquidating Debtor's assets;

(e) assisting the Trustee in analyzing and evaluating the appropriate methods of liquidating Debtor's assets;

(f) performing the above services in the face of continuous and strong opposition by Debtor, directed by its principal, Harold Chorney.

5. Attached hereto as Exhibit B are copies of EAPD bills which itemize all the services rendered by EAPD with respect to which compensation is sought.

6. Attached hereto as Exhibit C is a fee application summary sheet (R.I. Bankr. Form C.2) and as Exhibit D a final fee allowance summary (R.I. Bankr. Form C.4).

7. EAPD has received no retainer in this case. The present Application is EAPD's first and final application in this case for fees and expenses.

8. EAPD is not seeking payment for $35,921.36 in fees for services rendered to the Trustee during the period August 30, 1991 through December 22, 1993 because, due to a glitch in transferring data to a new computer, EAPD cannot recover the data as to individual time entries for that period, although the computer does show the data to the aggregate amount of fees for said period.

E-24

WHEREFORE EAPD respectfully requests that the Court enter an order (a) awarding EAPD compensation in the amount of $45,953.75 for services rendered and (b) $3,764.47 reimbursement for expe s incurred, both during the period August 23, 1990 through August 29, 1991, in representing e Trustee.

Dated: July 20, 2007

/s/ Edward J. Bertozzi, Jr.
Edward J. Bertozzi, Jr.
(riba #1124)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
fax 401-276-6611

E-25

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| Cumberland Investment Corp. | : | Chapter 11 |
| | : | Case No. 89-11051-ANV |
| Debtor | : | |

APPLICATION TO APPOINT ATTORNEY
FOR THE CHAPTER 11 TRUSTEE

John F. Cullen, Chapter 11 Trustee (the "Trustee") of Cumberland Investment Corporation (the "Debtor"), requests this Court to approve this application to appoint Edward J. Bertozzi, Jr. and Edwards & Angell as the attorneys for the Trustee. In support of this application the Trustee states as follows:

1. On November 8, 1989 an involuntary Chapter 11 petition was filed against the Debtor, Cumberland Investment Corporation, with this Court.

2. On August 17, 1990, the Trustee was appointed by this Court as the Chapter 11 Trustee of the Debtor, pursuant to §1104 of the Bankruptcy Code.

3. Applicant wishes to employ Edward J. Bertozzi, Jr. and his firm, Edwards & Angell, 2700 Hospital Trust Tower, Providence, Rhode Island 02903 as his attorneys herein. Edward J. Bertozzi, Jr. is an attorney licensed to practice in the State of Rhode Island and in this Court.

4. The Trustee wishes to employ Edward J. Bertozzi, Jr. and Edwards & Angell given his and his law firm's experience in matters of this character and this case; he is well qualified to advise and represent the Trustee, and other attorneys at Edwards & Angell have specialized expertise which can be called upon by the Trustee.

5. The professional services to be provided to the Trustee by Edward J. Bertozzi, Jr. and Edwards & Angell shall be advice and representation with regard to the powers, responsibilities and liabilities of the Trustee, drafting all necessary documentation with regard to the sale of assets of the estate, namely coins and other collectibles, and generally to represent and advise the Trustee.

6. It is necessary for the Trustee to employ attorneys in order to obtain such professional services.

7. The Trustee desires to employ Edward J. Bertozzi, Jr. and Edwards & Angell at rates of compensation to be subject to the review and approval of this Court.

8. To the best of the Trustee's knowledge, Edward J. Bertozzi, Jr. and Edwards & Angell do not represent or hold any interest materially adverse to the estate with respect to the above-referenced matters on which said attorneys are to be employed. Edward J. Bertozzi, Jr. and Edwards & Angell represent Michael Weingarten, the Examiner in this case. Edward J. Bertozzi, Jr. and Edwards & Angell from time to time represent Eastland Bank on other matters not related to this case.

WHEREFORE, the Trustee requests that he be authorized to employ and appoint Edward J. Bertozzi, Jr. and Edwards & Angell, as attorney to represent him in this proceeding under Chapter 11 of said Code, and that he have such other and further relief as is just.

John F. Cullen
Chapter 11 Trustee of
Cumberland Investment Corp.

Dated: August 23, 1990

APPLICATION GRANTED

Arthur N. Votolato
United States Bankruptcy Judge
Dated: 9/19/90

ENTERED ON DOCKET
DATE 9/20/90

E-27

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cumberland Investment Corp. | : | Chapter 11<br>Case No. 89-11051-ANV |
| | : | |
| Debtor | : | |
| | : | |

AFFIDAVIT OF PROPOSED ATTORNEY

I Edward J. Bertozzi, Jr., make this affidavit:

1. I am an attorney at law, duly admitted to practice in the State of Rhode Island and this Court.

2. I am a member of the law firm of Edwards & Angell, a partnership, which maintains an office at 2700 Hospital Trust Tower, Providence, Rhode Island 02903.

3. Edward J. Bertozzi, Jr. and Edwards & Angell are disinterested as that term is defined in 11 USC §101(13) and do not represent or hold any interest materially adverse to the estate with respect to the matters on which such attorneys are to be employed by the Trustee, John F. Cullen. Edward J. Bertozzi and Edwards & Angell represent Michael Weingarten, the examiner in this case. From time to time Edward J. Bertozzi and Edwards & Angell represent Eastland Bank on matters not related to this case.

4. Edward J. Bertozzi, Jr. and Edwards & Angell will not share any fees received from this engagement except in accordance with the Edwards & Angell partnership agreement.

Edward J. Bertozzi, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 23rd day of August, 1990.

James P. Kelly
Notary Public

JAMES P. KELLY, Notary Public
My Commission Expires June 30, 1991

E-28

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cumberland Investment Corp. | : | Chapter 11 |
| | : | Case No. 89-11051-ANV |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on August 23, 1990 I caused to be mailed to the persons listed below copies of the Application to Appoint
7 Attorney for the Chapter 11 Trustee and the related Affidavit of Attorney.

24

William Grande, Esq.
160 Plainfield Street
Providence, RI

United States Trustee
Thomas P. O'Neil Building
20 10 Causeway Street, Room 472
Boston, MA 02222-1043

25 Harold Chorney (via Telecopier)

John Boyajian, Esq.
Boyajian, Harrington
13 & Richardson
182 Waterman Street
Providence, RI 02906

Robert D. Wieck, Esq.
Adler, Pollock & Sheehan, Inc.
9 2300 Hospital Trust Tower
Providence, RI 02903

Matthew McGowan, Esq.
6 321 South Main Street
Providence, RI 02903

Mr. Michael Weingarten
Cambridge Meridian Group
19 50 Church Street
Cambridge, MA 02138

Mr. Jack Dougherty
Eastland Savings Bank
25 Cummings Way
Woonsocket, RI 02895

Peter Furness, Esq.
Hinckley, Allen, Snyder & Comen
10 1500 Fleet Center
Providence, RI 02903

Notice sent to:

Matthew J. McGowan
Heritage Bldg.
321 South Main Street
Providence, RI 02903

Edward J. Bertozzi Jr.
2700 Hospital Trust Tower
Providence, RI 02903

Robert D. Wieck
101 Dyer Street
2nd Floor
Providence, RI 02903

Marlene Reich
Ancel, Miroff, Frank, P.C.
1000 Two Market Square Center
P. O. Box 44129
Indianapolis, IN 46244

Peter J. Furness Esq
1500 Fleet Center
Providence, RI 02903

John Boyajian
182 Waterman Street
Providence, RI 02906

Michael Weingarten
Cambridge Meridian Group, Inc.
50 Church Street
Cambridge, MA 02138

U. S. Trustee
10 Causeway Street
Room 472
Boston, MA 02222

John F. Cullen
Trustee
Historic Charlestown Navy Yard
Shipway Place
Boston, MA 02119

E-30

Wescap Enterprises L
c/o Hal Chorney
141 Main Street
Woonsocket, RI 02895

J. Dougherty

9/20/90 - SK

E-31

EXHIBIT B

[illegible]

Counsellors at Law

3700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID # 05-0135015

John F. Cullen
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

October 28, 1990

For Professional Services Rendered

28488/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 08/23/90 | E. BERTOZZI | Meetings with Cullen, Weingarten, McGowan, Park on obtaining CIC records, telephone numbers, removal of Chorney from CIC business, redemption coin issues; draft application and affidavit on hiring attorney; draft order on Chorney, obtain entry by Bankruptcy Court, fax to Chorney. | 3.50 |
| 08/24/90 | E. BERTOZZI | Conference with Weingarten; conference, letter to New England Telephone on telephone numbers. | 1.00 |
| 08/27/90 | E. BERTOZZI | Work on redemption issues; conference with Furness on Eastland position; letter to Wieck on Peoples position; letter to Chorney on customer list. | 1.00 |
| 08/28/90 | T. MOCARSKI | Research regarding consignment | 2.50 |
| 08/29/90 | T. MOCARSKI | Telephone conference with Attorney Furness; research regarding consignment; conference with E.J. Bertozzi | 1.67 |
| 08/29/90 | E. BERTOZZI | Work on motion to sell; conference with Mocarski to identify and analyze redemption coin issues, consignment law. | 1.00 |
| 08/30/90 | E. BERTOZZI | Conference with Furness on redemption coins; conference with Weingarten; draft application on sale. | 1.00 |
| 08/31/90 | E. BERTOZZI | Draft motion and memorandum on sale, reduction in time; conference with Cullen, Weingarten; conference with | 3.00 |

E-32

250202

8425?

PLEASE INCLUDE THE ENCLOSED COPY OF THIS BILL WHEN FORWARDING YOUR PAYMENT.

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| | | New England Telephone, draft consent order; demand letter to Chorney. | |
| 09/04/90 | T. MOCARSKI | Research regarding constructive trust | 1.17 |
| 09/04/90 | E. BERTOZZI | Letter to Bankruptcy Court on Tel. Co. order; conference with New England Tel. Attorney Ferris, conference on pending matters. | .50 |
| 09/04/90 | S. KING | Conference with Andrea reardin[g] 2004 Exam | .25 |
| 09/05/90 | E. BERTOZZI | Attention to Stay motion and appeal filed by Chorney; draft objection, conference with Bankruptcy Court clerk; confernce and meeting with Weingarten, Cullen; conference with Corcoran on Rule 2004 motions. | 2.00 |
| 09/05/90 | T. MOCARSKI | Research regarding constructive trust | 1.33 |
| 09/05/90 | A. Corcoran | Review Rules on 2004 Exams out of District of RI | 1.50 |
| 09/06/90 | A. Corcoran | Preparation of 2004 exam documents--Notice, Subpoena, Motion, Memo Support Motion for four motions. | 5.00 |
| 09/06/90 | T. MOCARSKI | Memorandum regarding constructive trust | 1.00 |
| 09/06/90 | E. BERTOZZI | Attending meeting with Dougherty, Furness, Cullen, et al on actions to be taken | 3.00 |
| 09/07/90 | E. BERTOZZI | Conference with Weingarten, Furness, Cullen office on discovery, bank collateral, safe deposit boxes. | 1.00 |
| 09/10/90 | A. Corcoran | Review of docket, obtain Certificate of Appointment of Trustee, preparation of motion for reduction in time. | 1.00 |
| 09/10/90 | T. MOCARSKI | UCC research and memorandum to E.J. Bertozzi on redemption coins | 1.50 |
| 09/11/90 | E. BERTOZZI | Review and revise Rule 2004 motions, subpoenas; attention turnover issues; conference with Corcoran on obtaining information at Peoples and Sofran Bank. | .50 |
| 09/11/90 | A. Corcoran | Meeting with Edward Bertozzi regarding 2004 exam documents; | 1.50 |

E-33

7

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| | | prepare document to freeze safe deposit boxes at various banks | |
| 09/12/90 | T. MOCARSKI | Conference with E.J. Bertozzi redemption coins | .50 |
| 09/12/90 | A. Corcoran | Preparation of Motion for Reduction of Time; research regarding turnover order; review documentation. | 3.00 |
| 09/12/90 | E. BERTOZZI | Conference with Furness on contempt hearing, attorney Fardy of NET on telephone issues, Mocarski on redemption coin issues. | 1.00 |
| 09/13/90 | A. Corcoran | Preparation of documentation of 2004 exam. | 1.50 |
| 09/13/90 | E. BERTOZZI | Review and revise motion for reduction in time in 2004 motions; conference with attorney Fardy on telephone lines; Prepare for hearing; Represent Kristine at contempt hearing; conference with Furness, Attorney Oster; draft objections to Wescap. | 3.00 |
| 09/14/90 | E. BERTOZZI | Conferences with Attorney Fardy, New England Telephone on telephone lines; review proposed order on redemption coins; draft revisions. | .50 |
| 09/14/90 | A. Corcoran | Research and preparation of documents, turnover order. | 2.50 |
| 09/17/90 | T. MOCARSKI | Conference with E.J. Bertozzi on constructive issues. | .33 |
| 09/18/90 | B. HITTNER | Conference T. Mocarski Constructive trusts | .25 |
| 09/18/90 | E. BERTOZZI | Analyze redemptions, fraud issues. | .25 |
| 09/18/90 | T. MOCARSKI | Research regarding reclamation; conference with B.G. Hittner and E.G. Bertozzi | 2.17 |
| 09/18/90 | A. Corcoran | Reseach regarding turnover. order. | 1.50 |
| 09/19/90 | T. MOCARSKI | Draft memorandum; conference with E.J. Bertozzi on constructive trust, fraud | .92 |
| 09/19/90 | A. Corcoran | Draft motion for seizure of property. | 1.00 |
| 09/19/90 | E. BERTOZZI | Conference with redemption claimant; review memo. | 1.00 |

E-34

John F. Cullen

October 26, 1990

Cumberland Investment Corp

| | | | |
|---|---|---|---|
| | | conference with Mocarski on redemption issue; conference with Boyajian on discovery. | |
| 09/21/90 | A. Corcoran | Research regarding appeal procedure; meeting with John Boyajian on pending matters to be taken over by Trustee. | 3.50 |
| 09/22/90 | E. BERTOZZI | Review Chorney objections, appeal documents; review Dunlavey letter and documents on redemption coins; review cases on redemption coins. | 2.50 |
| 09/24/90 | A. Corcoran | Draft objections to appeal extension motions. | 2.00 |
| 09/26/90 | E. BERTOZZI | Review proposed financing order; conference with landlord | .50 |
| 09/27/90 | E. BERTOZZI | Review Furness financing order; letter to Furness | .75 |
| 09/28/90 | E. BERTOZZI | Conference with Weingarten; conference on redemption claimant, work on order; letter to Furness on Section 364 Motion. | 1.00 |
| 10/01/90 | E. BERTOZZI | Conference with Resnick on financing issues; landlord; review motions for reclamation; conference with Corcoran on objections. | 1.00 |
| 10/02/90 | E. BERTOZZI | Review Chorney motions and objections; conference with Boyajian; conference with coin claimant; conferences with Furness, Resnick on financing; conference with landlord. | 2.00 |
| 10/03/90 | E. BERTOZZI | Conference with Furness, Resnick on financing order. | .50 |
| 10/04/90 | M. OLIVERIO | Conference with A. Corcoran re procedural issue of appeal to U.S. District Court | .10 |
| 10/04/90 | E. BERTOZZI | Meeting at Eastland with Daugherty, Furness, Cullen, Resnick, Weingarten on sale, financing, asset disposition and other issues; conference with Corcoran on discovery, appeals. | 4.25 |
| 10/05/90 | A. Corcoran | Preparation of Trustee's objection to petition to reclaim; preparation of Trustee response to 2004 Examination of John Boyajian | 5.75 |
| 10/05/90 | E. BERTOZZI | Conference with Denise on | .25 |

F-35

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| | | Indianapolis trip; conference with Weingarten on motion to sell | |
| 10/08/90 | E. BERTOZZI | Review Chorney objection to contempt motion, order on hearing on Boyagian 2004 motion; memo to A. Corcoran | .25 |
| 10/10/90 | A. Corcoran | Preparation joint pre-trial order. | 1.00 |
| 10/11/90 | E. BERTOZZI | Draft motion to sell, motion for reduction in time; conferences with Weingarten, McGowan and Furness; review financing order; comment letters to Cullen and Furness | 2.00 |
| 10/12/90 | A. Corcoran | Prepare joint Pre-trial Order; Telephone conference with Jonathan Oster, attorney for Chorney | 3.00 |
| 10/12/90 | E. BERTOZZI | Conference with Cullen on Peoples Bank, financing order; conferences with Corcoran on Boyajian 2004 issues; Taft and Dunlevy motions. | 1.00 |
| 10/15/90 | A. Corcoran | Legal research regarding attorney client privilege; Draft objection to appeal. | 2.00 |
| 10/16/90 | E. BERTOZZI | Conferences with Richardson and Cullen on hearing on Boyajian; research on attorney-client privilege | 3.50 |
| 10/17/90 | E. BERTOZZI | Research, meetings with Furness, Richardson, Boyajian; Bankruptcy Court hearing on motion for Boyajian 2004 Exam; review Wieck objection to sale, conference with Weingarten | 4.00 |
| 10/18/90 | E. BERTOZZI | Meeting with Furness, attention to financing order. | .25 |
| 10/19/90 | A. Corcoran | Preparation documents for Florida 2004 examination. | .50 |
| 10/20/90 | E. BERTOZZI | Review Furness documents; conferences with Cullen, Resnick, Weingarten on case administration, financing, investigation | 2.00 |

Total Hours 98.94

Total for Services $14,781.25

F-36

John F. Cullen

October 26, 1990

Cumberland Investment Corp

Disbursements

| | | |
|---|---|---|
| 08/26/90 | Outside Contract Delivery-Providence/EJB 55 Dorrance St. | 1.00 |
| 08/26/90 | Outside Contract Delivery-Providence/EJB 380Westminster St. | 1.00 |
| 09/05/90 | Outside Contract Delivery-Providence/EJB 380 Westminster Street | 1.00 |
| 09/07/90 | Petty Cash-Providence-answer system/BAB | 114.26 |
| 09/11/90 | Outside Contract Delivery-Providence/AC -380 Westminster St. | 1.00 |
| 09/12/90 | Salaries-Providence 2.25 hrs- EJB | 72.00 |
| 09/12/90 | Outside Contract Delivery-Providence/AC - 1500 Fleet Center | 1.00 |
| 09/13/90 | Outside Contract Delivery-Providence/EJB 380 Westminster | 18.00 |
| 09/13/90 | Computer Research-Providence-Lexis/M Ames per A Corcoran | 4.03 |
| 09/18/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 10/12/90 | Outside Contract Delivery-Providence/EJB - 380 Westminster St | 1.00 |
| | Xerox | 970.50 |
| | Communication Charge | 379.55 |
| | Disbursements Total | $1,565.34 |
| | Total This Statement | $16,346.59 |

E-37

EDWARDS & ANGELL

nsellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
Telex 952001 "E A PVD"
Telecopier (401) 276-6611

December 27, 1990

John Cullen, Esq.
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

Re: Cumberland Investment Corporation

Dear Jack:

Enclosed is an Edwards & Angell bill for the period October 23-December 11, 1990 for informational purposes; this will be the subject of a future fee application. Please call me if you have any questions or comments.

Very truly yours,

Ed

Edward J. Bertozzi, Jr.

Enclosure

copy (w/encl.)
Mr. Michael Weingarten
Peter Furness, Esq.

E-38

EDWARDS & ANGELL
28488

ınsellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID # 05-0135015

December 27, 1990

ɪhn F. Cullen
ɪllen & Resnick
storic Navy Yard
ipway Place C-3

r Professional Services Rendered

88634

nberland Investment Corp.

| | | | |
|---|---|---|---|
| )/23/90 | E. BERTOZZI | Conference with Weingarten; work on financing documents; send out motion. | 2.00 |
| ı/24/90 | E. BERTOZZI | Revisions to financing documents, letter to Furness; conference with Furness, Resnick, Cullen, Weingarten on financing, sale, assets. | 1.00 |
| /25/90 | A. Corcoran | Telephone conference with Jack Cullen's office regarding discovery, assets; Florida trip. | .50 |
| /25/90 | E. BERTOZZI | Review court decision on Boyajian; conference with Furness, Weingarten. | .50 |
| '26/90 | E. BERTOZZI | Conference, Meetings with Furness on filing motion; conference with attorney Isserlis on redemption coin claim; conference with Weingarten; letter to Cullen, Weingarten on bond, financing. | 1.00 |
| 29/90 | E. BERTOZZI | Conference with Weingarten; letters to Furness on financing consent; review Chorney statements of issues on appeal. | .50 |
| 31/90 | A. Corcoran | Preparation of Rule 2004 motion. | 1.50 |
| ɪ1/90 | E. BERTOZZI | Review letters from redemption coin claimants; conferences with Resnick, Weingarten, Furness on financing; conference with coin holder claimant, conference with Weingarten. | 1.00 |

E-39

ımberland Investment Corp.

| | | | |
|---|---|---|---|
| ı1/02/90 | E. BERTOZZI | Conference with redemption coin claimants and attorneys; conference and letters to Weingarten, Furness, Resnick, Bankruptcy Court Clerk; attention to Chorney objection to financing, prepare for hearing. | 2.00 |
| 1/05/90 | M. LEVIN | Telephone conference with E. Bertozzi re obtaining court order | .13 |
| 1/05/90 | E. BERTOZZI | Conference with Furness, Weingarten, Bankruptcy Court clerk on financing order. | .50 |
| 1/06/90 | E. BERTOZZI | Conference with Cullen, Weingarten, Furness, on financing trustee's duties; attention to expense list. | .50 |
| 1/07/90 | E. BERTOZZI | Conference with Furness, Clerk of Bankruptcy Court on administation issues; review affidavits, Rule 2004 Order. | .75 |
| ı/08/90 | E. BERTOZZI | Review claimaints' letters and respond; conference with Weingarten; review pre-trial stipulation on Eastland claim, work on motion. | .50 |
| ./09/90 | E. BERTOZZI | Conference with Weingarten, Furness; draft application, affidavit; conference with Lynch. | 1.00 |
| /13/90 | E. BERTOZZI | Conference with Furness, Weingarten on hearings, fianancing, sales; draft motion on financing order. | 1.00 |
| /14/90 | E. BERTOZZI | Conference with Furness, Weingarten, Cullen, Resnick, Bankruptcy Court Clerk on pending motions; draft request for hearing, letter to Bankruptcy Court. | 2.00 |
| /15/90 | E. BERTOZZI | Conference with Wieck on coin sale. | .25 |
| /16/90 | E. BERTOZZI | Conference with Boyajian; conference with attorney Murray on redemption coins; conference with Alexander and Alexander on bond | .75 |

E-40

umberland Investment Corp.

| | | | |
|---|---|---|---|
| 11/19/90 | A. Corcoran | Telephone conference with Tom DeCarlo, Peter Furness, and Jack Cullen regarding 2004 examination. | 1.25 |
| 11/19/90 | E. BERTOZZI | Conference with Hershel Smith, attorney for Aubin. | .25 |
| .1/20/90 | E. BERTOZZI | Conference with Weingarten, Wieck on motions to sell. | .50 |
| .1/21/90 | E. BERTOZZI | Conference with Bankruptcy Court Clerk; conferences with Weingarten, McGowan; draft and send notices of hearing. | .50 |
| 1/23/90 | E. BERTOZZI | attention to letters from Peter Furness on coins and real estate transfers; letter to Cullen. | .25 |
| 1/27/90 | E. BERTOZZI | Attention to Notice; work on Pre-Trial Order, preparation for hearing. | 1.00 |
| 1/28/90 | E. BERTOZZI | Conference with Jack Cullen, Mike Weingarten; draft pre-trial order, prepare for hearing; conference with attorney Smith; negotiate with attorney Oster on pre-trial order. | 2.00 |
| ./29/90 | E. BERTOZZI | Prepare for hearing; conference with Wieck, McGowan; hearing on financing, negotiations, Chorney, Oster, Smith, reach agreement on financing; conference with Wieck on coin list. | 7.00 |
| /30/90 | E. BERTOZZI | Review Eastland brief, conference with Hollis ; call Furness; prepare financing order, send to attorneys; conference with Weingarten. | 1.50 |
| '03/90 | E. BERTOZZI | Confer Oster, Smith, Chorney, Wieck; meeting and negotiations with DeLuca, Oster, Smith to revise order | 3.50 |
| '04/90 | E. BERTOZZI | Confer DeLuca, McGowan on order; confer Weingarten on sales | .75 |
| '05/90 | E. BERTOZZI | Review order; letter to Oster, Smith, McGowan, Wieck on order | .50 |

E-41

'umberland Investment Corp.

| | | | |
|---|---|---|---|
| 12/06/90 | E. BERTOZZI | Attention Furness letters, letter to Cullen on landlord claim; call Oster, Smith on order; confer with Weingarten, McGowan | .50 |
| 12/07/90 | E. BERTOZZI | Calls and letters to Oster, Smith; conference Furness on status; conference with Weingarten; letter to Chorney, et al on antique coins, currency, auctioneers; conference with Margaret McCrystal on consignment | 1.00 |
| 2/11/90 | E. BERTOZZI | Confer with Smith, Oster on order; confer Weingarten, letter Wieck on sale of coins | .75 |

Total Hours 38.63

Total for Services $7,370.00

sbursements

| | | |
|---|---|---|
| )/26/90 | Overnight Express-Providence/EJB 2 Packages | 30.00 |
| ./09/90 | Outside Contract Delivery-Providence/EJB 380 Westminster | 9.50 |
| /13/90 | Outside Contract Delivery-Providence/AC 380 Westminster | 1.00 |
| /13/90 | Petty Cash-Providence -Certified copy- AC | 5.00 |
| /14/90 | Voucher GG/Pay to:Clerk, US Bankruptcy | 20.00 |
| /15/90 | Outside Contract Delivery-Providence/EJB 380 Westminster st. | 1.00 |
| /16/90 | Petty Cash-Providence-filing fee at U. S. Bankruptcy Court/EJB | 10.00 |
| '26/90 | Outside Contract Delivery-Providence/EJB - 380 Westminster St. | 1.00 |
| '27/90 | Voucher DS/for: service of subpeona/Pay to; Express Subpeona | 73.00 |
| '29/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 29/90 | Voucher Surls/For:Deposition of George Manter/Pay to:Knipes-Cohen of Broward Inc. | 50.00 |

E-42

umberland Investment Corp.

| | | |
|---|---|---|
| 11/30/90 | Voucher DK/For:Hand deliveries/Pay to:Bonded Courier Co., Inc. | 10.00 |
| 11/30/90 | Outside Contract Delivery-Providence/EJB - 1500 Fleet Center | 1.00 |
| .2/05/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 2/12/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 2/13/90 | Outside Contract Delivery-Providence/EJB - 380 Westminster St. | 1.00 |
| 2/19/90 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| | Xerox | 76.80 |
| | Long distance telephone calls and fax | 174.25 |
| | Disbursements Total | $467.55 |
| | Total This Statement | $7,837.55 |

E-43

EDWARDS & ANGELL

ınsellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
Telex 952001 "E A PVD"
Telecopier (401) 276-6611

June 18, 1991

John F. Cullen, Esq.
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

Re: Cumberland Investment Corporation

Dear Jack:

I am enclosing Edwards & Angell's bill for services dated May 31, 1991 for informational purposes. This bill will be part of a future application. Please call me if you have any questions or comments.

