***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

In Re: **Cumberland Investment Corporation**

Debtor(s)

BK No. **1:89–bk–11051**

Chapter **7**

***Order GRANTING Document (doc# 972 )***

***Re: Motion To Continue Hearing to 3/27/2008***

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the above entitled document (doc. # 972 ) is GRANTED to 3/27/2008 .

Judgment #: 1:89–bk–11051 – 973 – 966, 967, 971, 972

***ORDER:***

BY: CAL
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **2/25/08**

Entered on Docket: **2/25/08**
Document Number: **973 – 966, 967, 971, 972**

**oaftconsid.jsp #145**