UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

CUMBERLAND INVESTMENT CORPORATION
Debtor

Chapter 7
Case No. 89-bk-11051

# POSITION OF EDWARDS ANGELL PALMER & DODGE LLP ON MOTION (DOCKET NO. 966 FILED BY HAROLD CHORNEY) AND MOTION FOR CONTINUANCE OF HEARING ON SAME

1. Edwards Angell Palmer & Dodge LLP ("EAPD") filed its First and Final Application for Fees and Expenses (the "EAPD Fee Application") herein on July 20, 2007, requesting fees and expenses for the period August 23, 1990 through August 29, 1991, representing the Chapter 11 Trustee, John E. Cullen.

2. Paragraph numbered 8 of the EAPD Fee Application states that "EAPD is not seeking payment for $35,921.36 in fees for services rendered to the Trustee during the period August 30, 1991 through December 22, 1993 because, due to a glitch in transferring data to a new computer, EAPD cannot recover the data as to individual time entries for that period, although the computer does show the data to the aggregate amount of fees for said period."

3. Harold Chorney ("Chorney") filed a Motion to Clarify (Docket No. 966) the EAPD Fee Application and a Supporting Memorandum (Docket No. 967) (collectively, the "Chorney Motion"), and this Court has requested EAPD's position as to the Chorney Motion and has scheduled a hearing on Chorney's Motion for March 6, 2008 at 10:00 A.M.

4. Chorney's Motion requests:

   a. "a clarification of the basis of the 3/22/91 billing entry concerning 'Review Memos for Judge Pettine' in reference to Cumberland Investment Corporation."

   b. that the Court require EAPD "to supply [Chorney] with other documentation involving [Chorney's] interests, including but not limited to: any and all billing records which involve money borrowed from the estate of Cumberland Investment Corporation by the Trustee for administrative purposes in accordance with Title 11 U.S.C. Section 364, as well as any billing records which may involve missing assets of the estate."

5. As to 4(a) above, the time entry for 3/22/91 on EAPD's bill says "E. Bertozzi…Review memos for Judge Pettine; attention to Furness letter on compromise motion, letter to Weingarten… .50." To the best of the recollection (17 years later) of the undersigned, Edward Bertozzi believes the phrase "review memos for Judge Pettine" relates to an appeal taken by Chorney to the U.S. District Court. In any event, only a portion of one-half hour is involved, and EAPD has no objection to the Court not awarding compensation for all or a portion of the one-half hour of time involved.

6. As to 4(b) above, EAPD takes the following position:

   a. Chorney has no standing to object to or seek clarification of, EAPD's Fee Application. Per the Trustee's Report, there are millions of dollars of claims ahead of Chorney, and the assets held by the Trustee are very small in comparison. Thus, Chorney has no financial interest in this matter.

   b. All the information in EAPD's billing records with regard to the period for which fees are requested, 8/23/90-8/29/91, has substantially been produced in the form of the bills which are attached to EAPD's Fee Application and which show a narrative of tasks performed, the date performed, the person who performed the task and the time spent. The undersigned has reviewed the bills attached to the EAPD Fee Application. Many of the entries deal with obtaining a financing order for the Trustee, but there appear to be no entries dealing with the "missing assets."

   c. EAPD's Application seeks fees and expenses for EAPD's services to the Chapter 11 Trustee during the period 8/23/90 to 8/29/91. Billing records for the other time periods are irrelevant to EAPD's Application. For Chorney to use EAPD's Application as an excuse for a fishing expedition as to irrelevant billing records is oppressive and unjustified.

7. Edward J. Bertozzi has non-refundable airplane tickets to be in Italy from February 26 to March 7, 2008.

WHEREFORE, EAPD requests that the Court:

(1) deny Chorney's Motion without a hearing; and

(2) if a hearing is to be held, reschedule the hearing on Chorney's Motion until after Mr. Bertozzi returns from Italy on March 7, 2008.

Dated: February 19, 2008

/s/ Edward J. Bertozzi, Jr.
Edward J. Bertozzi, Jr.
(riba #1124)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
Fax: 401-276-6611

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007 a true and accurate copy of the Position of Edwards Angell Palmer & Dodge LLP on Motion (Docket No. 966 filed by Harold Chorney), and Motion for Continuance of Hearing on Same was sent electronically to Jason D. Monzack, Trustee, and Leonard DePasquale, U.S. Trustee, and by first class mail to Harold Chorney at 16 Spring Drive, Johnston, Rhode Island 02919.

/s/ Edward J. Bertozzi, Jr.
Edward J. Bertozzi, Jr.