***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

| | |
|---|---|
| Debtor(s) **Cumberland Investment Corporation** | BK No. **1:89-bk-11051**<br>Chapter: **7** |

## *Notice of Hearing*

PLEASE TAKE NOTICE that a hearing will be held at
**The Federal Center, 380 Westminster Street, 6th Floor, Providence, RI 02903**

**on 3/6/08 at 10:00 AM**

to consider and act upon the following:

Hearing Set (re: [967] Memorandum of Law, filed by Interested Party Harold Chorney, [966] Generic Motion to Clarify re: [931] Application for Final Compensation for Edwards Angell Palmer & Dodge LLP filed by Interested Party Harold Chorney).

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training. Also, if an interpreter is being utilized, please notify the Court Recorder in advance of the hearing.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **2/14/08**
Document Number: **968 - 966, 967**

By: **CAL**
Deputy Clerk

500.jsp Form 500