Very truly yours,

Ed

Edward J. Bertozzi, Jr.

Enclosure

E-44

250 Royal Palm Way
Palm Beach, FL 33480
(407) 833-7700

101 Federal Street
Boston, MA 02110
(617) 439-4444

130 Bellevue Avenue
Newport, RI 02840
(401) 849-7800

300 Union Street
New Bedford, MA 02740
(508) 999-1332

Gateway One, Suite 702
Newark, NJ 07102
(201) 623-2626

EDWARDS & ANGELL

Counsellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID #05-0133049

May 31, 1991

John F. Cullen
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

For Professional Services Rendered

28488/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 12/12/90 | E. BERTOZZI | Conference with Smith, Oster, Weingarten; letter to Judge Votolato on financing order | .50 |
| 12/13/90 | E. BERTOZZI | Review redemption notice; conference with Lynch; letters to Oster and Weingarten on lists of redemption coin claimants; obtain financing order entry; conference with Weingarten, Wieck on People's coins | .75 |
| 12/14/90 | E. BERTOZZI | Review Chorney program on sale of People's coins; letter to Wieck, Weingarten; review Oster letter on payroll records; letter to Cullen; conference Cullen; review letter from Smith on antique coin sale; send reply | 1.00 |
| 12/16/90 | E. BERTOZZI | Meeting Furness, Daugherty on sales; conference Weingarten on People's coins | 2.50 |
| 12/18/90 | E. BERTOZZI | Conference Attorney Dattilo on redemption coins | .25 |
| 12/19/90 | E. BERTOZZI | Conferences Weingarten, Smith, Wieck & Oster on sale of coins; meeting on sales; letter to Furness on note, financing agreement, coin sales | 1.00 |
| 12/20/90 | E. BERTOZZI | Conferences Oster, Wieck; meeting Weingarten, Chorney, Oster, Smith, Wieck, Furness; conferences Peoples Bank officers on sales | 3.50 |
| 12/21/90 | E. BERTOZZI | Review, respond to letters from Smith and Oster on redemption claimant lists and claims; conference Posner, letter Cullen; conference Weingarten; review Manter | 1.00 |

E-45

| | | |
|---|---|---|
| | letter on deposition | |
| 12/24/90 E. BERTOZZI | Conference Weingarten; work on sale motions, application by Weingarten; conference Bankruptcy Court Clerk | 2.50 |
| 12/24/90 A. Corcoran | Telephone conference with JCullen, PFurness and LBlais on deposition arrangements | 1.50 |
| 12/26/90 A. Corcoran | Telephone conference with Cullen, Furness - Manter deposition | 1.25 |
| 12/26/90 E. BERTOZZI | Conference with Weingarten, Baverstam, attorney DeLuca; draft motions to reduce time, revise motions to sell assets; obtain N2 affidavit; letter to Bankruptcy Court, Oster, Smith et al on motions, sale. | 2.00 |
| 12/27/90 E. BERTOZZI | Conference with attorney Smith, Weingarten on coin sales, grading; conference with Posner on grading. | .50 |
| 12/28/90 E. BERTOZZI | Conference with Weingarten on coin grading, sales | .50 |
| 12/31/90 E. BERTOZZI | Review Smith letter, draft response; letter to Resnick | .25 |
| 01/02/91 E. BERTOZZI | Attention to Oster notices of deposition; letter to Cullen; conference with Bankruptcy court clerk, Weingarten on hearing on sale. | 1.00 |
| 01/03/91 E. BERTOZZI | Review Chorney objections; conference with McGowan, Wieck, Weingarten on hearings;conference with redemption coin claimant Burrill. | 1.00 |
| 1/04/91 E. BERTOZZI | Review Oster, Smith objections; conference wtih Weingarten, conference with redemption coin claimant, McGowan; review and distribute Christies proposal. | 1.00 |
| 1/05/91 E. BERTOZZI | Research; prepare for hearing on grader, sale motions. | 3.00 |
| /06/91 E. BERTOZZI | Research on trustee's sale, | 3.00 |

E-46

| | | |
|---|---|---|
| | conference with Weingarten and prepare for hearing. | |
| 01/07/91 E. BERTOZZI | Prepare for hearing; hearing on trustee's motion to sell, hire N2, obtain favorable decision; conferences with Oster, Smith, Posner, Wieck and Furness. | 4.00 |
| 01/09/91 E. BERTOZZI | Conference with Resnick; letter to Posner regarding N2. | .50 |
| 01/11/91 E. BERTOZZI | Review letter for redemption coin claimant; letter to Baverstam; review Furness letters; review Smith deposition notice; call Resnick; review orders on sale | .50 |
| 01/12/91 E. BERTOZZI | Review Peoples Bank documents, research perfection, letter to attorney Wieck | .50 |
| 01/14/91 E. BERTOZZI | Conference with Furness on Eastland claim; conference with Wieck | .25 |
| 01/15/91 E. BERTOZZI | Conference with Weingarten on sales, redemption coins; review Furness motion, call Furness; conference with attorney Friedman on redemption coins; conference with McGowan on settlement with Eastland | 1.00 |
| 01/16/91 E. BERTOZZI | Review pleadings on contempt hearing, McGowan motion. | .25 |
| 01/17/91 E. BERTOZZI | Meeting at Bankruptcy Court with Peter Furness and Hershel Smith; conference with Matthew McGowan on redemption coin settlement; work on redemption claimant list; review pre-trial stipulations; letter to Robert Resnick and Michael Weingarten. | 1.00 |
| 1/18/91 E. BERTOZZI | Review peoples proof of claim, letter to McGowan on possible objection; conference with Weingarten on grading, further | .75 |

E-47

| | | | |
|---|---|---|---|
| | | sales, financing order | |
| 01/24/91 | E. BERTOZZI | Conference with Robert Wieck on Peoples coin sale, supplementary order. | .25 |
| 01/28/91 | E. BERTOZZI | Review redemption claimant list, filings by Chorney | .25 |
| 01/30/91 | E. BERTOZZI | Conference with Michael Weingarten on sales; conference with Bob Resnick, Peter Furness on investigation, preferences, evidence. | 1.00 |
| 02/06/91 | E. BERTOZZI | Meeting with M. Weingarten on sales, auctions, applications and procedure; review information on auctions, marketing. | 1.50 |
| 02/07/91 | E. BERTOZZI | Meeting with J. Cullen on investigation; meeting with Judge Votolato, J. Cullen, DeLuca on trustee's bond; draft order, letter to Court. | 1.00 |
| 02/14/91 | E. BERTOZZI | Conference with Smith, letter to Weingarten on Christie coins; review Wieck agreement on Peoples sale, draft letter to Weingarten. | .50 |
| )2/15/91 | E. BERTOZZI | Conference with attorney Carr on redemption coins. | .25 |
| )2/18/91 | E. BERTOZZI | Attention to Harold Chorney's objection to payment of N2; review creditors committee's motion for attorney for redemption coin claimants. | .25 |
| 2/19/91 | E. BERTOZZI | Conference with Robert Wieck, Michael Weingarten on Peoples sale, N2 issues. | .50 |
| 2/20/91 | E. BERTOZZI | Conference with Robert Wieck on Peoples coins; conference with redemption coin claimant. | .50 |
| :/25/91 | E. BERTOZZI | Conference with M. Weingarten on N2, Peoples sale, Bowers and Marena; letter to R. Wieck; attention to letters from redemption coin | .50 |

E-48

Cumberland Investment Corp.

| | | |
|---|---|---|
| | claimants. | |
| 02/26/91 E. BERTOZZI | Attention to orders, application on N2, letter to Bankruptcy Court, Mike Weingarten; conference with Mike Weingarten on sales. | .75 |
| 02/27/91 E. BERTOZZI | Conference with R. Wieck on Peoples sale and expenses; conference with attorney Smith on N2; conference with M. McGowan on settlement. | 1.00 |
| 02/28/91 E. BERTOZZI | Conference with Jack Cullen on EB settlement, call McGowan; review Furness order and letter; conference with Weingarten on settlement, sales. | .75 |
| 03/01/91 E. BERTOZZI | Conferences with Furness, McGowan, Geremia on settlement, sales; arrange meeting on sales | 1.00 |
| 03/04/91 E. BERTOZZI | Conference with Oster on coin liquidation, call Weingarten | .25 |
| 03/05/91 E. BERTOZZI | Review Weingarten report and sales plans and Bowers & Marena contract; prepare for meeting; meeting with Weingarten, Chorney, Oster, Smith, Furness, McGowan on sales, liquidation | 4.00 |
| 3/05/91 G. EHRLICH | Meeting with E. Bertozzi - Christie's sale - Bower's and Marena sale - general explanation of proceeding and specific matters. | .50 |
| 3/06/91 E. BERTOZZI | Review Christie agreement, letter to M. Weingarten, conference with M. Weingarten; review Miller letter on purchase of coin during Chapter 11, respond; meeting with Cullen on Chorney claims. | 2.00 |
| /07/91 E. BERTOZZI | Meeting with Weingarten, Conference with Cullen, Baverstam on sales, Christie | 2.00 |

E-49

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| | | and B & M contracts, Motions; conference with Wieck on Peoples Coin turnover. | |
| 03/08/91 | G. EHRLICH | Review Exhibits to be included within motion to enter into auctioneer agreement with Bower; review proposed agreement; several telephone conferences with P. Baverstam regarding particulars of agreement - Exhibits with regard to Motion - draft Motion. | 2.50 |
| 03/08/91 | E. BERTOZZI | Attention to contract, conference with Per Baverstam on Bowers and Marena contract, modifications needed by trustee, draft revision; research redemption coin issue. | .50 |
| 03/11/91 | E. BERTOZZI | Conference with Weingarten, Baverstam on auction contracts, amendments. | .50 |
| )3/11/91 | G. EHRLICH | Telephone conference with P. Baverstam - Bowers sale. | .25 |
| 13/12/91 | G. EHRLICH | Telephone conference with M. Weingarten - Bowers sale. | .25 |
| 3/13/91 | G. EHRLICH | Telephone conferences with P. Baverstam - status of Bower's auction - substitute items to be included in auction and additional items to be included in Christie's sale. | .50 |
| /14/91 | G. EHRLICH | Telephone call Court regarding any action on Motions. | .25 |
| /18/91 | E. BERTOZZI | Review Miller claim on coin sale by DIP; conference with Baverstam and Resnick on Bowers and Marena sale; review Furness motion to compromise;letter to Furness on modifications. | .50 |
| 19/91 | E. BERTOZZI | Conference with Michael Weingarten on sales, report. | .25 |
| 20/91 | E. BERTOZZI | Meeting with Per Baverstam, | .25 |

E-50

| | | | |
|---|---|---|---|
| | | review security program. | |
| 03/22/91 | E. BERTOZZI | Review memos for Judge Pettine; attention to Furness letter on compromise motion, letter to Weingarten. | .50 |
| 03/29/91 | G. EHRLICH | Telephone call with P. Baverstein regarding Court's action on Christie's motion and general status. | .25 |
| 03/29/91 | E. BERTOZZI | Conference with Baverstam on McCrystal coins; review Smith and Oster objections; review and file Weingarten application. | .75 |
| 03/30/91 | E. BERTOZZI | Review information from Furness on Smith deposition; letter to Cullen; review appellate pleadings. | .50 |
| 04/01/91 | E. BERTOZZI | Attention to objections on sale motions, conference with Clerk of Bankruptcy Court, conference with P. Baverstam; conference with atttorney Isserlis on redemption coins; conference with P. Baverstam and attorney D'Attilo on McCrystal coins. | 1.00 |
| 4/02/91 | E. BERTOZZI | Attention to documents from attorney D'Attilo on McCrystal stamps and coins; conference with Clerk of Bankruptcy Court, P. Baverstam on motions to sell. | .25 |
| /08/91 | E. BERTOZZI | Conference with J. Oster on sale, attention records. | .25 |
| /09/91 | E. BERTOZZI | Conference with M. Weingarten on Oster objections, sales, McCrystal collection. | .50 |
| /10/91 | E. BERTOZZI | Conference with Peter Furness on McCrystal collection issues, appeals; review settlement order, send letter to Peter Furness on revision. | .50 |
| 11/91 | E. BERTOZZI | Review Wieck motion; letter to Weingarten. | .25 |

Indicted Sept 17, 92

E-57

| | | |
|---|---|---|
| 04/12/91 A. Corcoran | Review Eastland's appellate's brief; draft joinder in support thereof. | 1.00 |
| 04/16/91 E. BERTOZZI | Attention to brief and issues on Chorney appeal. | .25 |
| 04/19/91 G. EHRLICH | Review Examiner's report; draft motion to file under seal. | 1.00 |
| 04/22/91 A. Corcoran | Review Eastland appellee's brief; conference with E.J. Bertozzi; draft and file Trustee's joinder. | 2.50 |
| 04/22/91 E. BERTOZZI | Conference with Weingarten, letter to Oster on deposition; review appellate pleadings; conference with Wieck, draft objection to Peoples motion; conference with Oster on sales, deposition. | 1.50 |
| 04/23/91 E. BERTOZZI | Review appellate brief; conference with Weingarten, Furness, Cullen on Oster issues. | 1.00 |
| 04/26/91 E. BERTOZZI | Conference with Cullen, Oster, Furness, Weingarten, Chorney on meetings, negotiations; deposition of Weingarten at Oster. | 5.00 |
| 04/29/91 E. BERTOZZI | Preparation, meeting with Chorney, Oster, Smith, Furness, Cullen, Weingarten on sales; meeting with Cullen, Chorney, Oster, Smith on overall settlement. | 2.00 |
| )4/30/91 E. BERTOZZI | Conference with Weingarten on sales. | .25 |
| )5/02/91 E. BERTOZZI | Attention to Smith letter on buyer; letter to Cullen, Smith on deposit. | .25 |
| 5/07/91 E. BERTOZZI | Conference with Weingarten, Wieck, Furness, McGowan, Chorney, Oster, Smith on sale of People's coins; conference with Weingarten, Furness, McGowan, Geremia on redemption | 1.50 |

E-52

| | | |
|---|---|---|
| | coin lists and claims. | |
| 05/08/91 E. BERTOZZI | Conference with Weingarten, Wieck, on Peoples coin sale. | .75 |
| 05/09/91 G. EHRLICH | Conference with E. Bertozzi; telephone conference call with E. Bertozzi, P. Furness and B. Wickes; negotiate with B. Wickes before hearing; attend hearing. | 2.00 |
| 05/10/91 E. BERTOZZI | Conference with Weingarten on Peoples Loan coins, offer on sale; conference with Wieck. | .50 |
| 05/10/91 G. EHRLICH | Telephone calls with M. Weingarten regarding People's; draft motion regarding auction sales; review 506(c) issue. | 2.00 |
| 05/13/91 G. EHRLICH | File Notice of Hearing regarding Examiner's Motion to Sell by Public Auction. | .25 |
| 05/15/91 E. BERTOZZI | Conference with Wieck, letter to Weingarten on settlement of Peoples dispute. | .25 |
| 05/17/91 E. BERTOZZI | Conference with Weingarten, Wieck, reach agreement on People's coin sale. | .25 |
| )5/20/91 E. BERTOZZI | Conference with Silverstein on sales, settlement, Eastland claim; review Chorney settlement offer. | .50 |
| 5/21/91 E. BERTOZZI | Conference with Weingarten, Wieck on People's coin sales, conference with Resnick on Smith proposal. | .50 |
| 5/22/91 E. BERTOZZI | Conference with Weingarten, Wieck, Chorney and attorney on Peoples coin sale and order; hearing at Bankruptcy Court on coin sale, Chorney's contempt motions; further conference with Chorney and attorney Resnick on settlement; further conference with Weingarten on coin sales. | 2.00 |
| /24/91 E. BERTOZZI | Review redemption coin inventory; letter to Geremia. | .25 |

E-53

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 04/12/91 | A. Corcoran | Review Eastland's appellate's brief; draft joinder in support thereof. | 1.00 |
| 04/16/91 | E. BERTOZZI | Attention to brief and issues on Chorney appeal. | .25 |
| 04/19/91 | G. EHRLICH | Review Examiner's report; draft motion to file under seal. | 1.00 |
| 04/22/91 | A. Corcoran | Review Eastland appellee's brief; conference with E.J. Bertozzi; draft and file Trustee's joinder. | 2.50 |
| 04/22/91 | E. BERTOZZI | Conference with Weingarten, letter to Oster on deposition; review appellate pleadings; conference with Wieck, draft objection to Peoples motion; conference with Oster on sales, deposition. | 1.50 |
| 04/23/91 | E. BERTOZZI | Review appellate brief; conference with Weingarten, Furness, Cullen on Oster issues. | 1.00 |
| 04/26/91 | E. BERTOZZI | Conference with Cullen, Oster, Furness, Weingarten, Chorney on meetings, negotiations; deposition of Weingarten at Oster. | 5.00 |
| )4/29/91 | E. BERTOZZI | Preparation, meeting with Chorney, Oster, Smith, Furness, Cullen, Weingarten on sales; meeting with Cullen, Chorney, Oster, Smith on overall settlement. | 2.00 |
| 4/30/91 | E. BERTOZZI | Conference with Weingarten on sales. | .25 |
| 5/02/91 | E. BERTOZZI | Attention to Smith letter on buyer; letter to Cullen, Smith on deposit. | .25 |
| ;/07/91 | E. BERTOZZI | Conference with Weingarten, Wieck, Furness, McGowan, Chorney, Oster, Smith on sale of People's coins; conference with Weingarten, Furness, McGowan, Geremia on redemption | 1.50 |

E-54

Cumberland Investment Corp.

| | | |
|---|---|---|
| | coin lists and claims. | |
| 05/08/91 E. BERTOZZI | Conference with Weingarten, Wieck, on Peoples coin sale. | .75 |
| 05/09/91 G. EHRLICH | Conference with E. Bertozzi; telephone conference call with E. Bertozzi, P. Furness and B. Wickes; negotiate with B. Wickes before hearing; attend hearing. | 2.00 |
| 05/10/91 E. BERTOZZI | Conference with Weingarten on Peoples Loan coins, offer on sale; conference with Wieck. | .50 |
| 05/10/91 G. EHRLICH | Telephone calls with M. Weingarten regarding People's; draft motion regarding auction sales; review 506(c) issue. | 2.00 |
| 05/13/91 G. EHRLICH | File Notice of Hearing regarding Examiner's Motion to Sell by Public Auction. | .25 |
| 05/15/91 E. BERTOZZI | Conference with Wieck, letter to Weingarten on settlement of Peoples dispute. | .25 |
| )5/17/91 E. BERTOZZI | Conference with Weingarten, Wieck, reach agreement on People's coin sale. | .25 |
| 5/20/91 E. BERTOZZI | Conference with Silverstein on sales, settlement, Eastland claim; review Chorney settlement offer. | .50 |
| 5/21/91 E. BERTOZZI | Conference with Weingarten, Wieck on People's coin sales, conference with Resnick on Smith proposal. | .50 |
| ;/22/91 E. BERTOZZI | Conference with Weingarten, Wieck, Chorney and attorney on Peoples coin sale and order; hearing at Bankruptcy Court on coin sale, Chorney's contempt motions; further conference with Chorney and attorney Resnick on settlement; further conference with Weingarten on coin sales. | 2.00 |
| '24/91 E. BERTOZZI | Review redemption coin inventory; letter to Geremia. | .25 |

E-55

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 05/28/91 | E. BERTOZZI | Conference with creditor Schiffman on claim. | .25 |
| 05/30/91 | E. BERTOZZI | Conference with Hershel Smith, letter to Cullen on settlement negotiations. | .25 |
| 05/31/91 | E. BERTOZZI | Review letter from Wieck on Peoples designation of auction house; conference with Baverstam. | .25 |

Total Hours 92.25

Total for Services $17,607.50

isbursements

| | | |
|---|---|---|
| 10/15/90 | Outside Contract Delivery-Providence/AC 380 Westminster Street | 1.00 |
| 10/15/90 | Outside Contract Delivery-Providence/AC 380 Westminster Street | 1.00 |
| 10/16/90 | Outside Contract Delivery-Providence/AC USDC | 1.00 |
| 10/16/90 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 12/26/90 | Computer Research-Providence -Lexis- AC | 5.18 |
| 12/26/90 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 12/26/90 | Outside Contract Delivery-Providence/EJB Eastland Bank Cranston | 15.00 |
| .2/26/90 | Outside Contract Delivery-Providence/EJB 1000 Park Ave. | 13.50 |
| 1/03/91 | Outside Contract Delivery-Providence/EJB 380 Westminster | 1.00 |
| 1/09/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| ?/01/91 | Outside Contract Delivery-Providence/EJB 380 Westminster | 1.00 |
| :/07/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| /07/91 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| /11/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| '12/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| '18/91 | Overnight Express-Providence/EJB | 15.00 |
| '28/91 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| 29/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 15/91 | Outside Contract Delivery-Providence/AC USDC | 1.00 |
| 23/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 19/91 | Outside Contract Delivery-Providence/AC 380 Westminster Street | 1.00 |

E-56

| | | |
|---|---|---|
| 04/23/91 | Outside Contract Delivery-Providence/AC Federal Building | 2.00 |
| 05/10/91 | Outside Contract Delivery-Providence/GPE Round Trip | 2.00 |
| 05/13/91 | Outside Contract Delivery-Providence/GPE USBC Round Trip | 2.00 |
| 05/28/91 | Petty Cash-Providence -FIling fees- EJB | 15.00 |
| 05/28/91 | Outside Contract Delivery-Providence/EJB USBVC | 1.00 |
| | Xerox | 522.84 |
| | Special Mailing | 465.60 |
| | Long Distance Telephone and Fax | 463.62 |
| | Disbursements Total | $1,539.74 |
| | Total This Statement | $19,147.24 |

E-57

EDWARDS & ANGELL

nsellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
Telex 952001 "E A PVD"
Telecopier (401) 276-6611

October 25, 1991

John F. Cullen, Esq.
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

Dear Jack:

I'm enclosing Edwards & Angell's bill for services dated August 31, 1991. This is for informational purposes only and will be the subject of a future fee application.

Please call me if you have any questions or comments.

Very truly yours,

Edward J. Bertozzi, Jr.

E-58

EDWARDS & ANGELL

Counsellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID # 05-0135015

John F. Cullen
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3

For Professional Services Rendered

28488-88634

August 31, 1991

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 06/03/91 | E. BERTOZZI | Conference with Silverstein on settlement; conference with Wieck on Peoples coin sale. | .25 |
| 06/03/91 | E. BERTOZZI | Conference with attorney for redemption coin claimant; conference with Baverstam on Peoples coin sale. | .25 |
| 06/06/91 | E. BERTOZZI | Meeting with Daugherty, Silverstein, Weingarten on sales; meeting with Oster on orders, work on orders. | 1.50 |
| 06/12/91 | E. BERTOZZI | Conference with Daugherty on bills, draft motion to pay and borrow. | .50 |
| 06/13/91 | E. BERTOZZI | File motion on administrative expense; review Manter letter on sale offer; letter to Cullen and Weingarten; conference with McGee of Marquette on safe deposit boxes; conference with Weingarten on auctions, sale. | 1.00 |
| 06/14/91 | E. BERTOZZI | Conference with Oster on orders; attention to Marquette letter; letter to Cullen. | .50 |
| 06/17/91 | E. BERTOZZI | Conference with Weingarten on sales, court procedure. | .50 |
| 06/18/91 | E. BERTOZZI | Conference with Wieck, Baverstam, Weingarten on midamerica sale, letter to Weingarten; conference with Weingarten on bulk sale; conference with Bankruptcy Court clerk. | .75 |
| 06/20/91 | E. BERTOZZI | Review docket, transcript, motions, objections, draft order on Chorney; letter to Bankruptcy Cour; draft order on discovery, letter to clerk; attention to letter, reply to | 1.25 |

E-59

PLEASE INCLUDE THE ENCLOSED COPY OF THIS BILL WHEN FORWARDING YOUR PAYMENT.

umberland Investment Corp.

| | | |
|---|---|---|
| | coin claimant. | |
| 07/10/91 E. BERTOZZI | Conference with Cullen, attend hearing on Shine fee application; review order on Chorney; letter to Weingarten on preparation for hearing; conference with Weingarten, Cullen, Silverstein on sale of coins, attention to Chorney notice of appeal. | 1.00 |
| )7/11/91 E. BERTOZZI | Conference with Wieck, Baverstam, on Mid America sale; conference with Baverstam, Marquette on safe deposit boxes; review Oster motions. | .50 |
| 7/16/91 E. BERTOZZI | Conference with Resnick, Silverstein, Weingarten on Manter sale. | .75 |
| 7/17/91 E. BERTOZZI | Meeting with Geremia on redemption coin issues; conference with McGowan on settlement. | .50 |
| /18/91 E. BERTOZZI | Meeting with Silverstein, Cullen, conference with Weingarten on sales alternatives; hearing at Bankruptcy Court on objection to court reporter bill, meeting with redemption coin claimants. | 3.50 |
| '19/91 E. BERTOZZI | Confeence with McGee at Marquette, Baverstam on coins, safe deposit boxes; review materials from attorney Datielo on McCrystal collection. | 1.00 |
| 22/91 E. BERTOZZI | Conference with attorney for redemption coin claimant; conference, negotiate with Smith, Manter, Weingarten, Resnick on bulk sale, draft bid condition letter. | 2.00 |
| 3/91 E. BERTOZZI | Conference with Silverstein; letter to Smith on Manter; | 1.00 |

E-60

ımberland Investment Corp.

| | | |
|---|---|---|
| | conference with Bankruptcy Court Clerk, letter to trustee et al on Aubin hearing | |
| 07/24/91 E. BERTOZZI | Call from McQueen at Eastland on outstanding issues; conferences with Bankruptcy Court Clerk, Cullen, Weingarten on Chorney hearing | .50 |
| )7/30/91 E. BERTOZZI | Meeting with Silverstein, McQueen, Geremia, conference with Weingarten on liquidation of assets, settlement of redemption coin claims, letter to Marquette. | 1.75 |
| 8/01/91 E. BERTOZZI | Negotiate with Smith on Manter deal; conference with Resnick on Eastland proposal; meetings with Weingarten on Eastland proposal, liquidation; prepare objection to Chorney's recusal motion. | 1.50 |
| 3/02/91 E. BERTOZZI | Conference with attorney Sereze on brief on recusal; conference on sale; file objection to recusal motion. | .50 |
| ;/05/91 E. BERTOZZI | Research recusal, prepare for hearing on Chorney motion, conference with Litman on claimants. | 1.50 |
| /06/91 E. BERTOZZI | Conference with Silverstein, letter to Baverstam on Chorney safe deposit box; prepare for recusal hearing. | .75 |
| /07/91 E. BERTOZZI | Attention to letter from Silverstein; letter to Weingarten on auction accounting; conference with Baverstam, draft Rule 2004 motion on safe deposit box | .50 |
| '08/91 E. BERTOZZI | Conference with attorney Wieck on mid america sale; review deposit box motion | .25 |
| 09/91 E. BERTOZZI | Review notice of sale on computer; draft motion to reduce notice | .25 |

E-61

umberland Investment Corp.

| | | | |
|---|---|---|---|
| 08/14/91 | E. BERTOZZI | Review Silverstein letter on bank proposal, forward to Cullen et al; conference with claimant. | .25 |
| 08/15/91 | E. BERTOZZI | Conference and negotiations with Geremia, McGowan, Weingarten on redemption coins; conference with Weingarten, Resnick on liquidation, Eastland proposal; conference with Resnick on bond. | 1.50 |
| )8/16/91 | E. BERTOZZI | Draft and file motion to limit notice on computer sale. | .25 |
| )8/20/91 | E. BERTOZZI | Conference with Silverstein on safe deposit box; prepare and file motion to examine; | .75 |
| 8/21/91 | E. BERTOZZI | Memo to Cullen, Silverstein, on Manter buyer; conference with Oster. | .25 |
| 8/22/91 | E. BERTOZZI | Conference with attorney for redemption coin claimant. | .25 |
| 3/23/91 | E. BERTOZZI | Call from redemption coin claimant. | .25 |
| 3/26/91 | E. BERTOZZI | Attention to Smith letter on Manter offer; conference with Court clerk, letter to Silverstein on Chorney appeal; conference with Baverstam on opening safe deposit boxes | .50 |
| /28/91 | E. BERTOZZI | Work on status report | .50 |
| /29/91 | E. BERTOZZI | Complete report to Court; conference with Weingarten on report, bank proposal. | .75 |

Total Hours 29.50

Total for Services $6,195.00

.rsements

| | | |
|---|---|---|
| 14/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 20/91 | Outside Contract Delivery-Providence/EJB USBVC | 1.00 |
| 09/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 20/91 | Outside Contract Delivery-Providence/EJB USBVC | 1.00 |
| | Xerox-Providence | 32.89 |
| | Long Distance Telephone and Fax | 154.95 |

Disbursements Total $191.84

Total This Statement $6,386.84

E-62

EXHIBIT C
R.I. BANKR. FORM C.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re

CUMBERLAND INVESTMENT CORPORATION
Debtor

Chapter 7
Case No. 89-bk-11051

## FEE APPLICATION SUMMARY SHEET

Name of Applicant: Edwards Angell Palmer & Dodge LLP
Role in Case: Attorney for Trustee.

Fees previously requested: None
Fees previously awarded: None
Expenses previously requested: None
Expenses previously awarded: None
Retainer paid: None

Current Application:
Fees requested: $45,953.75
Expenses requested: $3,764.47
Blended hourly rate: approximately $175.00

Name of Professional:
Edward J. Bertozzi, Jr., partner
admitted to practice: 1967
hours billed: 190 approximately
rate: $190 to $210 per hour

Theodore Mocarski
admitted to practice: RI - Unknown
hours billed: 13 approximately
rate: $125 per hour

E-63

Andrea Corcoran
admitted to practice: RI - 1990
hours billed: 45.75 approximately
rate: $125 per hour

Gayle Ehrlich
admitted to practice: RI - 1986; MA - 1985
hours billed: 9.75 approximately
rate: $135 per hour

total for application: $49,718.22

E-64

EXHIBIT D
R.I. BANKR. FORM C.4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re

CUMBERLAND INVESTMENT CORPORATION
Debtor

Chapter 7
Case No. 89-bk-11051

## FINAL FEE ALLOWANCE SUMMARY

**FEES:**

1. Period of Services in this Case: August 23, 1990 to August 29, 1991
2. Total Hours of Services Performed *for which fee is requested* in this Case: 258.50
3. Blended Hourly Rate for Fees Requested: (Excluding paraprofessionals) $175 approximately
4. Total Fee Award Requested: $45,953.75
5. Retainer Credited Against Award: none
6. Interim Fees Allowed and Credited Against Award: none
7. Final Payment Requested: $45,953.75
8. Approximate Distribution to Creditors in this Case:
   - (a) Administrative: not available at time of filing
   - (b) Secured: not available at time of filing
   - (c) Unsecured: not available at time of filing

**EXPENSES:**

1. Total Expense Reimbursements Requested: $3,764.47
2. Expenses Allowed to Date: none
3. Expense Request for entire case: $3,764.47
4. Breakdown of Item No. 3 Total: $3,764.47

| | | | |
|---|---|---|---|
| a. Travel Expense: | $ none | | |
| b. Postage: | $ | 100.00 | |
| c. Photocopies, telephone and telecopy: | $ | 3159.00 | |
| d. Express Mail/Messenger: | $ | 127.00 | |
| e. Overtime Charges: | $ | 72.00 | |
| f. Other Expenses (Itemize): | $ | 306.47 | |
| Answering machine | | | 114.26 |
| Computer research | | | 9.21 |
| Filing fees, subpoenas, depositions | | | 183.00 |

E-65

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007 a true and accurate copy of the First and Final Application for Fees and Expenses of Edwards Angell Palmer & Dodge LLP was sent electronically to Jason D. Monzack, Trustee, and Leonard DePasquale, U.S. Trustee, and by first class mail t[redacted]ing Drive, Johnston, Rhode Island 02919.

Martha Fulton

E-66

THIS AFFIDAVIT [docket # 414] WAS NOT included in EXHIBIT 3. of Petitioner's Motion to Assist & Help the Court on March 24, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re:<br><br>Cumberland Investment<br>Corporation | C.A. No. 90-0514 |

AFFIDAVIT OF ATTORNEY FOR TRUSTEE AND EXAMINER

I, Edward J. Bertozzi, Jr., being duly sworn, make this affidavit:

1. I am the duly appointed attorney for John F. Cullen, Chapter 11 Trustee, and Michael Weingarten, Examiner.

2. Attached hereto are Edwards & Angell's bills for services, which I have marked to show services made necessary by Harold Chorney's actions.

3. I estimate that the marked amounts total $20,905.00.

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell
2700 Hospital Trust Tower
Providence, RI 02903
(401)274-9200

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me on this 1st day of October, 1991.

Notary Public

EXHIBIT 3

EDWARDS & ANGELL

sellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

John F. Cullen
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3

June 30, 1992

For Professional Services Rendered

28488/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 09/03/91 | E. BERTOZZI | Conference with Cullen, Silverstein on settlement proposals. | .25 |
| 09/05/91 | E. BERTOZZI | Conference with Silverstein, McQueen, Cullen, Weingarten on settlement with Eastland. | 1.50 |
| 09/06/91 | E. BERTOZZI | Negotiate with Smith on coin purchase; conference with Resnick; letter on sale to Smith; conference with redemption coin claimant. | 1.00 |
| 09/12/91 | E. BERTOZZI | Conference with McGowan on settlement, claims by trustee; conference with Baverstam on buyer. | .50 |
| 09/17/91 | E. BERTOZZI | Conference with Silverstein, Weingarten, Cullen; hearing at Bankruptcy Court on sanctions; conference with Smith, attorney Moloney on escrow for bidder. | 4.00 |
| 09/19/91 | E. BERTOZZI | Conference with Weingarten on affidavit; conference with Cullen on affidavit. | .25 |
| 09/20/91 | E. BERTOZZI | Conference with attorney Moloney on deposit; letters to Weingarten, Wieck on Mid America; conference with Wieck. | .50 |
| 09/24/91 | E. BERTOZZI | Obtain inventory list, letter to Moloney. | .25 |
| 09/25/91 | E. BERTOZZI | Letters to Baverstam, Moloney on inventory, sale; review inventory | .50 |

E-256

| | | | |
|---|---|---|---|
| 09/26/91 | E. BERTOZZI | Conference with Garrett of Mid America on inventory, send list; review memo on Chorney, conference with Serreze. | .50 |
| 09/30/91 | E. BERTOZZI | Work on affidavit; conference with Cullen, conference with creditors. | 1.00 |
| 10/08/91 | E. BERTOZZI | Conference with Serreze on Oster motion to withdraw. | .25 |
| 10/11/91 | E. BERTOZZI | Conference with Weingarten, review Wieck motion on Mid America sale. | .25 |
| 10/15/91 | E. BERTOZZI | Conference with Weingarten, Resnick, Wieck, on Peoples sale; conference, letter to Wieck; conference with creditor on redemption coins. | 1.00 |
| 10/16/91 | E. BERTOZZI | Letter to Wieck on Mid America proceeds, calls to Wieck; conference with Serreze on hearing before J. Pettine. | .50 |
| 10/17/91 | E. BERTOZZI | Conference with Wieck on Peoples proceeds settlement. | .25 |
| 10/18/91 | E. BERTOZZI | Conference with Serreze, prepare for, attend hearing before Judge Pettine at which Chorney appeals denied; attention to information from Moloney on coin sale; memo to Cullen, Weingarten. | 3.00 |
| 10/21/91 | E. BERTOZZI | Conference with Wieck on Peoples order; review Serreze letter to Pettine. | .25 |
| 10/22/91 | E. BERTOZZI | Conference with Baverstam on sale of coins. | .25 |
| 10/24/91 | E. BERTOZZI | conference with Serreze, Cullen on settlement, reach global settlement. | .50 |
| 10/28/91 | E. BERTOZZI | Conference with Serreze on settlement. | .25 |
| 10/30/91 | E. BERTOZZI | Review Serreze letter, send memo to parties on settlement with Eastland Bank. | .25 |
| 11/01/91 | E. BERTOZZI | Conference with prospective buyer Fares; letter to Baverstam. | .50 |
| 11/04/91 | E. BERTOZZI | Conference with McQueen, Resnick, Serreze, Baverstam, Laroche on arrangements for inspection of coins. | 1.00 |
| 11/06/91 | E. BERTOZZI | Conference with McGowan. | .25 |

E-257

| | | | |
|---|---|---|---|
| 11/12/91 | E. BERTOZZI | Conference with Cullen on Chorney motions; conference with Serreze; draft objection; review settlement agreement, draft revision, letter to Cullen et al. | 1.00 |
| 11/14/91 | E. BERTOZZI | Conference with Serreze, Lynch on appeals. | .50 |
| 11/19/91 | E. BERTOZZI | Conference with Resnick, letter to Serreze on settlement agreement. | .50 |
| 11/20/91 | E. BERTOZZI | Prepare for, participate in telephone conference with Judge Pettine, Hal chorney and other attorneys on appeals; conference with Serreze on appeals, settlement agreement; letter to Cullen on appeals; conference with Smith on appraisal. | 1.00 |
| 11/21/91 | E. BERTOZZI | Hearing at Bankruptcy Court on Oster withdrawal, Chorney appraisal; conference with Chorney, obtain representation for appraisal, arrange for viewing by Chorney appraisers; letter to Chorney; negotiate with Chorney on mail, letter to Cullen, conference with Wieck on Mid America coin auction. | 2.00 |
| 11/22/91 | E. BERTOZZI | Conference with Chorney, Serreze, on appraisal agreement; letter to Cullen on settlement agreement. | .50 |
| 11/22/91 | S. KUMINS | Research requirements for application for acceptance of settlement agreement | .50 |
| 11/25/91 | S. KUMINS | Draft motion to compromise claim against the estate, motion to limit notice | 2.00 |
| 11/26/91 | E. BERTOZZI | Conference with McQueen, letter to Chorney on appraisal, conference with Resnick, review and revise motion on settlement agreement. | .50 |
| 11/27/91 | S. KUMINS | Revise motion to authorize compromise and limit notice | 1.25 |
| 11/29/91 | E. BERTOZZI | Conference with Hagopian, draft modification to order on redemption coins. | .25 |

E-258

| | | | |
|---|---|---|---|
| 12/04/91 | E. BERTOZZI | Conference with Geremia; revise order; letter to court regarding Eastland settlement; conferences with trustee; letter to Mr. Chorney regarding mail | .50 |
| 12/05/91 | E. BERTOZZI | Attention to Chorney production notices, subpoenas; conferences with trustee personnel; research, draft objection and memorandum; conference with Posner; conference with creditor | 1.50 |
| 12/06/91 | E. BERTOZZI | Conference with McQueen regarding FBI review of coins; attention to McGowan objection; conference with Cullen regarding Chorney notices | 1.00 |
| 12/09/91 | E. BERTOZZI | Conference with Weingarten; letter to McGowan regarding Eastland settlement; attention to Chorney objection | 1.00 |
| 12/10/91 | E. BERTOZZI | Attention to pleadings regarding appeals; letter to Serreze | .50 |
| 12/11/91 | S. KUMINS | Prepared letter to L. Geremia regarding redemption coin owners | .38 |
| 12/11/91 | E. BERTOZZI | Call from redemption coin claimant; Conference with Serreze, McQueen on settlement; review and sign supplemental memo to Judge Pettine on appeals; prepare for hearing. | 1.00 |
| 12/12/91 | E. BERTOZZI | Conference with Chorney, Bankruptcy Court on Cullen hospitalization, continuance. | .25 |
| 12/16/91 | S. KUMINS | Reviewed redemption coin claimants' proofs of claim; letter to L. Geremia regarding redemption coin claimants | 2.63 |
| 12/16/91 | E. BERTOZZI | Conference with Chorney, Cullen, Posner, Bankruptcy Court clerk on hearing re Chorney motions; analyze redemption coin issues. | 1.00 |
| 12/17/91 | E. BERTOZZI | Review Chorney motion on appeals, conference with Serreze on response; conference with McGowan on Eastland settlement. | .50 |

E-259

| | | | |
|---|---|---|---|
| 12/18/91 | S. KUMINS | Study law regarding consignments and security interests | 2.50 |
| 12/18/91 | E. BERTOZZI | Conference with Chorney, conference with Cullen, letter to Chorney on subpoenas; attention to consignment issues; review and sign joint objection on appeals. | 1.00 |
| 12/19/91 | S. KUMINS | Review and analyze law regarding consignments, security interests | .63 |
| 12/19/91 | E. BERTOZZI | Conference with prospective coin buyer, letter to buyer with inventory. | .25 |
| 12/20/91 | E. BERTOZZI | Attention to Court decision, review motion and objection; conference with Serreze and McGowan on new motion. | 1.00 |
| 12/20/91 | S. KUMINS | Letter to L. Geremia regarding redemption coins | .63 |
| 12/23/91 | E. BERTOZZI | Conference with Posner on hearing, conference with Weingarten on sale of coins. | .50 |
| 12/23/91 | S. KUMINS | Review and analyze law regarding consignments, security interests; letter to L. Geremia regarding redemption coins | 1.00 |
| 12/24/91 | E. BERTOZZI | Conference with Court clerk, Posner, letter to Chorney on hearing; conference with Serreze, attention to complaint, memo to Eastland re: claim. | 1.00 |
| 12/26/91 | E. BERTOZZI | Conference McGowan on Eastland settlement, redemption coins; conference with S. M. Levin on redemption coin issues | 1.00 |
| 12/30/91 | E. BERTOZZI | Conference with Resnick; revise settlement letter to Geremia; accept service of Chorney subpoenas; conference and letter to creditor Glynn | 1.00 |
| 01/02/92 | E. BERTOZZI | Research on standards for compromise; conference with Serreze on settlement; conference with Posner; letter to Chorney on hearing | 1.00 |
| 01/03/92 | E. BERTOZZI | Conference with Posner on hearing | .25 |
| 01/06/92 | E. BERTOZZI | Attention to Chorney objection, prepare for hearing | .50 |

E-260

| | | | |
|---|---|---|---|
| 01/07/92 | E. BERTOZZI | Conference with Gomes of Internal Revenue Service on tax returns | .25 |
| 01/08/92 | E. BERTOZZI | Prepare for hearing; meetings with Cullen, Posner; negotiation with Chorney; defend trustee at hearing on Chorney motions | 3.00 |
| 01/10/92 | E. BERTOZZI | Work on Chorney orders | .50 |
| 01/14/92 | E. BERTOZZI | Conference with Ianarelli, American Rare Coin, on sale of coins. | .25 |
| 01/15/92 | E. BERTOZZI | Conference with creditor on claim. | .25 |
| 01/17/92 | E. BERTOZZI | Conference with FBI | .25 |
| 01/21/92 | E. BERTOZZI | Conference with Baverstam on sale of coins; call attorney Moloney of Mid America. | 1.00 |
| 01/22/92 | E. BERTOZZI | Attention to inventory list, conference with Moloney on Mid America auction; memo to Cullen et al on sale. | .50 |
| 01/23/92 | E. BERTOZZI | Work on Chorney orders. | .50 |
| 01/24/92 | E. BERTOZZI | Complete draft of order, fax to Chorney. | .25 |
| 01/27/92 | S. KUMINS | Strategized regarding revision of motion to approve settlement | .38 |
| 01/27/92 | E. BERTOZZI | Conference with McQueen, Geremia on redemption coins, grading; attention to motion to compromise. | .50 |
| 01/28/92 | S. KUMINS | Revised motion to compromise claim against estate | 2.38 |
| 01/28/92 | E. BERTOZZI | Letters to creditors; draft order on Chorney contacts, memo to Chorney, Cullen, Posner. | .50 |
| 01/29/92 | E. BERTOZZI | Conference with Weingarten on sales of assets; attention to materials from Mid America, Moloney on sales; conference with Serreze on settlement. | 1.00 |
| 01/30/92 | S. KUMINS | Revised motion to compromise claim | .38 |
| 01/31/92 | S. KUMINS | Letter to Hal Chorney; revised motion to compromise; research law regarding identifiability of goods | 2.38 |
| 01/31/92 | E. BERTOZZI | Conference with Serreze on settlement; attention to Mid America materials, letter to Weingarten; review Hagopian | 2.00 |

E-261

| | | | |
|---|---|---|---|
| | | letter on redemption coin settlement, review letter to Chorney; review and revise motion to compromise. | |
| 02/03/92 | E. BERTOZZI | Work on motion to settle | .25 |
| 02/03/92 | S. KUMINS | Revised motion to compromise with Eastland | 2.13 |
| 02/04/92 | S. KUMINS | Telephone call from Hal Chorney | .38 |
| 02/04/92 | E. BERTOZZI | Conferences with Serreze, Geremia on motion to settle; conference with Litman, attorney for the creditor | .50 |
| 02/05/92 | E. BERTOZZI | Review redemption coin issues, Chorney's refusal to testify; methods of getting information; review and revise settlement motion, Serreze comments | 1.00 |
| 02/06/92 | S. KUMINS | Drafted motion for 2004 examination, memo in support | 1.13 |
| 02/07/92 | E. BERTOZZI | Review and revise motion for Rule 2004 exam; review settlement motion, letter to McGowan, Geremia. | .50 |
| 02/07/92 | S. KUMINS | Revised motion for 2004 examination; motion to compromise settlement | 2.63 |
| 02/10/92 | S. KUMINS | Served motion to examine Chorney | .38 |
| 02/10/92 | E. BERTOZZI | Letter to Moloney on Mid American sale. | .25 |
| 02/11/92 | A. Corcoran | Review documents; prepare for hearing; attend hearing with SSerrezze | 1.75 |
| 02/11/92 | E. BERTOZZI | Meeting with Chorney on orders. | .25 |
| 02/12/92 | E. BERTOZZI | Review and revise Mid-American Agreement, letter to P. Moloney. | .75 |
| 02/13/92 | E. BERTOZZI | Conference with Cullen on Chorney litigation; conference with Weingarten on sale, conference with Posner on Chorney orders. | 1.00 |
| 02/18/92 | E. BERTOZZI | Review Chorney appellate pleadings and briefs. | 1.00 |
| 02/21/92 | E. BERTOZZI | Conference with S. Serreze, M. Silverstein on settlement. | .25 |
| 02/27/92 | E. BERTOZZI | Review creditor letter; conference with Serreze on creditor, settlement, appeals; review | 1.50 |

E-262

| | | | |
|---|---|---|---|
| | | and revise settlement agreement, conference, letter to McGowan; review Chorney orders, draft letter to clerk Court, revise order and letter to Chorney. | |
| 02/28/92 | E. BERTOZZI | Research, letter to Serreze on Chorney appeals. | .75 |
| 02/28/92 | S. KUMINS | Analyzed actions to be taken in redemption coin matter | .25 |
| 03/02/92 | E. BERTOZZI | Review auction agreement with Mid America. | .25 |
| 03/03/92 | S. KUMINS | Research law regarding subpoena of deposition witnesses | .50 |
| 03/03/92 | E. BERTOZZI | Conference with Weingarten on auction agreement; attention to Chorney letter, draft response. | .50 |
| 03/04/92 | E. BERTOZZI | Conference with Serreze on settlement agreement; attention to Chorney letter and order, draft letter to Bankruptcy Court; meeting with Geremia on settlement with Eastland and redemption coin claimants. | 1.00 |
| 03/04/92 | S. KUMINS | Strategized regarding Chorney deposition | .25 |
| 03/05/92 | S. KUMINS | Research law regarding consignments - substantial engagement | .38 |
| 03/06/92 | E. BERTOZZI | Review motion for reference by ESB; conference with Weingarten, revise Auction Agreement, letter to Moloney; conference with creditor Hersey; organize, redemption coin review. | 1.00 |
| 03/06/92 | S. KUMINS | Research law regarding "substantial engagement" in consignment business; telephone call to Peter Furness regarding Chorney | 2.75 |
| 03/09/92 | S. KUMINS | Telephone call to Mark Hagopian | .25 |
| 03/09/92 | E. BERTOZZI | Review Hagopian objection to settlement, analyze alternatives. | .25 |
| 03/10/92 | C. GIRON | Go to Bankruptcy court and begin listing claimants by name, address and bearer number; identify amount and proof | 3.25 |

E-263

| | | | |
|---|---|---|---|
| 03/10/92 | S. KUMINS | Reviewed proofs of claim | 1.38 |
| 03/11/92 | E. BERTOZZI | Conference with McGowan on Eastland settlement, attention to legal authorities. | .50 |
| 03/11/92 | S. KUMINS | Analyzed depositions for admissions regarding redemption coins | 4.50 |
| 03/11/92 | C. GIRON | Go to Bankruptcy Court; continue to list claimant information | 2.00 |
| 03/13/92 | E. BERTOZZI | Conference with Moloney, Weingarten on auction; attention to redemption coin review issues. | .75 |
| 03/16/92 | S. KUMINS | Telephone call to Sy Posner regarding redemption coins | .25 |
| 03/16/92 | C. GIRON | Go to Bankruptcy Court; continue listing claimant information | 3.00 |
| 03/16/92 | V. FRANCIS | To Bankruptcy Court to review file and ascertain creditors and amounts claimed, conference with C. Giron re same | 2.50 |
| 03/17/92 | E. BERTOZZI | Letter to Moloney on auction; review redemption coin issues | .50 |
| 03/17/92 | S. KUMINS | Telephone call from S. Posner; strategized regarding redemption coin issue | .25 |
| 03/18/92 | E. BERTOZZI | Attention to Moloney letter; conference with Weingarten on auction terms; revise auction agreement; letter to Moloney; conference with Baverstam | 1.00 |
| 03/18/92 | S. KUMINS | Revised settlement agreement; letter to S. Serreze and M. McGowan | 1.50 |
| 03/19/92 | E. BERTOZZI | Conference with Moloney on auction agreement | .25 |
| 03/19/92 | V. FRANCIS | To Bankruptcy Court to obtain names and addresses of claimants and claim amounts | 2.00 |
| 03/19/92 | C. GIRON | Bankruptcy Court to list claimant information | 2.00 |
| 03/20/92 | E. BERTOZZI | Conference with Moloney on auction agreement | .25 |
| 03/23/92 | E. BERTOZZI | Attention to file; conference with McGowan on settlement agreement | .25 |
| 04/03/92 | E. BERTOZZI | Conference with McGowan, attention to McGowan letter; letter to Serreze on | .50 |

E-264

| | | | |
|---|---|---|---|
| | | settlement; attention to Moloney letter; letter to Cullen, Weingarten, McGowan, Serreze on auction. | |
| 04/08/92 | E. BERTOZZI | Conference with Sheryl Serreze on settlement. | .25 |
| 04/09/92 | E. BERTOZZI | Conference with McGowan, Moloney on sale of coins. | .25 |
| 04/14/92 | E. BERTOZZI | Conference with Silverstein, Serreze on settlement, coin sale. | .50 |
| 04/30/92 | E. BERTOZZI | Conference with Weingarten, Moloney on coin sale. | .25 |
| 05/07/92 | E. BERTOZZI | Conference with attorney Farris, Serreze, Posner, Moloney on coin inspection, sale; letter to Cullen, Weingarten. | 1.00 |
| 05/11/92 | E. BERTOZZI | Attention to complaint and TRO motion by Chorney; conference with Chorney, Cullen, Sereze on complaint. Letter to Posner; analyze response to complaint. | 1.00 |
| 05/12/92 | E. BERTOZZI | Research, prepare for TRO hearing; conference with Farris, prospective coin buyer. | .50 |
| 05/12/92 | S. KUMINS | Research law regarding district court/bankruptcy court jurisdiction; prepared response to Chorney complaint and motion. | 2.13 |
| 05/13/92 | E. BERTOZZI | Review motion to dismiss, objection to TRO; prepare for hearing before Judge Boyle. | 1.00 |
| 05/13/92 | S. KUMINS | Drafted motion to dismiss, objection to TRO motion; filed pleadings. | 1.75 |
| 05/14/92 | E. BERTOZZI | Prepare for, attend hearing before Judge Boyle on Chorney complaint and motion for TRO; obtain favorable decision. | 1.50 |
| 05/20/92 | E. BERTOZZI | Conference with Posner; conference with Serreze, letter to McGowan on settlement; accept service from constable of Chorney suit. | .75 |
| 05/20/92 | S. KUMINS | Determined appropriate response to Chorney complaint. | .25 |
| 05/21/92 | S. KUMINS | Letter to Chorney regarding motion to dismiss. | |

E-265

| | | | |
|---|---|---|---|
| 06/10/92 | E. BERTOZZI | Review Judge Pettine's decision. | .25 |
| 06/11/92 | E. BERTOZZI | Conference with Serreze on Pettine decision, sanctions, pre-trial conference of Votolato. | .25 |
| 06/17/92 | E. BERTOZZI | Prepare for, conference with Judge Votolato on Chorney. | .50 |
| 06/18/92 | E. BERTOZZI | Meeting with Silverstein, Serreze and conference with Judge Votolato on contempt motion against Chorney. | 1.00 |

Total Hours 131.33

Total for Services $20,380.00

Disbursements

| | | |
|---|---|---|
| 02/28/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 09/10/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 10/02/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 11/13/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 11/15/91 | Outside Contract Delivery-Providence/EJB 380 Westminster St. | 1.00 |
| 11/22/91 | Outside Contract Delivery-Providence/EJB 1500 Fleet Center HAS&C | 1.00 |
| 11/27/91 | Outside Contract Delivery-Providence/EJB 380 Westminster St. | 1.00 |
| 12/05/91 | Outside Contract Delivery-Providence/EJB 380 Westminster St. | 2.00 |
| 12/06/91 | Outside Contract Delivery-Providence/EJB 380 Westminster St. | 1.00 |
| 01/23/92 | Overnight Express-Providence/EJB | 15.00 |
| 02/12/92 | Outside Contract Delivery-Providence/EJB 380 Westminster St. | 1.00 |
| 02/14/92 | Outside Contract Delivery-Providence/AC Kennedy Plaza | 7.00 |
| 03/05/92 | Outside Contract Delivery-Providence/EJB 380 Westminster St. | 1.00 |
| 05/14/92 | Petty Cash-Providence Travel to Boston to review documents-CMG | 28.00 |
| 05/26/92 | Petty Cash-Providence Travel round trip to Boston office-CMG | 29.12 |
| | Xerox-Providence | 635.26 |
| | Long distance telephone and fax | 511.09 |

Disbursements Total $1,237.47

Total This Statement $21,617.47

E-266

EDWARDS & ANGELL

ellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

Cambridge Meridan Group
60 Church Street
Cambridge, MA 02138

May 31, 1992

For Professional Services Rendered

27177/86363

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 05/02/91 E. BERTOZZI | Meetings with Weingarten, Oster, attend Bankruptcy Court hearing on Weingarten fee application. | | 3.00 |
| 05/07/91 E. BERTOZZI | Conference with Weingarten, hearing at Bankruptcy Court on examiner fee application and objections discovery. | | 2.00 |
| | Total Hours | 5.00 | |
| | Total for Services | | $1,050.00 |

Disbursements

| | | |
|---|---|---|
| 10/17/91 | Outside Contract Delivery-Providence/AJCo Bankruptcy Court | 1.00 |
| 10/17/91 | Outside Contract Delivery-Providence/AJC 380 Westminster | 15.00 |
| | Xerox-Providence | 32.53 |
| | Long distance telephone & fax | 8.83 |
| | Disbursements Total | $57.36 |
| | Total This Statement | $1,107.36 |

E-267

EDWARDS & ANGELL

ellors at Law
John F. Cullen
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

For Professional Services Rendered

August 31, 1992

28488/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 07/06/92 | E. BERTOZZI | Conference with Serreze, review Bankruptcy Court decision on Chorney; review Chorney appeals to First Circuit. | .50 |
| 07/07/92 | S. KUMINS | Drafted objection to Aubin's application for order for rent payment | 1.38 |
| 07/07/92 | E. BERTOZZI | Research on consignment, redemption coins. | 1.00 |
| 07/08/92 | S. KUMINS | Revised objection to Aubin application; prepared for filing | .88 |
| 07/08/92 | E. BERTOZZI | Conference with Serreze on first circuit appeal, consider remedies. | .50 |
| 07/10/92 | E. BERTOZZI | Attention to materials from Chorney, letter to Cullen. | .25 |
| 07/13/92 | E. BERTOZZI | Review and execute documents relating to Chorney appeals, conference with Roberto. | 1.00 |
| 07/14/92 | E. BERTOZZI | Conference with Serreze on appeals; conference with Hiday. | .50 |
| 07/17/92 | E. BERTOZZI | Conference with McGowan, prepare for and attend hearing on Chorney stay; letter to Cullen, conference with Cullen on payment to Eastland. | 2.00 |
| 07/20/92 | E. BERTOZZI | Review and analyze Chorney motion for reconsideration. | .25 |
| 07/22/92 | E. BERTOZZI | Conference, letter to Serreze on post-petition loan payment, conference with Cullen. | .25 |
| 07/27/92 | E. BERTOZZI | Conference with Serreze on grand jury subpoena, attention to file. | .25 |
| 07/29/92 | E. BERTOZZI | Conference with Hershel Smith on suit vs. Cullen; letter to Cullen. | .25 |

E-268

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 07/30/92 | E. BERTOZZI | Conference with Posner; conference with Cullen, letter to Smith on suit; attention to Serreze letter on subpoena; letter to Cullen. | .50 |
| 08/05/92 | S. KUMINS | Drafted answer to complaint; telephone to S.Serreze; telephone call to bankruptcy court. | 2.50 |
| 08/05/92 | M. POGUE | Conference with E. Bertozzi and S. Kumins regarding pleading issues in Cumberland bankruptcy | .13 |
| 08/05/92 | E. BERTOZZI | Attention to Smith letter and complaint, conference with Serreze; analysis of complaint, further conference with Silverstein and Serreze; review and revise answer, analyze best response. | 1.00 |
| 08/06/92 | S. KUMINS | Telephone call from Cullen; revised answer to complaint. | .38 |
| 08/19/92 | E. BERTOZZI | Conference with Cullen, Ruberto, Furness, Smith, Aubin, prepare for hearing; hearing before Judge Votolato on Aubin motion for payment of administrative expense; letters to Cullen, Posner; conference with Ruberto on order. | 3.00 |
| 08/24/92 | E. BERTOZZI | Conference with attorney Torrance on suit v Chorney. | .25 |
| 08/25/92 | E. BERTOZZI | Review motion for stay by Chorney, analyze possible responses. | .25 |
| 08/27/92 | S. KUMINS | Drafted objection to motion for stay pending appeal | .63 |
| 08/31/92 | S. KUMINS | Revised objection to motion for stay | .25 |
| 08/31/92 | E. BERTOZZI | Conf. w/Posner; letter to Votolato; conf w/McGinley on Chorney claims | .50 |

Total Hours 18.40

Total for Services $3,197.25

E-269

umberland Investment Corp.

isbursements

| | | |
|---|---|---|
| 07/08/92 | Outside Contract Delivery-Providence/SMK USDC | 1.00 |
| 07/13/92 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| 07/22/92 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| 08/05/92 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| 08/06/92 | Outside Contract Delivery-Providence/SMK 380 WEST | 1.00 |
| 07/22/92 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| | Xerox-Providence | 25.76 |
| | Long distance telephone and fax | 79.95 |
| | Disbursements Total | $111.71 |
| | Total This Statement | $3,308.96 |

E-270

EDWARDS & ANGELL

sellors at Law

1700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

in F. Cullen
len & Resnick
storic Navy Yard
pway Place C-3

November 25, 1992

Professional Services Rendered

88/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 09/09/92 | E. BERTOZZI | Attention to Chorney's motion to clarify; conference with Serreze; letter to Court on Trustee's position. | 1.00 |
| 09/17/92 | S. KUMINS | Drafted motion to hold Chorney in contempt. | 1.88 |
| 09/17/92 | E. BERTOZZI | Conferences with Clerk, Webb, Serreze on motion for stay; conference with Posner; review indictment; consider alternatives to collect $200,000 sanctions. | 1.00 |
| 09/24/92 | E. BERTOZZI | Conference with Cullen on hearing on asset sales. | .25 |
| 09/25/92 | E. BERTOZZI | Conference with Posner on coins, possibility of sale, impact of trial. | .50 |
| 09/29/92 | E. BERTOZZI | Attention to check and letter from Cullen, send letter and check to Serreze on post-petition loan; conference with Bankruptcy Court Clerk on scheduling; review Chorney appeal brief. | 2.00 |
| 09/30/92 | E. BERTOZZI | Conference with Weingarten on sales. | .25 |
| 10/05/92 | E. BERTOZZI | Letter to Weingarten on sale of non-silver dollar items. | .25 |
| 10/08/92 | E. BERTOZZI | Conference with McGowan, Serreze, Weingarten, status conference with Judge Votolato, all on coin sales. | 2.00 |

E-271

hn F. Cullen
188/88634

November 25, 1992

| | | | |
|---|---|---|---|
| 10/09/92 | E. BERTOZZI | Prepare for and argue at hearing before Judge Torres on Chorney motion for stay; conference with Bankruptcy Court Clerk. | 2.00 |
| 10/13/92 | E. BERTOZZI | Review brief filed on Chorney appeal; letter to Weingarten on sale of assets. | .50 |
| 10/21/92 | E. BERTOZZI | Conference with Ruberto on contempt motion vs. Chorney. | .25 |
| 10/22/92 | E. BERTOZZI | Conference with Cullen on new Chorney suit, review complaint; letter to Cullen. | .50 |

Total Hours 12.38

Total for Services $2,393.00

ursements

| | | | |
|---|---|---|---|
| 9/01/92 | Outside Contract Delivery | 1.00 | |
| 9/18/92 | Outside Contract Delivery | 1.00 | |
| 9/29/92 | Outside Contract Delivery | 1.00 | |
| | Xerox | 61.18 | |
| | Long Distance Telephone, Telecopies and Postage | 59.83 | |

Disbursements Total $ 124.01

Total This Statement $2,517.01

E-272

EDWARDS & ANGELL

sellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

an F. Cullen
llen & Resnick
storic Navy Yard
pway Place C-3

January 27, 1993

- Professional Services Rendered for the period
tober 28, 1992 through December 31, 1992

188/88634

Cumberland Investment Corporation

| | | | |
|---|---|---|---|
| 10/28/92 | E. BERTOZZI | Review Ryan letter; draft response; attention to Chorney objection. | .25 |
| 11/05/92 | E. BERTOZZI | Conference with Cullen, clerk on suit by Chorney, suit by Smith; conference with Serreze on Taft suit. | .25 |
| 11/10/92 | E. BERTOZZI | Review Chorney motion, conference with Serreze. | .50 |
| 11/13/92 | E. BERTOZZI | Conference with Weingarten, draft affidavit, letter to Weingarten. | .50 |
| 11/16/92 | E. BERTOZZI | Review latest Chorney motions; draft letter to Cullen and Weingarten; draft answer to Taft amended complaint. | 1.00 |
| 11/17/92 | E. BERTOZZI | Review and revise answer to Taft suit; conference with Serreze, review and sign response to Chorney motion to J. Torres. | .50 |
| 11/19/92 | E. BERTOZZI | Review new motion by Chorney; conference with Serreze. | .50 |
| 11/23/92 | E. BERTOZZI | Conference with Cullen on Chorney motions, trustee's response. | .25 |
| 12/02/92 | E. BERTOZZI | Conference with Serreze; letter to Cullen; review and sign objections to Chorney motions. | .50 |
| 12/10/92 | E. BERTOZZI | Conference with Serage on Smith A.P., responses; conference with Weingarten sale. | .50 |

E-273

nberland Investment Corporation
188/88634

| | | | |
|---|---|---|---|
| 12/14/92 | E. BERTOZZI | Conference with Baverstam on sale. | .25 |
| 12/17/92 | E. BERTOZZI | Conference with Serreze, FDIC on coins; draft stipulation, letter to Smith on extension of Taft AP. | .50 |
| 12/18/92 | E. BERTOZZI | Conference with D. Ristaino, Serreze on safety deposit issues. | .25 |
| 12/28/92 | E. BERTOZZI | Attention to Smith, Serreze on stipulation. | .25 |

Total Hours 6.00

Total for Services $1,260.00

bursements

| | | | |
|---|---|---|---|
| 11/18/92 | Outside Contract Delivery | 1.00 | |
| 12/02/92 | Outside Contract Delivery | 1.00 | |
| 12/02/92 | Outside Contract Delivery | 1.00 | |
| | Photocopying | 68.77 | |
| | Telephone, Telecopy and Postage | 31.52 | |
| | Disbursements Total | | $103.29 |
| | Total This Statement | | $1,363.29 |

E-274

EDWARDS & ANGELL

lors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

F. Cullen
en & Resnick
oric Navy Yard
way Place C-3

March 29, 1993

Professional Services Rendered for the period
ary 1, 1993 through February 28, 1993

8/88634

Cumberland Investment Corporation

| | | | |
|---|---|---|---|
| 1/07/93 | E. BERTOZZI | Conference with Posner on trustee's actions, Chorney claims. | .25 |
| 1/13/93 | E. BERTOZZI | Attention to J. Torres orders; conference with Baverstam on sale of assets. | 1.00 |
| 1/14/93 | E. BERTOZZI | Conference with Serreze on stipulation, FDIC. | .25 |
| 1/14/93 | S. KUMINS | Conference with Fleet Cranston branch manager regarding viewing of vault. | .25 |
| 1/15/93 | E. BERTOZZI | Conference with Serreze on access to coins; conference with Baverstam on asset sales. | .50 |
| 1/15/93 | S. KUMINS | Conference with B. Quinn, P. Masquelette of FDIC regarding Cranston vault. | .50 |
| 1/21/93 | E. BERTOZZI | Conference with Weingarten on sale of assets; attention to Chorney appeal papers. | .50 |
| 1/22/93 | E. BERTOZZI | Attention to sale of asset alternatives. | .25 |
| 1/22/93 | S. KUMINS | Attention to sale of assets. | .13 |
| 1/29/93 | S. KUMINS | Attention to motion to sell free and clear. | .25 |
| 2/01/93 | S. KUMINS | Drafted motion to sell property free and clear of liens. | 2.13 |
| 2/02/93 | E. BERTOZZI | Analyze issues on Chorney appeal. | .25 |
| 2/02/93 | S. KUMINS | Attention to First Circuit appeal, motion to sell assets. | 1.38 |
| 2/03/93 | E. BERTOZZI | Conference with Cullen on FDIC, possession of coins; conference with Posner on coins, sales; letter to Cullen. | .50 |

E-275

March 29, 1993

F. Cullen
3/88634

| | | | |
|---|---|---|---|
| 2/04/93 | S. KUMINS | Revised motion of sale of assets; attention to Chorney First Circuit appeal of sanctions. | 1.38 |
| 2/05/93 | S. KUMINS | Revised motion to sell property. | .63 |
| 2/05/93 | E. BERTOZZI | Review and revise motion to sell assets; attention to sale, procedural issues. | .75 |
| 2/08/93 | S. KUMINS | Conference with F. Cadigan; conference with S. Ponte; attention to Chorney's statement of issues. | 1.38 |
| 2/08/93 | E. BERTOZZI | Review and analyze Chorney appeal designation of record; conference with F. Cadigan at FDIC on appeal and sale; conference with Weingarten on sale. | 1.00 |
| 2/09/93 | E. BERTOZZI | Conference with Serreze, Silverstein on Chorney appeal; review First Circuit decision. | 1.00 |
| 02/10/93 | E. BERTOZZI | Conference with Posner on coins, subpoena. | .25 |
| 02/10/93 | S. KUMINS | Analyzed First Circuit decision dismissing appeals. | .25 |
| 02/22/93 | S. KUMINS | Attention to Motion to sell assets. | .13 |
| 02/24/93 | S. KUMINS | Conference with S. Ponte; revised motion to sell assets. | .25 |
| 02/25/93 | S. KUMINS | Conferences with second-hand antique dealers; revised motion to sell. | .38 |
| 02/26/93 | E. BERTOZZI | Conference with F. Cadigan on appeal, sale of assets; attention to appeal procedures. | .50 |

Total Hours 16.04

Total for Services $2,510.00

sbursements

| | | |
|---|---|---|
| 01/20/93 | Outside Contract Delivery | 1.00 |
| | Photocopying | 24.38 |
| | Long Distance Telephone and Fax | 62.75 |

Disbursements Total $88.13

Total This Statement $2,598.13

E-276

EDWARDS & ANGELL

sellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

hn F. Cullen
llen & Resnick
storic Navy Yard
ipway Place C-3

August 31, 1993

r Professional Services Rendered for the period
y 1, 1993 through July 31, 1993

483/88634

: Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 05/04/93 | E. BERTOZZI | Conference with creditor Nierengarten. | .25 |
| 05/13/93 | E. BERTOZZI | Conference with Posner. | .25 |
| 05/27/93 | E. BERTOZZI | Obtain information on Chorney trial, conference with J. Cullen on verdict, actions to finish up Chapter 11. | .50 |
| 06/16/93 | E. BERTOZZI | Attention to letter from H. Smith; conference with claimant; letter to J. Cullen on test case. | .50 |
| 06/17/93 | E. BERTOZZI | Conference with J. Cullen on Taft suit. | .25 |
| 06/21/93 | E. BERTOZZI | Conference with M. Hagopian on Taft suit. | .25 |
| 06/29/93 | E. BERTOZZI | Conference with Ristaino on Cranston vault eviction. | .25 |
| 06/30/93 | S. KUMINS | Attention to joint pre-trial order regarding redemption; conference with M. Hagopian; and research law regarding fraud cited to plaintiff. | 1.63 |
| 07/06/93 | S. KUMINS | Conference with M. O'Neill regarding Fleet security, status of case. | .25 |
| 07/07/93 | S. KUMINS | Meeting with F. Cadigan regarding Taft adverse proceeding, joint pre-trial order; attention to Trustee; motion to sell property. | 1.50 |

E-279

EDWARDS & ANGELL

sellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200

Fed. ID# 05-0135015

an F. Cullen
len & Resnick
toric Navy Yard
pway Place C-3

November 29, 1993

Professional Services Rendered for the period
ust 1, 1993 through October 31, 1993

88/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 08/02/93 | S. KUMINS | Conferences with M. Hagopian, F. Cadigan regarding pre-trial order, coins in vault. | .38 |
| 08/03/93 | E. BERTOZZI | Conference with Cullen on moving coins. | .25 |
| 08/16/93 | S. KUMINS | Conference with S. Posner regarding removal of coins; letter to F. Cadigan regarding removal, appraisal of coins. | .88 |
| 08/16/93 | E. BERTOZZI | Conference with S. Posner on coin appraisal, storage and sale. | .25 |
| 9/24/93 | E. BERTOZZI | Review first circuit decision, send to Cullen. | .25 |
| .0/06/93 | S. KUMINS | Drafted objection to motion for reconsideration. | .88 |
| .0/06/93 | E. BERTOZZI | Review Chorney motion, trustee's objection. | .25 |
| .0/25/93 | E. BERTOZZI | Conference with S. Posner on information requested. | .25 |
| 0/26/93 | E. BERTOZZI | Conference with Cullen on conversion. | .25 |
| 0/27/93 | E. BERTOZZI | Conference with Serreze, Posner; letter to Cullen, McGowan on motion to convert. | .50 |

Total Hours 4.14

Total for Services $666.10

ursements

| | |
|---|---|
| Photocopying | 27.37 |
| Communication Charge | 16.64 |

Disbursements Total $44.01

Total This Statement E-281 $710.11

EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND

In Re:

CUMBERLAND INVESTMENT CORPORATION Case No. 89-11051-ANV

Debtor

# FINAL APPLICATION OF FORMER CHAPTER 11 TRUSTEE, JOHN F. CULLEN, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE ARTHUR N. VOTOLATO, UNITED STATES BANKRUPTCY JUDGE:

The Application of John F. Cullen, Former Chapter 11 Trustee ("Applicant" or "Trustee") for the Estate of Cumberland Investment Corporation ("Debtor"), for the allowance of compensation and reimbursement of expenses from the period August 15, 1990 through May 24, 1994, (the "Application") represents:

1. On December 6, 1989, Cumberland Investment Corporation commenced these proceedings under Chapter 11 of the Bankruptcy Code.

2. The Applicant, John F. Cullen, was appointed Chapter 11 Trustee on August 15, 1990.

3. Pursuant to the post Petition Financing Agreement between the Trustee and Eastland Bank and this Court's Order Authorizing Borrowing Pursuant to §§326 and 330 of the Code, Trustee requests herein a final allowance for services rendered as Chapter 11 Trustee.

4. Applicant seeks and allowance in the sum of Eighty Eight Thousand Eight One and 78/100 ($88,081.78) Dollars for professional services rendered from August 15, 1990 through May 24, 1994, and reimbursement of actual and necessary

E-212

costs and expenses incurred in the amount of Two Thousand Nine Hundred Forty Seven and 55/100 ($2,947.55) Dollars. Summaries of Applicant's time and disbursements are annexed hereto as Exhibit A and B.

5. All of the professional services for which compensation is requested by the Applicant were rendered in connection with this case and on behalf of the estate in discharge of Applicant's professional responsibility.

6. Applicant maintains detailed records of the professional services rendered herein, which records were made concurrently with rendition thereof.

## THE FIRM

7. During the period of appointment as Chapter 11 Trustee, the Applicant maintained its offices at the Charlestown Navy Yard, Shipway Place, Boston, MA. The members of the firm have vast experience in the handling of bankruptcy and insolvency cases and commercial litigation.

8. Applicant has acted in a professional capacity in hundreds of out of court insolvency cases and cases under the various Chapters of the Bankruptcy Code either as an attorney for debtors, creditors, creditor's committees, or as a trustee for the estate.

## DESCRIPTION OF GENERAL SERVICES RENDERED

9. From and after the date of appointment, the Applicant acting as Trustee, actively engaged in preserving the property of the Debtor and the estate, inquiring into the Debtor's business and financial affairs, transactions, and relationships in an attempt to secure such property, and otherwise administer the estate in compliance with statutory duties imposed by law. A more detailed narrative of the services rendered is set forth below.

10. Upon appointment, the Applicant met with the Debtor, officials of Eastland Bank and their counsel, and engaged various professionals to assist in the orderly administration of the Debtor's estate.

11. A major problem confronting the Applicant was securing and valuing the large volume of rare coins, stamps, domestic and foreign currency, and miscellaneous items being held by the Debtor. The Applicant coordinated the transfer of the Debtor's assets to a vault at Eastland Bank. In order to maintain



E-213

security, the Applicant coordinated with local and state police officials, a private security agency, as well as, bank officials and employees to transport the assets in three armored cars. Additionally, the Applicant utilized three video and still photographers, as well as a stenographer, each of whom assisted the Trustee in keeping detailed records memorializing the transfer of estate assets.

12. The Applicant also coordinated two other transfers of estate assets in the same manner above-described.

13. The Applicant discovered that a portion of the Debtor's coin inventory was located in Winchester, Indiana. The Trustee traveled to Indiana and met with bank officials for the purpose of determining the nature and extent of said inventory and to secure the same.

14. The Applicant's investigation into the existence of real and possible estate assets involved lengthy discussions with potential witnesses and the tracing of records and financial materials from New England to California.

15. The Applicant also established procedures to deal with the voluminous records for other agencies who had an interest in estate assets and to effectuate all orders of this Court.

16. The Applicant investigated and communicated with dozens of creditors nationwide, concerning redemption coins and other financial transactions, who had dealings with the Debtor prior to bankruptcy.

17. After the Applicant established security and inventory control of estate assets, the Applicant spent considerable time meeting with bank officials and various professionals involved in the case for the purpose of developing a coordinated plan to liquidate the Debtor's assets at maximum value for creditors. Additionally, the Applicant investigated the recovery of other assets in which the estate may have had an interest. Finally, the Applicant engaged local counsel for the review and preparation of necessary pleadings. Furthermore, the Applicant personally appeared before this Court on numerous occasions to address the myriad issues involved in this case.

## PREVIOUS AWARDS OF COMPENSATION

18. On December 3, 1990, the Applicant filed an Interim Application for Compensation, as well as, the instant Application; however, the Applicant has yet to receive any compensation in this case.

## REQUEST FOR COMPENSATION

19. The foregoing recital very briefly describes the highlights of the professional services rendered by the Applicant in this case for the periods between August 15, 1990 through May 24, 1994.

20. The Applicant expended a total number of 442.69 hours for the periods August 15, 1990 through May 24, 1994 as further described in Exhibits A and B. Such time was necessary in order for the Applicant to discharge his duties and obligations to the estate and this Court. Applicant seeks fees for the time and expenses expended in the total amount of Eighty Eight Thousand Eighty One and 78/100 ($88,081.78) Dollars.

21. No agreement, nor understanding, exists between the Applicant and any other persons for the sharing of compensation which may be received pursuant to this Application. No agreement nor understanding has been or will be entered into for the purpose of fixing fees or other compensation to be paid to any other attorney or any other professional person employed by any other party in interest herein, to any other party, or any person for services rendered in connection therewith from the assets of the estate, contrary to the provisions of the Bankruptcy Code.

22. Applicant submits that the compensation requested herein is reasonable based upon the time, nature, extent, probable outcome and difficulty of the services rendered in connection with the instant case. Applicant further submits that the reimbursement of expenses requested herein are for actual and necessary expenses required under the circumstances. Applicant respectfully submits that the costs of services rendered for and on behalf of the estate is comparable to the costs of similar services in matters other than the Bankruptcy Code.

WHEREFORE, Applicant respectfully requests the Court to allow compensation for duly authorized, necessary and valuable services rendered and actual costs and expenses incurred herein in the sum of Eighty Eight Thousand Eighty One and 78/100 ($88,081.78) Dollars, as set forth in Exhibits A and B annexed hereto; and for such other and further relief as may be appropriate under the circumstances.



E-215

Respectfully submitted this 26th day of October 2007.

Respectfully submitted,

*/s/ John F. Cullen*

John F. Cullen, Esquire (bma02430)
Law Offices of John F. Cullen, P.C.
17 Accord Park Drive, Ste. 103
Norwell, MA 02061
Telephone: (781) 982-1141
Facsimile: (781) 982-1143
Email: jack@cullenbklaw.com

**CERTIFICATE OF SERVICE**

I, John F. Cullen, hereby certify that on this the 26th day of October, 2007 have served the **Final Application of Former Chapter 11 Trustee for Compensation and Reimbursement of Expenses** by causing a copy of the same to be delivered either electronically to the following registered parties:

(SEE ATTACHED SERVICE LIST)

Date: *10/26/2007* */s/John F. Cullen*
John F. Cullen



E-216

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT

FOR THE

DISTRICT OF RHODE ISLAND

n Re:

Cumberland Investment Corp.

Debtor

Chapter 11
Case No. 89-11051ANV

professional services rendered through November 1, 1990:

| DATE | SERVICES PERFORMED | HOURS | |
|---|---|---|---|
| 08/15/90 | Meeting at 141 Main Street, Woonsocket, RI, with debtors and Eastland Bank Officials. | 7.00 | JFC |
| 08/15/90 | Meeting at the U.S. Trustee's office. Debriefing on my appointment as Chapter 11 Trustee; Telephone conferences with the Examiner's Counsel, Bank Counsel and LCF; Set up 4:30 meeting on 141 Main Street, Woonsocket, RI with Jack Doherty, Senior Vice President of Eastland Bank. | 4.00 | JFC |
| 08/16/90 | Telephone conference with Bank Counsel. | 0.50 | JFC |
| 08/16/90 | Telephone conference with Counsel. | 0.50 | JFC |
| 08/16/90 | Telephone conference with creditor. | 0.50 | JFC |
| 08/16/90 | Telephone conference with Examiner. | 0.50 | JFC |
| 08/16/90 | Notification to Counsel of the Hearing. | 0.70 | JFC |
| 08/16/90 | Draft pleading to remove debtor from premises. | 1.50 | JFC |
| 08/16/90 | Telephone conference with Clerk's Office. | 0.30 | JFC |
| 08/16/90 | Telephone conference with his counsel. | 0.50 | JFC |
| 08/17/90 | Office conference with Examiner Michael Weingarten re: update of Chapter 11 proceeding. | 2.15 | ROR |
| 08/17/90 | Attend hearing before Judge Votolato on removal of the debtor from the premises. | 4.50 | JFC |
| 08/17/90 | Conferences with Lee Blais, Jack Doherty and Peter Furness re: planning removal of assets. | 2.00 | JFC |
| 08/17/90 | Removal of coins from Cumberland Investment Corp. with three armored cars, 15 policemen, five security people, Jack Doherty, Senior Vice President of Eastland Bank, Mike Weingarten, | 17.50 | JFC |

E-218

| | | | |
|---|---|---|---|
| | three video men, three still photographers, stenographer and LCF. | | |
| 08/17/90 | Review and prepare pleadings and documents received from court. | 1.00 | DLG |
| 08/17/90 | Meeting with bank officials on how to handle assets - decision made to remove the coins. | 2.00 | JFC |
| 08/20/90 | Meeting with Bank's Counsel, Jack Doherty, Jayne Park and Mike Weingarten re: budget necessary to get the coins sold. | 3.50 | JFC |
| 08/20/90 | Draft proposed 365 motion to allow mail to be rerouted. | 3.00 | JFC |
| 08/20/90 | Attend hearing before Judge Votolato to remove debtor. Trustee withdrew motion. Motion to have mail rerouted allowed. | 1.30 | JFC |
| 08/20/90 | Prepare for hearing. | 1.70 | JFC |
| 08/20/90 | Conference with Attorney Oster re: Trustee's plans. | 0.50 | JFC |
| 08/20/90 | Drafting and submitting motions and orders: 1) Redirect mail. 2) Employment of Mike Weingarten to continue as Examiner. | 1.50 | JFC |
| 08/21/90 | Meeting with Bob Long, LCF re: how to handle Thursday's movement. | 0.80 | JFC |
| 08/21/90 | Telephone conference with Jack Doherty, Eastland Bank, re: bank issues, bond and expenses. | 1.00 | JFC |
| 08/21/90 | Meeting with Michael Weingarten re: to go over budget for the inventory of the coins and stamps. | 1.30 | JFC |
| 08/21/90 | Telephone conference with Patti and Kate Downing, U.S.Trustee's Office, re: asset recovery plan; debriefing on case status. | 0.80 | JFC |
| 08/21/90 | Telephone conference with debtor's counsel re: Waiver of Attorney Client Privilege. | 1.00 | JFC |
| 08/21/90 | Telephone conference with Bobby Carey and Bob Long re: asset recovery plan. | 0.30 | JFC |
| 08/21/90 | Meeting with Attorney Nader re: Affidavit on bank account. | 0.75 | JFC |
| 08/21/90 | Office conference with Attorney Cullen re: status of case. | 0.75 | GJN |
| 08/22/90 | Five telephone conferences with Bank's Counsel re: bank's support of the Trustee. | 0.30 | JFC |
| 08/22/90 | Review legal pleadings in the case from the United States Trustee's Office and others. | 1.00 | JFC |
| 08/22/90 | Draft budget of coin inventory. | 1.00 | JFC |
| 08/22/90 | Telephone conference with re: fax from Princeton, NJ, Counsel, on Mr. Manter. | 0.30 | JFC |
| 08/22/90 | Two telephone conferences with Mike Weingarten | 0.30 | JFC |

F-219

| | | | |
|---|---|---|---|
| | on fee. | | |
| 08/23/90 | Travel to Woonsocket, RI. | 1.00 | JFC |
| 08/23/90 | Meeting in Woonsocket, RI, on assignments for coin and stamp removal from 325 Main Main Street, Woonsocket, RI; Meeting with Mike Weingarten and associates re: coordinate armored cars, local security people; Two trips to Eastland Bank, Cranston, Rhode Island. | 8.50 | JFC |
| 08/23/90 | Attend hearing before Judge Votolato. | 3.00 | JFC |
| 08/23/90 | Meeting with Jack Doherty, Jayne Park, Mike Winegarten and Associate on 364 Order reviewing budget and removal of merchandise. | 4.00 | JFC |
| 08/24/90 | Telephone conference with Evans Carter, Esq., Special Counsel to Trustee. | 0.80 | JFC |
| 08/24/90 | Telephone conference with Susan Foley of Ohio re: her father's investment. | 0.80 | JFC |
| 08/24/90 | Telephone conference with Mike Weingarten re: telephone service problems on Cumberland Investment Co. | 0.50 | JFC |
| 08/24/90 | 7 calls from creditors of Cumberland Investment Co. | 1.25 | JFC |
| 08/30/90 | Telephone conference with Mike Weingarten re: contempt procedures. | 1.70 | JFC |
| 08/31/90 | Telephone conference with Mike Weingarten re: selecting high value coins for sale and other administration problems and Inventory of bank vault assets. | 1.20 | JFC |
| 08/31/90 | Telephone conference with Ed Bertozzi re: answering service and motion to sell certain Greek and Roman coin and stamp collections. | 0.80 | JFC |
| 08/31/90 | Telephone conference with creditor from Ohio. | 0.20 | JFC |
| 09/04/90 | Telephone conference with LCF, Lee Blais re: Thursday night meeting on asset search. | 0.50 | JFC |
| 09/04/90 | Telephone conference with Charlotte Ferris re: application for Attorney by Chorney. | 0.20 | DLG |
| 09/05/90 | Attend meeting at Eastland Bank, Cranston, RI with Mike Weingarten, an assosicate and Paul McCarthy. | 3.00 | JFC |
| 09/05/90 | Meeting with Mike Weingarten and Attorney Resnick re: sale of assets and problems with the case. | 2.50 | JFC |
| 09/05/90 | Meeting with Trustee and Michael Weingarten re: sale of assets. | 2.50 | ROR |
| 09/05/90 | Follow-up investigation on assets missing. Meeting with sources. | 3.00 | JFC |
| 09/06/90 | Meeting at LCF with all parties of concern on probe and the direction it should take. | 5.50 | JFC |

E-220

| | | | |
|---|---|---|---|
| 09/07/90 | Review and organize files and documents. | 2.50 | DLG |
| 09/11/90 | Telephone conference with Lee Blais re: removal of coins from Woosocket and furniture from 141 Main Street. | 1.20 | JFC |
| 09/13/90 | Telephone conference with LFC re: progress of investigation and movement of coins. | 0.70 | JFC |
| 09/13/90 | Meeting at UST Office with Patti Centorelli and telephone conference with Judge Votolato. | 1.20 | JFC |
| 09/17/90 | Telephone conference with AT&T, Ken Joseph, re: telephone equipment, fax machine. | 0.20 | JFC |
| 09/17/90 | Background work on Harold Chorney. | 1.70 | JFC |
| 09/17/90 | Telephone conference with Jack Doherty, Eastland Bank re: Thursday's move of money. | 0.50 | JFC |
| 09/17/90 | Telephone conference with Robert Jones. | 0.50 | JFC |
| 09/17/90 | Telephone conference with Mike Weingarten re: United States Trustee update. | 0.80 | JFC |
| 09/17/90 | Examine the Boston connections of Cumberland Investment Corporation. | 2.20 | JFC |
| 09/17/90 | Office conference with Trustee re: borrowing order. | 0.20 | ROR |
| 09/19/90 | Telephone conference with John Dion, Woonsocket, Rhode Island re: movement of the coins to Cranston. | 1.10 | JFC |
| 09/19/90 | Two telephone conferences with Attorney Weick in Rhode Island re: Indianapolis Bank re: coins and documents. | 0.40 | JFC |
| 09/20/90 | Meeting with Eastland Bank in Cranston, Rhode Island re: remaining coins in the safe. | 3.80 | JFC |
| 09/20/90 | Meeting with Peter Forness and Jack Doherty in Providence, Rhode Island. | 5.00 | JFC |
| 09/20/90 | Meeting in Cranston, Rhode Island re: movement of coins and Meeting with Woonsocket Police Department re: same. | 3.50 | JFC |
| 09/21/90 | Telephone conference with creditor Kent Allison re: case status. | 0.40 | JFC |
| 09/24/90 | Telephone conference with creditor. | 0.10 | JFC |
| 09/24/90 | Meeting with Pierre and Michael Moore of LCF Associates re: going to Cranston, Rhode Island re: inventory of safe. | 0.50 | JFC |
| 09/25/90 | Telephone conference with State Street Bank re: deposit box. | 0.20 | JFC |
| 09/25/90 | Telephone conference with Attorney Weick in Rhode Island re: Bank. | 0.30 | JFC |
| 09/25/90 | Telephone conference with Richard Smakousky, creditor. | 0.20 | JFC |
| 09/25/90 | Telephone conference with Smith and Aubin re: rent on premises on Main Street. | 0.40 | JFC |

E-221

| | | | |
|---|---|---|---|
| 09/25/90 | Telephone conference with LCF Associates, Bob Long and Lee Blais re: security of vault and investigation. | 0.40 | JFC |
| 09/26/90 | Review of pleadings and letters from investors. | 1.50 | JFC |
| 09/27/90 | Telephone conference with Andrea Corcoran re: 2004 exams; open and review mail and set up files. | 1.00 | DLG |
| 09/28/90 | Review 11 U.S.C. 364 motion of Eastland Bank. | 0.80 | ROR |
| 10/01/90 | Attend meeting at LCF Associates, Inc. with Attorney Cullen, Kate Downing, IRS, and U.S. Attorneys re: case procedures and status. | 5.50 | DLG |
| 10/01/90 | Telephone conference with Attorney Bertozzi. | 0.90 | ROR |
| 10/01/90 | Review Eastland Bank borrowing order. | 1.00 | ROR |
| 10/01/90 | Meeting at LCF Associates, Inc. with Denise Gallo, Kate Downing, IRS, and US Attorneys re: procedures and status. | 5.50 | JFC |
| 10/02/90 | Telephone conference with Attorney Bertozzi re: motion to turnover meeting with Eastland re: borrowing order. | 0.40 | ROR |
| 10/03/90 | Telephone conference with Mike Weingarten re: preparing for meeting on borrowing order. | 0.40 | ROR |
| 10/03/90 | Conference call with Attorney Bertozzi and Attorney Furness re: resolving borrowing order. | 0.70 | ROR |
| 10/04/90 | Attend meeting at Eastland Bank with Attorneys Bertozzi, Furness and Resnick, Jack Dougherty and Michael Weingarten re: borrowing order to fund liquidation of coins, stamps and other assets; employment of professionals and methods of liquidation. | 7.00 | JFC |
| 10/04/90 | Attend meeting at Eastland Bank with Attorneys Bertozzi, Furness and Cullen, Jack Dougherty and Michael Weingarten re: borrowing order to fund liquidation of coins, stamps and other assets; employment of professionals and methods of liquidation. | 7.00 | ROR |
| 10/04/90 | Telephone conference with Jerry Ancel's secretary re: travel arrangements to Indianapolis. | 0.10 | DLG |
| 10/05/90 | Telephone conference with Ancel's secretary re: itinerary for Indianapolis business trip. | 0.10 | DLG |
| 10/05/90 | Telephone conferences with Hotel and rental agencies re: Indianapolis business trip. | 0.30 | DLG |
| 10/06/90 | Review records and files and draft ledger of creditors in the case. | 3.00 | JFC |
| 10/09/90 | Travel from Boston to Indianapolis. | 5.00 | JFC |
| 10/09/90 | Meeting at People's Bank in Winchester, Indiana with Dean Edwards, Vice President re: review | 3.00 | JFC |

| | | | |
|---|---|---|---|
| | loan file, review of transaction checks, review of coins. | | |
| 10/09/90 | Travel from Indianapolis to Winchester, Indiana and return. | 4.00 | JFC |
| 10/09/90 | Meeting with Attorney Jerry Ancel, bank's counsel re: loan to Hal Chorney. | 2.00 | JFC |
| 10/09/90 | Travel to Indianapolis and attend meetings throughout the day with Jerry Ancel and Dale Edwards re: loans to Hal Chorney and view of coints in vault. | 14.50 | DLG |
| 10/10/90 | In Indianapolis, preparation for meeting with bank's counsel. | 3.00 | JFC |
| 10/10/90 | Meeting with Jerry Ancel and Dean Edwards, Vice President of People's Bank. | 1.50 | JFC |
| 10/10/90 | Meeting at the United states Attorney's office at the court in Indianapolis. | 1.75 | JFC |
| 10/10/90 | Review court records on Martin case at court in Indianapolis. | 1.75 | JFC |
| 10/10/90 | Travel time back to Boston via Delta Airlines. | 7.00 | JFC |
| 10/10/90 | Attend meetings with Jerry Ancel and Dean Edwards re: Hal Chorney loan and Meeting at U.S. Attorney's office re: court documents. | 13.00 | DLG |
| 10/11/90 | Telephone conference with Mike Weingarten re: sale of coins in vault in Indiana. | 0.90 | JFC |
| 10/11/90 | Review motions from Attorney Bertozzi re: allowing the Trustee to sell. | 1.00 | JFC |
| 10/12/90 | Telephone conference with Attorney Bertozzi re: motion to sell, employment of LCF and application for 506(c) expenses. | 0.90 | JFC |
| 10/12/90 | Telephone conference with Aubin in Rhode Island. | 0.10 | JFC |
| 10/12/90 | Telephone conference regarding the redemption creditors. | 0.30 | JFC |
| 10/12/90 | Review and revise post petition borrowing order. | 1.20 | ROR |
| 10/12/90 | Review of records re: tracing of assets. | 1.50 | JFC |
| 10/12/90 | Office conference with Trustee re: revising borrowing order. | 0.40 | ROR |
| 10/13/90 | Research re: background of debtor and history of case. | 2.50 | JFC |
| 10/13/90 | Review of records and letters from creditors, preparing a ledger of all letters received by creditors. | 3.00 | JFC |
| 10/17/90 | Review post petition financing agreement. | 0.50 | ROR |
| 10/19/90 | Draft and mail letter and correspondence to LCF Associates re: appraisers. | 0.30 | DLG |
| 10/20/90 | Review, mail and set up filing systems for pleadings, correspondence, creditor claims and related matters. | 5.00 | DLG |

E-223

| | | | |
|---|---|---|---|
| 10/24/90 | Two telephone conferences with Attorney Bertozzi re: financing agreement and expenses to date. | 0.40 | ROR |
| TOTAL HOURS | | 244.90 | |

FEES:

| | | | |
|---|---|---|---|
| Denise Gallo | - 43.50 Hrs @ $45.00 per hour | $1,957.50 |
| George J. Nader | - 0.75 Hrs @ $130.00 per hour | $97.50 |
| John F. Cullen | - 182.10 Hrs @ $210.00 per hour | $38,241.00 |
| Robert Owen Resnick | - 18.55 Hrs @ $175.00 per hour | $3,246.25 |
| TOTAL FEES: | | $43,542.25 |

EXPENSES:

| | | |
|---|---|---|
| Copy Expenses | $70.50 | |
| Long Distance | $150.00 | |
| Mileage/Parking | $197.15 | |
| Postage | $2.40 | |
| Travel Expenses | $2,500.00 | |
| Express mail | $27.50 | |
| | | $2,947.55 |
| Total Bill Amount | | $46,489.80 |
| Balance Forward | | $0.00 |
| Available Credit | | $0.00 |
| TOTAL AMOUNT DUE | | $46,489.80 |

E-224

# EXHIBIT "B"

E-225

John F. Cullen, Esquire
Law Offices of John F. Cullen, P.C.
17 Accord Park Drive, Ste. 103
Norwell, MA 02061

Invoice submitted to:
Cumberland Farms Investment Corp.

October 26, 2007

Invoice # 10438

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/24/1990 | BALANCE CARRIED FORWARD FROM INTERIM APPLICATION OF JOHN F. CULLEN, FORMER CHAPTER 11 TRUSTEE (SEE EXHIBIT A) | 244.90<br>189.83/hr | 46,489.37 |
| 10/25/1990 | Review Court decision on Motion to Examine Boyajian; Conference with Bertozzi, Furness and Weingarten. | 0.83<br>210.00/hr | 175.00 |
| 10/26/1990 | Conference, Meetings with Furness and Bertozzi re: filing motion; Conference with Bertozzi and Weingarten re: bond financing. | 1.00<br>210.00/hr | 210.00 |
| 10/29/1990 | Conference with Bertozzii and Weingarten re: letters to Furness on financing consent; Review Chorney statement of issues on appeal. | 0.83<br>210.00/hr | 175.00 |
| 11/1/1990 | Preparation with Bertozzi re: Motion for 2004 Examination. | 1.83<br>210.00/hr | 385.00 |
| | Review letters from redemption coin claimants; Conference with Bertozzi, Weingarten and Furness re: financing; Follow-up with Bertozzi re: coin holder claimants. | 1.17<br>210.00/hr | 245.00 |
| | Review of letter for redemption coin claimant and letter to attorneys; Review Smith Deposition Notice; Review Orders on sale. | 0.50<br>210.00/hr | 105.00 |
| 11/2/1990 | Conference with redemption coin holder claimants and attorneys; Conference with and letters to Weingarten, Furness and Bertozzi; Review Chorney objection to financing, and prepare for hearing. | 2.00<br>210.00/hr | 420.00 |
| 11/5/1990 | Telephone conference with Bertozzi re: obtaining Court Order. | 0.25<br>210.00/hr | 52.50 |

E-226

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/1990 | Conference with Bertozzi, Furness and Weingaretn re: financing order. | 0.83<br>210.00/hr | 175.00 |
| 11/6/1990 | Conference with Bertozzi, Weingarten and Furness re: Trustee's duties regarding financing and attention to expense list. | 0.83<br>210.00/hr | 175.00 |
| 11/7/1990 | Conference with Bertozzi, Furness & Bankruptcy Court Clerk re: administration of duties; Review of Affidavits and Rule 2004 Order. | 1.25<br>210.00/hr | 262.50 |
| 11/8/1990 | Review claimants' letters and response; Conference with Bertozzi and Weingarten; Review Pre-Trial Stipulation on Eastland claim. | 0.83<br>210.00/hr | 175.00 |
| 11/9/1990 | Conference with Bertozzi, Furness and Weingarten. | 1.00<br>210.00/hr | 210.00 |
| 11/14/1990 | Conference with Bertozzi, Furness and Weingarten re: pending motions; Review Request for Hhearing and letter to Bankruptcy Court. | 2.00<br>210.00/hr | 420.00 |
| 11/15/1990 | Conference with Bertozzi re: conversation with Weick concerning coin sale. | 0.42<br>210.00/hr | 87.50 |
| 11/16/1990 | Conference with Bertozzi re: Boyajian, redemption of coins and bond. | 0.83<br>210.00/hr | 175.00 |
| 11/19/1990 | Telephone conference with Bertozzi re: Rule 2004 examination. | 1.00<br>210.00/hr | 210.00 |
| | Telephone conference with Bertozzi re: conversation with Hershel Smith. | 0.25<br>210.00/hr | 52.50 |
| 11/20/1990 | Conference with Weingarten and Bertozzi re: Motion to Sell. | 0.83<br>210.00/hr | 175.00 |
| 11/21/1990 | Conference with Bertozzi re: status update and drafting of Request for Hearing. | 0.50<br>210.00/hr | 105.00 |
| 11/23/1990 | Review letters from Furness on coins and real estate. | 0.15<br>210.00/hr | 31.50 |
| 11/27/1990 | Review Notices; Work with Bertozzi in preparation for Pre-Trial Order; Prepare for hearing. | 1.00<br>210.00/hr | 210.00 |
| 11/28/1990 | Conference with Bertozzi and Weingarten re: drafting of pre-trial order; Preparation for pre-trial; Conference with Bertozzi re: negotiations with Attorney Oster on Pre-Trial Order. | 1.50<br>210.00/hr | 315.00 |
| 11/29/1990 | Preparation for hearing; Conference with Bertozzi, Weick and McGowan; Attend hearing on financing, negotiations and possible agreement with Weick. | 3.00<br>210.00/hr | 630.00 |
| 11/30/1990 | Review Eastland brief with Bertozzi; Conference with Hollis; Preparation of financing order. | 1.67<br>210.00/hr | 350.00 |

E-227

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/1990 | Conference with Bertozzi, Oster, Smith, Chorney and Weick; Attend meeting on negotiations with Deluca and Oster. | 2.50<br>210.00/hr | 525.00 |
| | Conference with Bertozzi re: his conversation with DeLuca, Oster, and Smith regarding revision of order. | 1.00<br>210.00/hr | 210.00 |
| 12/4/1990 | Conference with Bertozzi, DeLuca and McGowan re: Order; Conference with Bertozzi re: sales. | 1.00<br>210.00/hr | 210.00 |
| 12/5/1990 | Review order with Bertozzi. | 0.67<br>210.00/hr | 140.00 |
| 12/6/1990 | Reviewing Furness letters; conference with Bertozzi re: landlord claim and discussions with attorneys. | 0.75<br>210.00/hr | 157.50 |
| 12/7/1990 | Conference with Bertozzi re: antique coins and auction. | 0.67<br>210.00/hr | 140.00 |
| 12/11/1990 | Conference with Bertozzi and attorneys re: Court Order and sale of coins. | 1.00<br>210.00/hr | 210.00 |
| 12/12/1990 | Conference with Bertozzi re: status update; Draft letter to J. Votolato on financing order. | 0.83<br>210.00/hr | 175.00 |
| 12/13/1990 | Review redemption notice; Review letters from Oster and Weingarten on list of redemption coin claimants; Obtain financing order entry. | 1.00<br>210.00/hr | 210.00 |
| 12/14/1990 | Review Chorney program on sale of coins; Review letters to attorneys; Review payroll records; Conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 12/16/1990 | Meeting with Bertozzi and Furness re: sales; Conference with attorneys re: People's coins. | 2.50<br>210.00/hr | 525.00 |
| 12/18/1990 | Conference with Bertozzi re: redemption of coins. | 0.20<br>210.00/hr | 42.00 |
| 12/19/1990 | Conference with Bertozzi, Weingarten and attorneys re: sale of coins and financing agreement. | 1.00<br>210.00/hr | 210.00 |
| 12/20/1990 | Conferences with attorneys re: People's Bank on sales. | 3.50<br>210.00/hr | 735.00 |
| 12/21/1990 | Review and work on Response to letters from redemption claimants with Bertozzi; Conference with attorneys. | 1.00<br>210.00/hr | 210.00 |
| 12/24/1990 | Conference with Bertozzi and Weingarten re: Motions to Sell and application by Weingarten. | 2.50<br>210.00/hr | 525.00 |
| 12/26/1990 | Telephone conference with Bertozzi and Furness re: Manter deposition. | 1.25<br>210.00/hr | 262.50 |

E-228

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/26/1990 | Conference with Bertozzi and Weingarten re: Motions to Reduce Time and revise Motions to Sell and accompanying letters. | 2.00<br>210.00/hr | 420.00 |
| 12/27/1990 | Conference with Bertozzi re: coin sales and grading. | 0.50<br>210.00/hr | 105.00 |
| 12/28/1990 | Conference with Betrozzi and Weingarten re: coin grading and sales. | 0.80<br>210.00/hr | 168.00 |
| 12/31/1990 | Review of Smith letter; Work on draft response with Bertozzi. | 0.25<br>210.00/hr | 52.50 |
| 1/2/1991 | Review Notices of Deposition; Conference with Bertozzi re: hearing of sale. | 1.00<br>210.00/hr | 210.00 |
| 1/3/1991 | Review Chorney objections; Conference with Bertozzi and attorneys re: redemption coin claimants. | 0.75<br>210.00/hr | 157.50 |
| 1/4/1991 | Review objections; Conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 1/5/1991 | Research legal issues with Bertozzi; Prepare for hearing on Motions to Sell. | 3.00<br>210.00/hr | 630.00 |
| 1/6/1991 | Research legal issues on Trustee sale with Bertozzi and prepare for hearing. | 2.50<br>210.00/hr | 525.00 |
| 1/7/1991 | Prepare for hearing on Trustee's Motion to Sell; and Conference with attorneys. | 3.00<br>210.00/hr | 630.00 |
| 1/9/1991 | Conference with Bertozzi re: letter to Posner. | 0.50<br>210.00/hr | 105.00 |
| 1/12/1991 | Review People's bank documents and research legal issues with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 1/14/1991 | Conference with Bertozzi and Furness on Eastland claim. | 0.25<br>210.00/hr | 52.50 |
| 1/15/1991 | Conference with Bertozzi and Weingarten re: sales, redemption of coins; Conference with Bertozzi on possible settlement with Eastland. | 2.50<br>210.00/hr | 525.00 |
| 1/16/1991 | Review pleadings on contempt hearing, McGowan motion and research issues. | 1.25<br>210.00/hr | 262.50 |
| 1/17/1991 | Meeting at Bankruptcy Court with Furness and Smith; Conference with McGowan on redemption coin settlement; Review pre-trial stipulations. | 1.00<br>210.00/hr | 210.00 |
| 1/18/1991 | Review People's proof of claim; Conference with Bertozzi and Weingarten on grading and financing order. | 0.75<br>210.00/hr | 157.50 |

E-229

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/24/1991 | Conference with Bertozzi re: People's coin sale and supplementary order. | 1.00<br>210.00/hr | 210.00 |
| 1/28/1991 | Review redemption claimant list and filings by Chorney. | 0.25<br>210.00/hr | 52.50 |
| 1/30/1991 | Conference with Bertozzi and Weingarten re: sales. | 1.00<br>210.00/hr | 210.00 |
| 2/6/1991 | Meeting with Bertozzi and Weingarten re: sales, auctions and marketing. | 1.50<br>210.00/hr | 315.00 |
| 2/7/1991 | Meeting with Bertozzi re: investigation; Meeting with Judge Votolato and Bertozzi re: Trustee bond. | 1.00<br>210.00/hr | 210.00 |
| 2/14/1991 | Conference with Bertozzi and Smith re: Christie auction; Review agreement on People's sale. | 1.50<br>210.00/hr | 315.00 |
| 2/15/1991 | Conference with Bertozzi re: his conversation with Attorney Carr on redemption of coins. | 0.25<br>210.00/hr | 52.50 |
| 2/18/1991 | Review Chorney's objection to payment; Review creditor's committee Motion for Redemption. | 1.00<br>210.00/hr | 210.00 |
| 2/19/1991 | Conference with Bertozzi on People's sale. | 0.50<br>210.00/hr | 105.00 |
| 2/25/1991 | Conference with Bertozzi on People's sale and redemption coin issues. | 0.50<br>210.00/hr | 105.00 |
| 2/26/1991 | Review Court Orders and applications; Conference with Bertozzi on coin sales. | 0.75<br>210.00/hr | 157.50 |
| 2/27/1991 | Conference with Bertozzi re: People's sale re: possible settlement with McGowan. | 1.00<br>210.00/hr | 210.00 |
| 2/28/1991 | Conference with Bertozzi re: settlement. | 0.75<br>210.00/hr | 157.50 |
| 3/1/1991 | Conference with Bertozzi and Furness re: settlement and sales. | 1.00<br>210.00/hr | 210.00 |
| 3/4/1991 | Conference with Bertozzi on coin liquidation. | 0.25<br>210.00/hr | 52.50 |
| 3/5/1991 | Review Weingarten report and sales plan; Prepare for meeting with Bertozzi. | 3.00<br>210.00/hr | 630.00 |
| | Meeting with Bertozzi on Christie sale. | 0.50<br>210.00/hr | 105.00 |

E-230

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/6/1991 | Review Christie's agreement; Meeting with Bertozzi on Chorney claims. | 2.00<br>210.00/hr | 420.00 |
| 3/7/1991 | Meeting with Bertozzi and Weingarten on sales and turnover. | 2.00<br>210.00/hr | 420.00 |
| 3/8/1991 | Review motion and prepare exhibits; Auctioneer agreement; Conference with Bertozzi | 2.50<br>210.00/hr | 525.00 |
| | Review contract and discuss modifications and possible revisions with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 3/11/1991 | Conference with Bertozzi and Weingarten re: auction contracts. | 0.50<br>210.00/hr | 105.00 |
| 3/13/1991 | Conference with Bertozzi re: auction. | 0.50<br>210.00/hr | 105.00 |
| 3/14/1991 | Conference with Bertozzi re: court action on motions. | 0.25<br>210.00/hr | 52.50 |
| 3/18/1991 | Review Miller claim on coin sale; Conference with attorneys. | 0.50<br>210.00/hr | 105.00 |
| 3/19/1991 | Conference with Bertozzi on sales and report. | 0.25<br>210.00/hr | 52.50 |
| 3/22/1991 | Review memos for Judge Pettine. | 0.50<br>210.00/hr | 105.00 |
| 3/29/1991 | Telephone conference with Bertozzi re: Christie auction. | 0.25<br>210.00/hr | 52.50 |
| | Conference with Bertozzi re: objections. | 0.75<br>210.00/hr | 157.50 |
| 3/30/1991 | Review and prepare for Smith deposition; Review appellate proceedings. | 0.50<br>210.00/hr | 105.00 |
| 4/1/1991 | Review objections to sales; Conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 4/2/1991 | Review documents on stamps and coins. | 0.25<br>210.00/hr | 52.50 |
| 4/8/1991 | Conference with Bertozzi re: sales and records. | 0.25<br>210.00/hr | 52.50 |
| 4/9/1991 | Conference with Bertozzi and Weingarten re: objections to sales. | 0.50<br>210.00/hr | 105.00 |

E-231

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/10/1991 | Conference with Furness and Bertozzi re: collection issues and appeals. | 0.50<br>210.00/hr | 105.00 |
| 4/11/1991 | Review Wieck motion. | 0.25<br>210.00/hr | 52.50 |
| 4/12/1991 | Review Eastland's appellate brief; Draft joinder with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 4/16/1991 | Review of brief and Chorney appeal. | 0.25<br>210.00/hr | 52.50 |
| 4/19/1991 | Review examiner's report; Draft motion under seal with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 4/22/1991 | Review Eastland's appeals brief; Conference with Bertozzi; Work on draft of Trustee's Motion to Join. | 2.50<br>210.00/hr | 525.00 |
| | Conference with Bertozzi and Weingarten re: depositions and appellate pleadings. | 1.50<br>210.00/hr | 315.00 |
| 4/23/1991 | Review appellate brief and conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 5/8/1991 | Conference with Bertozzi re: People's coin sale. | 0.75<br>210.00/hr | 157.50 |
| 5/9/1991 | Conference with Bertozzi re: possible negotiations; Attend hearing. | 3.00<br>210.00/hr | 630.00 |
| 5/10/1991 | Conference with Bertozzi and Weingarten re: offer of sale. | 0.50<br>210.00/hr | 105.00 |
| | Telephone conference with Bertozzi re: People's draft motion for auction. | 2.00<br>210.00/hr | 420.00 |
| 5/13/1991 | Review Notice of Hearing on Motion to Sell. | 0.25<br>210.00/hr | 52.50 |
| 5/17/1991 | Conference with Bertozzi re: agreement on People's coin sale. | 0.25<br>210.00/hr | 52.50 |
| 5/20/1991 | Conference with Bertozzi re: Chorney settlement offer. | 0.50<br>210.00/hr | 105.00 |
| 5/22/1991 | Conference with Bertozzi re: People's coin sale and court order; Hearing at Bankruptcy Court on coin sale; Chorney's contempt motions. | 2.00<br>210.00/hr | 420.00 |
| 5/24/1991 | Review redemption coin inventory with Bertozzi. | 1.50<br>210.00/hr | 315.00 |

E-232

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/1991 | Conference with Bertozzi re: Silverstein settlement. | 0.25<br>210.00/hr | 52.50 |
| | Conference with Bertozzi re: redemption coin claimants. | 0.25<br>210.00/hr | 52.50 |
| 6/6/1991 | Meeting with Bertozzi and attorneys re: sales. | 1.50<br>210.00/hr | 315.00 |
| 6/12/1991 | Conference with Bertozzi on draft motion to pay and borrow. | 0.50<br>210.00/hr | 105.00 |
| 6/14/1991 | Conference with Bertozzi on court orders and credit union. | 0.50<br>210.00/hr | 105.00 |
| 6/17/1991 | Conference with Bertozzi re: sales procedure. | 0.50<br>210.00/hr | 105.00 |
| 7/10/1991 | Attend hearing on Shine fee application; Review Order on Chorney and notice of appeal. | 1.00<br>210.00/hr | 210.00 |
| 7/11/1991 | Conference with Bertozzi re: safe deposit boxes and review of pending motions. | 1.50<br>210.00/hr | 315.00 |
| 7/16/1991 | Conference with Bertozzi re: Manter sale. | 0.50<br>210.00/hr | 105.00 |
| 7/17/1991 | Meeting with Bertozzi re: redemption coin issues and possible McGowan settlement. | 0.50<br>210.00/hr | 105.00 |
| 7/18/1991 | Meeting with Bertozzi and attorneys re: sales; Attend hearing on objections. | 3.50<br>210.00/hr | 735.00 |
| 7/19/1991 | Conference with Bertozzi re: coins, safe deposit boxes; and Review case materials. | 1.00<br>210.00/hr | 210.00 |
| 7/22/1991 | Conference with Bertozzi re: negotiation on bulk sale and bid condition letter. | 2.00<br>210.00/hr | 420.00 |
| 7/23/1991 | Conference with Bertozzi re: Aubin hearing. | 1.00<br>210.00/hr | 210.00 |
| 7/24/1991 | Conference with Bertozzi re: Eastland issues. | 0.50<br>210.00/hr | 105.00 |
| 7/30/1991 | Meeting with Bertozzi re: liquidation of assets and settlement of coin claims. | 2.50<br>210.00/hr | 525.00 |
| 8/1/1991 | Meeting with Bertozzi and Smith re: Manter deal; Review Eastland proposal; Prepare objection to Chorney's recusal motion with Bertozzi. | 2.50<br>210.00/hr | 525.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/2/1991 | Conference with Bertozzi re: recusal brief. | 0.50<br>210.00/hr | 105.00 |
| 8/5/1991 | Research recusal issues with Bertozzi; Prepare for Chorney hearing. | 1.50<br>210.00/hr | 315.00 |
| 8/6/1991 | Conference with Bertozzi and Silverstein on safe deposit box; Prepare for recusal hearing with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 8/7/1991 | Review draft of Rule 2004 Motion. | 0.50<br>210.00/hr | 105.00 |
| 8/9/1991 | Review Notice of Sale and Motion to Reduce Notice. | 0.25<br>210.00/hr | 52.50 |
| 8/14/1991 | Review bank proposal with Bertozzi. | 0.25<br>210.00/hr | 52.50 |
| 8/15/1991 | Conference with Bertozzi and McGowan re: redemption of coins and liquidation; Eastland proposal; Conference on bond. | 1.50<br>210.00/hr | 315.00 |
| 8/16/1991 | Review and final revisions to Motion to Limit Notice of the Trustee's Intended Sale and file same. | 1.00<br>210.00/hr | 210.00 |
| 8/20/1991 | Review and final edits to Motion for Examination of Safe Deposit Box No. 945 at Eastland Bank under Rule 2004 and file same. | 1.50<br>210.00/hr | 315.00 |
| 8/22/1991 | Conference with Bertozzi re: redemption coin claimant. | 0.25<br>210.00/hr | 52.50 |
| 8/26/1991 | Conference with Bertozzi re: Manter offer; Conference on Chorney appeal and safe deposit boxes. | 0.50<br>210.00/hr | 105.00 |
| 8/29/1991 | Review report to court and bank proposal. | 1.25<br>210.00/hr | 262.50 |
| 9/3/1991 | Review Endorsement Order granting Motion to Limit Notice of the Trustee Notice of Intended Sale. | 0.30<br>210.00/hr | 63.00 |
| 9/5/1991 | Review and final revisions to letter from Bertozzi re: Ms. Bramsch and file same with Court. | 0.30<br>210.00/hr | 63.00 |
| 9/10/1991 | Final review and revisions to Notice for Intended Sale of VTI Personal Computer to Robert Carey with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 9/12/1991 | Review of Endorsement Order Grating Motion for Examination of Safe Deposit Box No. 945 at Eastland Bank Under Rule 2004. | 0.20<br>210.00/hr | 42.00 |
| 9/17/1991 | Attend hearing re: Motion for Order to Show Cause Hearing. | 1.00<br>210.00/hr | 210.00 |

E-234

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/27/1991 | Review and final revisions to Affidavit of Trustee re: Motion for Order to Show Cause Hearing and file same. | 0.50<br>325.00/hr | 162.50 |
| 10/1/1991 | Review of Endorsement Order Granting Notice for Intended Sale of VTI Personal Computer for Robert Carey. | 0.20<br>210.00/hr | 42.00 |
| 10/2/1991 | Review of Bertozzi's Affidavit for Examiner Weingarten and Trustee Cullen re: Motion for Order to Show Cause. | 0.30<br>210.00/hr | 63.00 |
| | Final draft and revisions to Brief/Memorandum in Support of Motion for Order to Show Cause Hearing and file same. | 1.50<br>210.00/hr | 315.00 |
| 11/1/1991 | Review of Motion by Chorney to Compel Trustee to forward to Chorney, the personal mail of Chorney. | 0.40<br>210.00/hr | 84.00 |
| 11/4/1991 | Review motion by Chorney to Compel Trustee to Allow Examination of Coins at Eastland Bank. | 0.50<br>210.00/hr | 105.00 |
| 11/13/1991 | Final draft and revisions to Response/Objection to Motion to Compel Trustee to Forward to Chorney the personal mail of Chorney and file same. | 1.00<br>210.00/hr | 210.00 |
| 11/25/1991 | Attend hearing re: Motion to Compel Trustee to Forward to Chorney, the personal mail of Chorney. | 1.00<br>210.00/hr | 210.00 |
| 11/27/1991 | Review of Endorsement Order Granting Motion to Compel Trustee to Allow Examination of Coins at Eastland Bank. | 0.30<br>210.00/hr | 63.00 |
| 12/2/1991 | Review of witness subpoena for John F. Cullen for December 12, 1991. | 0.30<br>210.00/hr | 63.00 |
| | Review of Subpoena issued to Monica G. Shea for December 12, 1991. | 0.20<br>210.00/hr | 42.00 |
| 12/4/1991 | Draft Motion to Quash Subpoena issued to Monica G. Shea and Objection to Chorney's Request for Production of Documents. | 1.00<br>210.00/hr | 210.00 |
| 12/5/1991 | Final review and revisions to Motion to Quash Subpoena Issued to Monica G. Shea and Objection to Chorney's Request for Production of Documents and file same. | 0.50<br>210.00/hr | 105.00 |
| 12/7/1991 | Draft Motion to Compromise Controversy with Eastland Bank, To Limit Notice with Bertozzi and final review of same. | 1.00<br>210.00/hr | 210.00 |
| 12/16/1991 | Attend hearing re: Motion to Compel Trustee to forward to Chorney, the personal mail of Chorney. | 1.50<br>210.00/hr | 315.00 |
| 12/17/1991 | Attend hearing re: Motion to Quash Subpoenas Issued to Monica Shea and John Cullen. | 1.00<br>210.00/hr | 210.00 |
| 12/20/1991 | Review Order Denying Motion to Limit Notice and Motion to Compromise Controversy with Eastland Bank. | 0.30<br>210.00/hr | 63.00 |

E-23

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/26/1991 | Review of Witness Subpoenas Issued to John F. Cullen and Monica Shea for January 8, 1992. | 0.50<br>210.00/hr | 105.00 |
| 1/8/1992 | Attend hearing re: Motion to Compel Trustee to Forward Personal Mail to Chorney and Objections. | 2.00<br>210.00/hr | 420.00 |
| 1/13/1992 | Review Court Order re: Motion to Quash Subpoenas issued to John Cullen and Monica Shea. | 0.30<br>210.00/hr | 63.00 |
| 2/10/1992 | Prepare Motion for Rule 2004 Examination of Chorney with Bertozzi. | 0.75<br>210.00/hr | 157.50 |
| 2/27/1992 | Review Court Order Granting Rule 2004 Examination of Chorney. | 0.20<br>210.00/hr | 42.00 |
| 3/4/1992 | Review Court Order re: Motion to Compel Trustee. | 0.20<br>210.00/hr | 42.00 |
| 3/5/1992 | Review Court Order re: Denying Motion to Vacate Previous Court Order Prohibiting Chorney from Engaging in Client Contact. | 0.20<br>210.00/hr | 42.00 |
| 6/8/1992 | Attend Status Conference re: Motion for Order to Show Cause. | 1.00<br>210.00/hr | 210.00 |
| 6/10/1992 | Review final Order by Judge Pettine re: Motion to Disqualify Judge, Motion to Adjudge Examiner in Contempt and Motion for Sanctions. | 0.20<br>210.00/hr | 42.00 |
| 6/11/1992 | Review Complaint by Warren Taft against John F. Cullen for Recovery of Money and Property. | 0.50<br>210.00/hr | 105.00 |
| 6/18/1992 | Attend Pre-Trial Hearing re: Order to Show Cause and Status Conference. | 1.00<br>210.00/hr | 210.00 |
| 7/6/1992 | Review Order Granting Motion for Order to Show Cause against Chorney. | 0.20<br>210.00/hr | 42.00 |
| 7/8/1992 | Preparation of Objection by Trustee to Aubin's Application for Administrative Expenses with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 7/14/1992 | Review Court Order Granting Petition for Instructions by Eastland Bank. | 0.20<br>210.00/hr | 42.00 |
| 7/16/1992 | Attend hearing re: Motion to Stay Order pending appeal by Chorney. | 1.00<br>210.00/hr | 210.00 |
| 7/21/1992 | Attend hearing re: Aubin's application for Admin. Expenses and Objections thereto. | 0.75<br>210.00/hr | 157.50 |
| 8/6/1992 | Review Court Order re: Oster's Motion to Withdraw. | 0.20<br>210.00/hr | 42.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/17/1992 | Review Court Order Denying Chorney's Motion to Stay Pending Appeal. | 0.20<br>210.00/hr | 42.00 |
| 9/9/1992 | Conference with Bertozzi re: prepare and review Trustee's Objection to Motion to Clarify Order Denying Chorney's Motion to Hold Examiner in Contempt. | 0.50<br>210.00/hr | 105.00 |
| 9/15/1992 | Review Court Order Denying Chorney's Motion to Clarify Order. | 0.20<br>210.00/hr | 42.00 |
| 10/8/1992 | Attend Status Conference re: Trustee's Potential Sale of Coins. | 1.75<br>210.00/hr | 367.50 |
| 10/13/1992 | Review Conditional Order by Judge Torres re: Notice of Appeal and Motion to Show Cause and Motion to Stay Judgment. | 0.30<br>210.00/hr | 63.00 |
| 10/22/1992 | Review Conditional Order re: Order Allowing Stay by Posting a Bond, Notice of Appeal by Chorney, Judgment Order. | 0.30<br>210.00/hr | 63.00 |
| 10/26/1992 | Review Court Order Granting Motion to Release Coins Used as Evidence and for Turnover. | 0.20<br>210.00/hr | 42.00 |
| 12/2/1992 | Prepare and review Trustee's Objection to Chorney's Motion to Vacate Court Order. | 0.50<br>210.00/hr | 105.00 |
| 1/13/1993 | Review final Order by Judge Torres re: Motion to Show Cause/Sanctions against Chorney and Dismissal of Appeal. | 0.30<br>210.00/hr | 63.00 |
| 2/18/1993 | Review Court Order Denying Chorney's Motion to Vacate. | 0.20<br>210.00/hr | 42.00 |
| 4/5/1993 | Review final Order by Judge Pettine re: Chorney's Motion to Reconsider Decision of District Court Affirming Order re: disqualification of Bankruptcy Judge. | 0.30<br>210.00/hr | 63.00 |
| 12/20/1993 | Prepare and review Trustee Objection re: Chorney's Motion to Continue Hearing on Conversion to Chapter 7. | 0.30<br>210.00/hr | 63.00 |
| 12/21/1993 | Attend hearing on United States Trustee's Motion to Convert. | 2.00<br>210.00/hr | 420.00 |
| 12/22/1993 | Review Court Order Denying Motion to Continue Hearing by Chorney. | 0.20<br>210.00/hr | 42.00 |
| | Review Court Order Granting Motion to Convert Case from Chapter 11 to Chapter 7. | 0.30<br>210.00/hr | 63.00 |
| 2/14/1994 | Prepare and review with Bertozzi Trustee's Response to Chorney's Motion to Compel Post Conversion Report. | 0.50<br>210.00/hr | 105.00 |
| 3/1/1994 | Prepare and review with Bertozzi Trustee's Final Report Post Conversion. | 1.50<br>210.00/hr | 315.00 |

E-237

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/29/1994 | Prepare and review with Bertozzi Trustee's Response to Motion for Accounting. | 0.50<br>210.00/hr | 105.00 |
| 5/24/1994 | Attend hearing re: Motion for Accounting during Chapter 11. | 1.00<br>210.00/hr | 210.00 |
| 7/11/2007 | Travel to Bankruptcy Court in Rhode Island re: research case files; Travel back to Boston. | 7.50<br>210.00/hr | 1,575.00 |
| 7/12/2007 | Telephone conference with Attorney Edward Bertozzi and Trustee, Jason Monzack re: questions regarding Chapter 11 administrative expenses and closing the case. | 1.00<br>210.00/hr | 210.00 |
| 7/16/2007 | Travel to Providence, Rhode Island and doing records research. | 7.50<br>210.00/hr | 1,575.41 |
| | For professional services rendered | 442.69 | $88,081.78 |
| | Balance due | | $88,081.78 |

E-238

EXHIBIT 5

UNITED STATES BANKRUPTCY COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re:<br>CUMBERLAND INVESTMENT CORP.,<br>Debtor | Case No. 89-11051<br>Chapter 11 |

AFFIDAVIT OF JOHN F. CULLEN

I, John F. Cullen, hereby swear and depose as follows:

1. I am the duly appointed trustee for the Chapter 11 estate of Cumberland Investments Corporation, the debtor in the above-captioned case.

2. Attached hereto are true and correct copies of the Trustee's bill which describes the services which have been performed by the trustee in connection with this case. Those portions of the bill which are marked by an "X" relate to those services which have been made necessary by the actions of Harold Chorney.

Signed and sworn to under the pains and penalties of perjury this 26 day of September, 1991.

[signature]
John F. Cullen

412

E-239

UNITED STATES BANKRUPTCY COURT

FOR THE

DISTRICT OF RHODE ISLAND

Re:

Cumberland Investment Corp.

Debtor

Chapter 11
Case No. 89-11051ANV

rofessional services rendered through November 1, 1990:

| DATE | SERVICES PERFORMED | HOURS | |
|---|---|---|---|
| 08/15/90 | Meeting at 141 Main Street, Woonsocket, RI, with debtors and Eastland Bank Officials. | 7.00 | JFC |
| 08/15/90 | Meeting at the U.S. Trustee's office. Debriefing on my appointment as Chapter 11 Trustee; Telephone conferences with Examiner's Counsel, Bank Counsel and LCF; Set up 4:30 meeting on 141 Main Street, Woonsocket, RI with Jack Doherty, Senior Vice President of Eastland Bank. | 4.00 | JFC |
| 08/16/90 | Telephone conference with Bank Counsel. | 0.50 | JFC |
| 08/16/90 | Telephone conference with Counsel. | 0.50 | JFC |
| 08/16/90 | Telephone conference with creditor. | 0.50 | JFC |
| 08/16/90 | Telephone conference with Examiner. | 0.50 | JFC |
| 08/16/90 | Notification to Counsel of the Hearing. | 0.70 | JFC |
| 08/16/90 | Draft pleading to remove debtor from premises. | 1.50 | JFC |
| 08/16/90 | Telephone conference with Clerk's Office. | 0.30 | JFC |
| 08/16/90 | Telephone conference with his counsel. | 0.50 | JFC |
| 08/17/90 | Office conference with Examiner Michael Weingarten re: update of Chapter 11 proceeding. | 2.15 | ROF |
| 08/17/90 | Attend hearing before Judge Votolato on removal of the debtor from the premises. | 4.50 | JF |
| 08/17/90 | Conferences with Lee Blais, Jack Doherty and Peter Furness re: planning removal of assets. | 2.00 | JF |
| 08/17/90 | Removal of coins from Cumberland Investment Corp. with three armored cars, 15 policemen, five security people, Jack Doherty, Senior Vice President of Eastland Bank, Mike Weingarten, | 17.50 | JF |

E-240

| | | | |
|---|---|---|---|
| | three video men, three still photographers, stenographer and LCF. | 1.00 | DLG |
| 08/17/90 | Review and prepare pleadings and documents received from court. | 2.00 | JFC |
| 08/17/90 | Meeting with bank officials on how to handle assets - decision made to remove the coins. | 3.50 | JFC |
| 08/20/90 | Meeting with Bank's Counsel, Jack Doherty, Jayne Park and Mike Weingarten re: budget necessary to get the coins sold. | 3.00 | JFC |
| 08/20/90 | Draft proposed 365 motion to allow mail to be rerouted. | 1.30 | JFC |
| 08/20/90 | Attend hearing before Judge Votolato to remove debtor. Trustee withdrew motion. Motion to have mail rerouted allowed. | 1.70 | JFC |
| 08/20/90 | Prepare for hearing. | 0.50 | JFC |
| 08/20/90 | Conference with Attorney Oster re: Trustee's plans. | 1.50 | JF( |
| 08/20/90 | Drafting and submitting motions and orders: 1) Redirect mail. 2) Employment of Mike Weingarten to continue as Examiner. | 0.80 | JF' |
| 08/21/90 | Meeting with Bob Long, LCF re: how to handle Thursday's movement. | 1.00 | JF |
| 08/21/90 | Telephone conference with Jack Doherty, Eastland Bank, re: bank issues, bond and expenses. | 1.30 | JF |
| 08/21/90 | Meeting with Michael Weingarten re: to go over budget for the inventory of the coins and stamps. | 0.80 | JF |
| 08/21/90 | Telephone conference with Patti and Kate Downing, U.S.Trustee's Office, re: asset recovery plan; debriefing on case status. | 1.00 | JI |
| 08/21/90 | Telephone conference with debtor's counsel re: Waiver of Attorney Client Privilege. | 0.30 | J] |
| 08/21/90 | Telephone conference with Bobby Carey and Bob Long re: asset recovery plan. | 0.75 | J: |
| 08/21/90 | Meeting with Attorney Nader re: Affidavit on bank account. | 0.75 | G |
| 08/21/90 | Office conference with Attorney Cullen re: status of case. | 0.30 | J |
| 08/22/90 | Five telephone conferences with Bank's Counsel re: bank's support of the Trustee. | 1.00 | J |
| 08/22/90 | Review legal pleadings in the case from the United States Trustee's Office and others. | 1.00 | [illegible] |
| 08/22/90 | Draft budget of coin inventory. | 0.30 | [illegible] |
| 08/22/90 | Telephone conference with re: fax from Princeton, NJ, Counsel, on Mr. Manter. | 0.30 | [illegible] |
| 08/22/90 | Two telephone conferences with Mike Weingarten | | |

E-241

| | | | |
|---|---|---|---|
| | on fee. | | |
| 08/23/90 | Travel to Woonsocket, RI. | 1.00 | JFC |
| 08/23/90 | Meeting in Woonsocket, RI, on assignments for coin and stamp removal from 325 Main Main Street, Woonsocket, RI; Meeting with Mike Weingarten and associates re: coordinate armored cars, local security people; Two trips to Eastland Bank, Cranston, Rhode Island. | 8.50 | JFC |
| 08/23/90 | Attend hearing before Judge Votolato. | 3.00 | JFC |
| 08/23/90 | Meeting with Jack Doherty, Jayne Park, Mike Winegarten and Associate on 364 Order reviewing budget and removal of merchandise. | 4.00 | JFC |
| 08/24/90 | Telephone conference with Evans Carter, Esq., Special Counsel to Trustee. | 0.80 | JFC |
| 08/24/90 | Telephone conference with Susan Foley of Ohio re: her father's investment. | 0.80 | JFC |
| 08/24/90 | Telephone conference with Mike Weingarten re: telephone service problems on Cumberland Investment Co. | 0.50 | JFC |
| 08/24/90 | 7 calls from creditors of Cumberland Investment Co. | 1.25 | JF |
| 08/30/90 | Telephone conference with Mike Weingarten re: contempt procedures. | 1.70 | JF |
| 08/31/90 | Telephone conference with Mike Weingarten re: selecting high value coins for sale and other administration problems and Inventory of bank vault assets. | 1.20 | JF |
| 08/31/90 | Telephone conference with Ed Bertozzi re: answering service and motion to sell certain Greek and Roman coin and stamp collections. | 0.80 | JF |
| 08/31/90 | Telephone conference with creditor from Ohio. | 0.20 | JF |
| 09/04/90 | Telephone conference with LCF, Lee Blais re: Thursday night meeting on asset search. | 0.50 | JF |
| 09/04/90 | Telephone conference with Charlotte Ferris re: application for Attorney by Chorney. | 0.20 | DL |
| 09/05/90 | Attend meeting at Eastland Bank, Cranston, RI with Mike Weingarten, an assosicate and Paul McCarthy. | 3.00 | JF |
| 09/05/90 | Meeting with Mike Weingarten and Attorney Resnick re: sale of assets and problems with the case. | 2.50 | JF |
| 09/05/90 | Meeting with Trustee and Michael Weingarten re: sale of assets. | 2.50 | RO |
| 09/05/90 | Follow-up investigation on assets missing. Meeting with sources. | 3.00 | JF |
| 09/06/90 | Meeting at LCF with all parties of concern on probe and the direction it should take. | 5.50 | JF |

E-242

| | | | |
|---|---|---|---|
| 09/07/90 | Review and organize files and documents. | 2.50 | DLG |
| 09/11/90 | Telephone conference with Lee Blais re: removal of coins from Woosocket and furniture from 141 Main Street. | 1.20 | JFC |
| 09/13/90 | Telephone conference with LFC re: progress of investigation and movement of coins. | 0.70 | JFC |
| 09/13/90 | Meeting at UST Office with Patti Centorelli and telephone conference with Judge Votolato. | 1.20 | JFC |
| 09/17/90 | Telephone conference with AT&T, Ken Joseph, re: telephone equipment, fax machine. | 0.20 | JFC |
| 09/17/90 | Background work on Harold Chorney. | 1.70 | JFC |
| 09/17/90 | Telephone conference with Jack Doherty, Eastland Bank re: Thursday's move of money. | 0.50 | JFC |
| 09/17/90 | Telephone conference with Robert Jones. | 0.50 | JFC |
| 09/17/90 | Telephone conference with Mike Weingarten re: United States Trustee update. | 0.80 | JFC |
| 09/17/90 | Examine the Boston connections of Cumberland Investment Corporation. | 2.20 | JFC |
| 09/17/90 | Office conference with Trustee re: borrowing order. | 0.20 | ROR |
| 09/19/90 | Telephone conference with John Dion, Woonsocket, Rhode Island re: movement of the coins to Cranston. | 1.10 | JFC |
| 09/19/90 | Two telephone conferences with Attorney Weick re: Indianapolis Bank re: coins in Rhode Island and documents. | 0.40 | JFC |
| 09/20/90 | Meeting with Eastland Bank in Cranston, Rhode Island re: remaining coins in the safe. | 3.80 | JFC |
| 09/20/90 | Meeting with Peter Forness and Jack Doherty in Providence, Rhode Island. | 5.00 | JFC |
| 09/20/90 | Meeting in Cranston, Rhode Island re: movement of coins and Meeting with Woonsocket Police Department re: same. | 3.50 | JFC |
| 09/21/90 | Telephone conference with creditor Kent Allison re: case status. | 0.40 | JFC |
| 09/24/90 | Telephone conference with creditor. | 0.10 | JFC |
| 09/24/90 | Meeting with Pierre and Michael Moore of LCF Associates re: going to Cranston, Rhode Island re: inventory of safe. | 0.50 | JFC |
| 09/25/90 | Telephone conference with State Street Bank re: deposit box. | 0.20 | JFC |
| 09/25/90 | Telephone conference with Attorney Weick in Rhode Island re: Bank. | 0.30 | JFC |
| 09/25/90 | Telephone conference with Richard Smakousky, creditor. | 0.20 | JFC |
| 09/25/90 | Telephone conference with Smith and Aubin re: rent on premises on Main Street. | 0.40 | JFC |

E-243

| | | | |
|---|---|---|---|
| 09/25/90 | Telephone conference with LCF Associates, Bob Long and Lee Blais re: security of vault and investigation. | 0.40 | JFC |
| 09/26/90 | Review of pleadings and letters from investors. | 1.50 | JFC |
| 09/27/90 | Telephone conference with Andrea Corcoran re: 2004 exams; open and review mail and set up files. | 1.00 | DLG |
| 09/28/90 | Review 11 U.S.C. 364 motion of Eastland Bank. | 0.80 | ROR |
| 10/01/90 | Attend meeting at LCF Associates, Inc. with Attorney Cullen, Kate Downing, IRS, and U.S. Attorneys re: case procedures and status. | 5.50 | DLG |
| 10/01/90 | Telephone conference with Attorney Bertozzi. | 0.90 | ROR |
| 10/01/90 | Review Eastland Bank borrowing order. | 1.00 | ROR |
| 10/01/90 | Meeting at LCF Associates, Inc. with Denise Gallo, Kate Downing, IRS, and US Attorneys re: procedures and status. | 5.50 | JFC |
| 10/02/90 | Telephone conference with Attorney Bertozzi re: motion to turnover meeting with Eastland re: borrowing order. | 0.40 | ROR |
| 10/03/90 | Telephone conference with Mike Weingarten re: preparing for meeting on borrowing order. | 0.40 | ROR |
| 10/03/90 | Conference call with Attorney Bertozzi and Attorney Furness re: resolving borrowing order. | 0.70 | ROR |
| 10/04/90 | Attend meeting at Eastland Bank with Attorneys Bertozzi, Furness and Resnick, Jack Dougherty and Michael Weingarten re: borrowing order to fund liquidation of coins, stamps and other assets; employment of professionals and methods of liquidation. | 7.00 | JFC |
| 10/04/90 | Attend meeting at Eastland Bank with Attorneys Bertozzi, Furness and Cullen, Jack Dougherty and Michael Weingarten re: borrowing order to fund liquidation of coins, stamps and other assets; employment of professionals and methods of liquidation. | 7.00 | ROR |
| 10/04/90 | Telephone conference with Jerry Ancel's secretary re: travel arrangements to Indianapolis. | 0.10 | DLG |
| 10/05/90 | Telephone conference with Ancel's secretary re: itinerary for Indianapolis business trip. | 0.10 | DLG |
| 10/05/90 | Telephone conferences with Hotel and rental agencies re: Indianapolis business trip. | 0.30 | DLG |
| 10/06/90 | Review records and files and draft ledger of creditors in the case. | 3.00 | JFC |
| 10/09/90 | Travel from Boston to Indianapolis. | 5.00 | JFC |
| 10/09/90 | Meeting at People's Bank in Winchester, Indiana with Dean Edwards, Vice President re: review | 3.00 | JFC |

E-244

| | | | |
|---|---|---|---|
| | loan file, review of transaction checks, review of coins. | | |
| )/09/90 | Travel from Indianapolis to Winchester, Indiana and return. | 4.00 | JFC |
| )/09/90 | Meeting with Attorney Jerry Ancel, bank's counsel re: loan to Hal Chorney. | 2.00 | JFC |
| )/09/90 | Travel to Indianapolis and attend meetings throughout the day with Jerry Ancel and Dale Edwards re: loans to Hal Chorney and view of coints in vault. | 14.50 | DLG |
| )/10/90 | In Indianapolis, preparation for meeting with bank's counsel. | 3.00 | JFC |
| )/10/90 | Meeting with Jerry Ancel and Dean Edwards, Vice President of People's Bank. | 1.50 | JFC |
| /10/90 | Meeting at the United states Attorney's office at the court in Indianapolis. | 1.75 | JFC |
| /10/90 | Review court records on Martin case at court in Indianapolis. | 1.75 | JFC |
| /10/90 | Travel time back to Boston via Delta Airlines. | 7.00 | JFC |
| /10/90 | Attend meetings with Jerry Ancel and Dean Edwards re: Hal Chorney loan and Meeting at U.S. Attorney's office re: court documents. | 13.00 | DLG |
| /11/90 | Telephone conference with Mike Weingarten re: sale of coins in vault in Indiana. | 0.90 | JFC |
| /11/90 | Review motions from Attorney Bertozzi re: allowing the Trustee to sell. | 1.00 | JFC |
| /12/90 | Telephone conference with Attorney Bertozzi re: motion to sell, employment of LCF and application for 506(c) expenses. | 0.90 | JFC |
| /12/90 | Telephone conference with Aubin in Rhode Island. | 0.10 | JFC |
| /12/90 | Telephone conference regarding the redemption creditors. | 0.30 | JFC |
| /12/90 | Review and revise post petition borrowing order. | 1.20 | ROR |
| /12/90 | Review of records re: tracing of assets. | 1.50 | JFC |
| /12/90 | Office conference with Trustee re: revising borrowing order. | 0.40 | ROR |
| /13/90 | Research re: background of debtor and history of case. | 2.50 | JFC |
| /13/90 | Review of records and letters from creditors, preparing a ledger of all letters received by creditors. | 3.00 | JFC |
| /17/90 | Review post petition financing agreement. | 0.50 | ROR |
| /19/90 | Draft and mail letter and correspondence to LCF Associates re: appraisers. | 0.30 | DLG |
| /20/90 | Review, mail and set up filing systems for pleadings, correspondence, creditor claims and related matters. | 5.00 | DLG |

E-245

| | | | |
|---|---|---|---|
| 10/24/90 | Two telephone conferences with Attorney Bertozzi re: financing agreement and expenses to date. | 0.40 | ROR |
| TOTAL HOURS | | 244.90 | |

**FEES:**

| | | | |
|---|---|---|---|
| Denise Gallo | - | 43.50 Hrs @ $45.00 per hour | $1,957.50 |
| George J. Nader | - | 0.75 Hrs @ $130.00 per hour | $97.50 |
| John F. Cullen | - | 182.10 Hrs @ $210.00 per hour | $38,241.00 |
| Robert Owen Resnick | - | 18.55 Hrs @ $175.00 per hour | $3,246.25 |
| **TOTAL FEES:** | | | $43,542.25 |

**EXPENSES:**

| | | |
|---|---|---|
| Copy Expenses | $70.50 | |
| Long Distance | $150.00 | |
| Mileage/Parking | $197.15 | |
| Postage | $2.40 | |
| Travel Expenses | $2,500.00 | |
| Express mail | $27.50 | |
| | | $2,947.55 |
| Total Bill Amount | | $46,489.80 |
| Balance Forward | | $0.00 |
| Available Credit | | $0.00 |
| TOTAL AMOUNT DUE | | $46,489.80 |

E-246

UNITED STATES BANKRUPTCY COURT

FOR THE

DISTRICT OF RHODE ISLAND

In Re:

CUMBERLAND INVESTMENT CORPORATION

Debtor

Case No. 89-11051
Chapter 11

CERTIFICATE OF SERVICE

I, Kathleen T. Ong, do hereby certify that I have this date, served the AFFIDAVIT OF JOHN F. CULLEN, by causing a copy thereof to be mailed, first class mail, postage prepaid to the Jonathan F. Oster Esquire, 936 Smithfield Avenue, Lincoln, Rhode Island 02865; Edward J Bertozzi, Esquire, EDWARDS & ANGELL, 2700 Hospital Trust Tower, Providence, Rhode Island 02903; and the United States Trustee, 472 O'Neill Federal Office Building, 10 Causeway Street, Boston, Massachusetts 02222

Kathleen T. Ong

Kathleen T. Ong, Esquire
CULLEN & RESNICK
Charlestown Navy Yard
Shipway Place, C-3
Boston, Massachusetts 02129
(617) 242-4860

Dated: 9/26/91

E-247

/26/91
:23:56

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill

Page: 1

==================================

Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

nd Investment Corp.
Street

et , RI

JFC - John F. Cullen Responsible: JFC - John F. Cullen Originating: JFC - John F. Cullen 100.00%

IOLOGICAL DETAIL

| Time-Keeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| JFC | Telephone conference with LFC Associates re: investigation and target of probe. | 0.60 | ST | 126.00 | 126.00 | .......... | ....... | 1023/001 |
| JFC | Office conference with DEA/LCF. | 4.50 | ST | 945.00 | 945.00 | .......... | ....... | 1023/009 |
| JFC | Telephone conference with counsel and bank's counsel re: issues. | 2.20 | ST | 462.00 | 462.00 | .......... | ....... | 1023/013 |
| JFC | Meeting with IRS in Braintree re: available records. | 2.80 | ST | 588.00 | 588.00 | .......... | ....... | 1023/021 |
| JFC | Meeting at the Eastland Bank, Woonsocket, RI, with Examiner-Trustee, Bank's counsel, Trustee's counsel and bank's officer re: work on borrowing agreement for the estate. | 7.00 | ST | 1,470.00 | 1,470.00 | .......... | ....... | 1023/025 |
| JFC | Review and organize records for Indiana trip. | 3.70 | ST | 777.00 | 777.00 | .......... | ....... | 1023/027 |
| JFC | Prepare for trip to Indiana. | 3.00 | ST | 630.00 | 630.00 | .......... | ....... | 1023/028 |
| JFC | Telephone conferences with creditors; State of RI; Employment Colorado. | 2.00 | ST | 420.00 | 420.00 | .......... | ....... | 1023/029 |
| JFC | Address problems re: sale of assets. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1023/037 |
| JFC | Telephone conference with LCF re: probe. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1023/045 |
| JFC | Telephone conference with Ed Bertozzi and Attorney Resnick re: overall aspects of the case. | 2.50 | ST | 525.00 | 525.00 | .......... | ....... | 1023/048 |
| JFC | Attend meeting re: insurance for credit inhancement purposes. | 30.00 | ST | 6,300.00 | 6,300.00 | .......... | ....... | 1025/002 |
| JFC | Telephone conferences with creditors and LCF. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1025/004 |
| JFC | Telephone conferences with LCF, creditors and review opposition to motion. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1025/020 |
| ROR | Prepare bill for Trustee services for Eastland Bank. | 1.30 | ST | 227.50 | 227.50 | .......... | ....... | 948/003 |
| JFC | Hearing before re: motion for relief 1st National Bank. | 0.70 | ST | 147.00 | 147.00 | .......... | ....... | 1025/046 |
| ROR | Telephone conference with Bertozzi re: Chorney objection to post-petition borrowing order. | 0.10 | ST | 17.50 | 17.50 | .......... | ....... | 951/004 |

E-248

/91
:06

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill

Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.



LOGICAL DETAIL

| Time-keeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| LG | Review and organize pleadings and records. | 7.00 | ST | 315.00 | 315.00 | .......... | ....... | 978/075 |
| MB | Draft trustee's fee application. | 1.50 | ST | 165.00 | 165.00 | .......... | ....... | 954/027 |
| MB | Review and revise fee application. | 0.60 | ST | 66.00 | 66.00 | .......... | ....... | 955/015 |
| MB | Review and revise fee application. | 1.00 | ST | 110.00 | 110.00 | .......... | ....... | 958/021 |
| MB | Review trustee fee application. | 0.30 | ST | 33.00 | 33.00 | .......... | ....... | 959/017 |
| LG | Telephone conferences with various attorneys and creditors. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 978/085 |
| LG | Organize creditors file system. | 3.00 | ST | 135.00 | 135.00 | .......... | ....... | 978/089 |
| JFC | Telephone conference with Attorneys Furness and Bertozzi re: appeal. | 0.70 | ST | 147.00 | 147.00 | .......... | ....... | 1025/079 |
| ROR | Office conference with Trustee; Telephone conference with Attorneys Bertozzi and Furness re: post-petition borrowing order, depositions, determination of secured claim litigation and motion to sell. | 0.90 | ST | 157.50 | 157.50 | .......... | ....... | 963/025 |
| LG | Telephone conference with Peter Furness re: Florida trip. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 978/097 |
| LG | Update files, review mail and creditors list. | 2.50 | ST | 112.50 | 112.50 | .......... | ....... | 978/098 |
| LG | Telephone conference with Mrs. Harris in Texas re: Chorney and Bill Russell. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 978/099 |
| JFC | Review pleadings and other notes on appeals and current hearings. | 2.50 | ST | 525.00 | 525.00 | .......... | ....... | 1025/094 |
| LG | Update filing. | 1.50 | ST | 67.50 | 67.50 | .......... | ....... | 978/100 |
| JFC | Trip to Washington, DC, re: investigation of background and schemes. | 7.50 | ST | 1,575.00 | 1,575.00 | .......... | ....... | 1025/095 |
| JFC | Left Washington for Palm Beach, FL, to meet Lee Blais for deposition. | 5.00 | ST | 1,050.00 | 1,050.00 | .......... | ....... | 1025/096 |
| JFC | Travel from Miami to Boston. | 5.00 | ST | 1,050.00 | 1,050.00 | .......... | ....... | 1040/001 |
| JFC | Palm Beach. Morning briefing with Lee Blais and Bob Carey re: preparation for deposition. | 1.50 | ST | 315.00 | 315.00 | .......... | ....... | 1025/097 |
| JFC | Law / Menter a no show in Coral Springs. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1025/098 |
| JFC | Meeting at Sampler Road, Coral Springs, FL, with Lee Blais and Bob Carey. | 3.00 | ST | 630.00 | 630.00 | .......... | ....... | 1025/099 |
| JFC | Travel to Miami for meeting at VA Hospital with George Menter. | 3.00 | ST | 630.00 | 630.00 | .......... | ....... | 1025/100 |
| ROR | Telephone conference with Attorney Bertozzi re: financing order, language and provisions. | 0.20 | ST | 35.00 | 35.00 | .......... | ....... | 976/019 |
| ROR | Prepare interim fee application. | 1.00 | ST | 175.00 | 175.00 | .......... | ....... | 976/020 |
| GJN | Legal research re: standard for Trustee's fees. | 1.10 | ST | 143.00 | 143.00 | .......... | ....... | 978/052 |
| JFC | Travel to Providence, Rhode Island and attend hearing on Trustee's authority to borrow from the Eastland bank. | 4.50 | ST | 945.00 | 945.00 | .......... | ....... | 1026/012 |

F-249

/91
:14

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill



Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

)LOGICAL DETAIL

| Time-Keeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| JFC | Continued hearing in Providence, Rhode Island re: authority to borrow from Eastland Bank. | 5.50 | ST | 1,155.00 | 1,155.00 | .......... | ....... | 1026/013 |
| DLG | Update mailing matrix in computer. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 978/107 |
| JFC | Telephone conference with LCF Associates and Peter Furness re: probe. | 0.90 | ST | 189.00 | 189.00 | .......... | ....... | 1026/016 |
| JFC | Review pleading from Providence re: issues on appeal. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1026/025 |
| JFC | Attend meeting with Bob Carey re: potential assets in Florida. | 1.30 | ST | 273.00 | 273.00 | .......... | ....... | 1026/039 |
| JFC | Travel to Woonsocket, Rhode Island and attend meeting with Eastland Bank executive and chairman of the board. | 6.20 | ST | 1,302.00 | 1,302.00 | .......... | ....... | 1026/048 |
| DLG | Telephone conference with Bob Carey. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 999/068 |
| DLG | Telephone conference with Joan Bromsch. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 999/069 |
| DLG | Review correspondence; Update filing; Organize pleadings; Update creditors list. | 3.50 | ST | 157.50 | 157.50 | .......... | ....... | 999/070 |
| JFC | Meeting with Lee Blais, LCF Associates re: targets of the probe. | 1.30 | ST | 273.00 | 273.00 | .......... | ....... | 1026/090 |
| ROR | Review proposed order to authorize sales. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 999/007 |
| ROR | Telephone conference with Mike Weingarten re: proposed sales with Churty, People & Chorney suggestions. | 0.80 | ST | 140.00 | 140.00 | .......... | ....... | 1001/019 |
| JFC | Travel from Boston to Coral Springs, Florida. | 5.00 | ST | 1,050.00 | 1,050.00 | .......... | ....... | 1040/002 |
| DLG | Telephone conferences with various creditors. | 0.30 | ST | 13.50 | 13.50 | .......... | ....... | 1008/001 |
| DLG | Telephone conference with Sprint re: service to Cumberland. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1008/004 |
| JFC | Preparation for deposition. | 2.50 | ST | 525.00 | 525.00 | .......... | ....... | 1020/001 |
| JFC | Attend deposition of George Manter at Coral Springs, Florida law office. | 9.00 | ST | 1,890.00 | 1,890.00 | .......... | ....... | 1020/002 |
| ROR | Review creditors committee settlement proposal. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1005/005 |
| JFC | Prepare for second day of deposition. | 2.00 | ST | 420.00 | 420.00 | .......... | ....... | 1020/003 |
| JFC | Attend second day of deposition of George Manter in Florida. | 8.00 | ST | 1,680.00 | 1,680.00 | .......... | ....... | 1020/004 |
| JFC | Preparation for third day deposition. | 1.50 | ST | 315.00 | 315.00 | .......... | ....... | 1020/005 |
| JFC | Attend third day deposition of George Manter. | 5.20 | ST | 1,092.00 | 1,092.00 | .......... | ....... | 1020/006 |
| JFC | Meeting with Lee Blais, LCF Associates re: statements. | 1.70 | ST | 357.00 | 357.00 | .......... | ....... | 1020/007 |
| JFC | Review notes and statements re: Manter's deposition. | 2.00 | ST | 420.00 | 420.00 | .......... | ....... | 1020/008 |

E-250

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill
================================
Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

L O G I C A L D E T A I L

| Time-keeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| FC | Travel from Florida to Boston. | 5.00 | ST | 1,050.00 | 1,050.00 | .......... | ....... | 1040/003 |
| FC | Telephone conference with Peter Furness re: sale of coins. | 0.80 | ST | 168.00 | 168.00 | .......... | ....... | 1020/014 |
| OR | Draft letter to Attorney Furness re: allowance of $20,000.00 Trustee's fees. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1014/002 |
| OR | Telephone conference with Attorney Bertozzi re: discovery request, trustee's bond and fees. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1014/004 |
| JFC | Telephone conference with Peter Furness re: oppositions; Three telephone conferences with creditors and Office conference with Attorney Resnick re: sale of coins. | 1.20 | ST | 252.00 | 252.00 | .......... | ....... | 1020/026 |
| DLG | Telephone conference with Phillip Smith re: coins. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1022/090 |
| DLG | Three telephone conferences with creditors. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 1022/092 |
| JFC | Telephone conference with Peter Furness re: depositions. | 0.80 | ST | 168.00 | 168.00 | .......... | ....... | 1020/029 |
| DLG | Update filing system and review mail and pleadings received. | 3.00 | ST | 135.00 | 135.00 | .......... | ....... | 1022/093 |
| JFC | Telephone conference with Lee Blais in Denver re: investigation of Westcop. | 1.30 | ST | 273.00 | 273.00 | .......... | ....... | 1029/003 |
| JFC | Review legal pleading. | 1.30 | ST | 273.00 | 273.00 | .......... | ....... | 1029/019 |
| JFC | Draft letter and report to the United States Trustee re: progress of case. | 0.70 | ST | 147.00 | 147.00 | .......... | ....... | 1031/005 |
| JFC | Telephone conference with Bob Carey re: Denver trip. | 0.60 | ST | 126.00 | 126.00 | .......... | ....... | 1031/015 |
| JFC | Telephone conference with U.S. Attorney's office in Rhode Island. | 0.20 | ST | 42.00 | 42.00 | .......... | ....... | 1031/018 |
| DLG | Telephone conference with creditor re: claim and redemption coin. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1037/062 |
| JFC | Preparation of creditors claims; sorting and inputting claims into the computer system. | 2.50 | ST | 525.00 | 525.00 | .......... | ....... | 1037/039 |
| DLG | Review correspondence and organize files. | 3.50 | ST | 157.50 | 157.50 | .......... | ....... | 1037/068 |
| JFC | Telephone conference with United States Trustee's Office re: payment on the bond. | 0.50 | ST | 105.00 | 105.00 | .......... | ....... | 1037/048 |
| JFC | Telephone conference with United States Trustee's Office re: bond and hearing set up. | 0.50 | ST | 105.00 | 105.00 | .......... | ....... | 1037/057 |
| ROR | Review correspondence re: contempt hearing. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1037/007 |
| JFC | Attend court re: records / U.S. Marshall's. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1041/081 |
| JFC | Meeting with LCF Associates, Lee Blais re: records assembly. | 1.50 | ST | 315.00 | 315.00 | .......... | ....... | 1041/082 |

E-251

91
26

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill
==================================
Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

LOGICAL DETAIL

| ime-eeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| FC | Telephone conference with AUSA, Sydney Posner re: arrangements for GSA storage. | 0.50 | ST | 105.00 | 105.00 | .......... | ....... | 1041/083 |
| FC | Meeting with Peter Furness re: bond. | 0.70 | ST | 147.00 | 147.00 | .......... | ....... | 1041/084 |
| OR | Prepare bill for expenses. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1041/002 |
| LG | Review bills and expenses. | 1.00 | ST | 45.00 | 45.00 | .......... | ....... | 1047/056 |
| LG | Telephone conference with creditor from South Carolina re: claim. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1047/057 |
| OR | Telephone conference with Mike Weingarten re: sales by Christy's and Bauers and Marina. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1041/022 |
| LG | Telephone conference with creditor. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1047/069 |
| LG | Telephone conference with Sid Posner re: delivery of records. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1047/070 |
| ROR | Telephone conference with Mike Weingarten re: sale of assets. | 0.70 | ST | 122.50 | 122.50 | .......... | ....... | 1045/019 |
| JFC | Attend hearing in Providence, Rhode Island re: payment of bond | 2.70 | ST | 567.00 | 567.00 | .......... | ....... | 1048/027 |
| DLG | Review of correspondence. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 1047/079 |
| DLG | Review and update legal files. | 3.50 | ST | 157.50 | 157.50 | .......... | ....... | 1047/081 |
| DLG | Telephone conference with Reynolds, creditor re: his claim. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1047/087 |
| DLG | Telephone conference with creditor re: claim and appraisals. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1047/088 |
| JFC | Review records for grand jury hearing. | 0.50 | ST | 105.00 | 105.00 | .......... | ....... | 1048/042 |
| DLG | Gather and prepare data for court tomorrow. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 1049/022 |
| JFC | Travel to Rhode Island re: removal of records; Attend grand jury appearance. | 11.00 | ST | 2,310.00 | 2,310.00 | .......... | ....... | 1051/036 |
| JFC | Telephone conferences with creditors re: status of case. | 0.80 | ST | 168.00 | 168.00 | .......... | ....... | 1051/039 |
| DLG | Copy creditors correspondence for postal inspector. | 2.00 | ST | 90.00 | 90.00 | .......... | ....... | 1056/037 |
| DLG | Meeting with postal inspector, Steve R. re: review of files and letters from creditors. | 2.00 | ST | 90.00 | 90.00 | .......... | ....... | 1056/046 |
| DLG | Copy documents from file for postal inspector. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 1056/047 |
| JFC | Meeting with U.S. Postal Inspector re: records. | 0.70 | ST | 147.00 | 147.00 | .......... | ....... | 1057/058 |
| DLG | Review correspondence and mail. | 0.50 | ST | 22.50 | 22.50 | .......... | ....... | 1067/011 |
| DLG | Review fax from Peter Furness. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1067/012 |
| ROR | Telephone conference with Mike Weingarten re: coin sales and paying various administrative expenses. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1071/003 |

E-252

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill
================================
Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

LOGICAL DETAIL

| Time-keeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| C | Travel to Providence, Rhode Island and attend meeting with U.S. Attorney, FBI and Postal Inspectors; Attend meeting with Edward Bertozzi re: legal issues and redemption coins. | 6.50 | ST | 1,365.00 | 1,365.00 | .......... | ....... | 1074/004 |
| G | Telephone conference with Attorney for creditor re: clients claim. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1082/020 |
| IR | Conference call with Attorney Bertozzi and Pier Birbaum re: transer of coins to Bowers and Marina. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1081/001 |
| IR | Office conference with Trustee re: procedures for transferring coins to auction houses. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1081/002 |
| OR | Review correspondence and material re: transfer of coins and stamps. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1114/001 |
| FC | Telephone conference with Attorneys Smith and Ostere re: questions on sale and possible settlement. | 0.60 | ST | 126.00 | 126.00 | .......... | ....... | 1114/073 |
| FC | Meeting in Braintree with Attorney Smith, Ostere and Lee Blais re: offer. | 2.90 | ST | 609.00 | 609.00 | .......... | ....... | 1114/079 |
| FC | Travel to Providence, Rhode Island and attend meeting at Edwards and Angel with Hal Chorney, John Oster and his associate, Peter Furness and Hershel Smith re: sale of coins, procedures, possible settlement discussions. | 5.50 | ST | 1,155.00 | 1,155.00 | .......... | ....... | 1121/115 |
| ILG | Telephone conference with Joan Bransh. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1123/028 |
| ILG | Telephone conference with creditor re: status of case. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1123/033 |
| IFC | Telephone conference with United States Trustee's Office re: 341 meeting. | 0.30 | ST | 63.00 | 63.00 | .......... | ....... | 1136/011 |
| ILG | Telephone conference with Attorney Paul Haas re: evidence. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1143/017 |
| IFC | Review offer from Hershel Smith re: purchase of assets of the estate. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1147/030 |
| ROR | Review offer to purchase. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1150/005 |
| ROR | Telephone conference with Attorney Bertozzi re: Smith offer to purchase. | 0.20 | ST | 35.00 | 35.00 | .......... | ....... | 1150/015 |
| ROR | Telephone conference with Mike Weingarten re: sales. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1153/005 |
| ROR | Telephone conference with Attorney Bertozzi re: Smith offer to purchase. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1153/011 |

E-253

71
58

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill

Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

LOGICAL DETAIL

| ime-eeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| FC | Review materials from Attorney Bertozzi re: proposal by Hershel Smith. | 0.70 | ST | 147.00 | 147.00 | .......... | ....... | 1173/003 |
| LG | Telephone conference with redemption creditor. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1177/017 |
| LG | Telephone conference with creditor re: status of case. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1191/027 |
| LG | Telephone conference with creditor re: status of case. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1191/028 |
| IFC | Telephone conference with Ed Bertozzi re: motion by H. Chorney. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1231/069 |
| DLG | Telephone conference with Eastland, Worldwide Services re: bill. | 0.30 | ST | 13.50 | 13.50 | .......... | ....... | 1202/027 |
| ROR | Telephone conference with Ed Bertozzi re: sale to Manter and expenses to date. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1198/022 |
| JFC | Meeting in Providence, Rhode Island with Ed Bertozzi and Mike Silverstein, counsel for Eastland Bank. | 4.50 | ST | 945.00 | 945.00 | .......... | ....... | 1222/006 |
| JFC | Review pleading from Attorney Oster. | 0.30 | ST | 63.00 | 63.00 | .......... | ....... | 1222/013 |
| ROR | Telephone conference with Ed Bertozzi re: safe deposit box. | 0.20 | ST | 35.00 | 35.00 | .......... | ....... | 1200/026 |
| DLG | Telephone conference with creditor re: coins. | 0.10 | ST | 4.50 | 4.50 | .......... | ....... | 1202/035 |
| JFC | Review Chorney's motions. | 1.00 | ST | 210.00 | 210.00 | .......... | ....... | 1223/028 |
| JFC | Review pleading from Ed Bertozzi on contempt. | 0.50 | ST | 105.00 | 105.00 | .......... | ....... | 1223/041 |
| ROR | Telephone conference with Ed Bertozzi re: Eastland offer to settle case. | 0.70 | ST | 122.50 | 122.50 | .......... | ....... | 1211/001 |
| ROR | Telephone conference with Mike Weingarten re: transfer of sale funds and sale of portfolio to bulk buyers. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1212/076 |
| ROR | Office conference with Trustee re: proposed Eastland settlement. | 0.20 | ST | 35.00 | 35.00 | .......... | ....... | 1225/006 |
| ROR | Telephone conference with Attorney Bertozzi re: Eastland proposal. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1226/003 |
| ROR | Conference call with Bertozzi and Weingarten re: Eastland proposal and status of coin inventory. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1226/004 |
| ROR | Review bond request and telephone conference with Attorney Bertozzi re: bond. | 0.40 | ST | 70.00 | 70.00 | .......... | ....... | 1226/009 |
| ROR | Telephone conference with Attorney Downing and Keneally re: reducing bond. | 0.30 | ST | 52.50 | 52.50 | .......... | ....... | 1227/002 |
| ROR | Draft letter to United States Trustee's Office re: reducing bond. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1227/003 |

E-254

'91
:56

Cullen and Resnick
Clockwork(tm) Advanced Time Management
Client PreBill



Informational Only Prebill.
Select on Demand prebills. For 09/91.
For billing attorney JFC.
For 1600-Cumberland Investment Corp., matter CH 7-Bankruptcy.

LOGICAL DETAIL

| ime-eeper | Work Description | Hours | Rate Basis | Standard Value | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| OR | Telephone conference with Ed Bertozzi re: Manter offer. | 0.20 | ST | 35.00 | 35.00 | .......... | ....... | 1241/051 |
| OR | Review Bertozzi correspondence to Attorney Smith. | 0.20 | ST | 35.00 | 35.00 | .......... | ....... | 1241/057 |
| OR | Set up Trustee account for deposit of sale funds. | 0.50 | ST | 87.50 | 87.50 | .......... | ....... | 1247/012 |
| LG | Telephone conference with Steve Rothman re: postal inspector. | 0.20 | ST | 9.00 | 9.00 | .......... | ....... | 1249/022 |
| FC | Travel to and from Providence; Attend and testify at contempt hearing. | 6.00 | ST | 1,260.00 | 1,260.00 | .......... | ....... | 1260/001 |
| TO | Prepare affidavit for trustee and review time records re: Hal Chorney. | 1.30 | ST | 130.00 | 130.00 | .......... | ....... | 1254/012 |
| TO | Telephone conference with Ed Bertozzi re: Hal Chorney delaying strategies. | 0.20 | ST | 20.00 | 20.00 | .......... | ....... | 1254/013 |
| TO | Office conference with Attorney Resnick re: affidavit and trustee's bill for filing with court. | 0.20 | ST | 20.00 | 20.00 | .......... | ....... | 1259/019 |
| | Total: | 278.30 | | 50,643.50 | 50,643.50 | .......... | | |

SEMENT DETAIL

| uth nkp | Charge Code | Description | Reference # | Qty | Bill Value | Manual Bill $ | Hold/ Delete | Session / # |
|---|---|---|---|---|---|---|---|---|
| FC | MP | Mileage/Parking | | 130 | 33.80 | .......... | ....... | 266/002 |
| MB | CE | Copy Expenses | | 10 | 1.50 | .......... | ....... | 257/038 |
| FC | TE | Travel Expenses (Train Fare) -NY to WA | | 0 | 90.00 | .......... | ....... | 270/001 |
| FC | OT | Other (specify) Hotel Expenses | | 0 | 90.00 | .......... | ....... | 270/002 |
| FC | OT | Hotel Expenses | | 1 | 143.79 | .......... | ....... | 263/078 |
| FC | AF | Air Fare | | 1 | 86.00 | .......... | ....... | 263/079 |
| FC | AF | Air Fare | | 1 | 386.00 | .......... | ....... | 263/080 |
| FC | TE | Travel Expenses | | 0 | 100.00 | .......... | ....... | 263/081 |
| FC | MP | Mileage/Parking | | 140 | 36.40 | .......... | ....... | 269/001 |
| FC | MP | Mileage/Parking | | 0 | 6.00 | .......... | ....... | 267/131 |
| OR | CE | Copy Expenses | | 125 | 18.75 | .......... | ....... | 260/012 |
| OR | PS | Postage | | 0 | 3.90 | .......... | ....... | 260/013 |
| OR | PS | Postage | | 0 | 1.25 | .......... | ....... | 260/014 |
| FC | MP | Mileage/Parking | | 140 | 36.40 | .......... | ....... | 269/002 |
| FC | AF | Air Fare | | 0 | 280.50 | .......... | ....... | 267/089 |
| FC | AF | Air Fare | | 0 | 290.00 | .......... | ....... | 267/090 |

E-255