Filed Feb 05 08
12:40 USBCRI
CAL

August 3, 2007

Arthur N. Votolato
U.S. Bankruptcy Judge
380 Westminster Mall
Providence, R.I. 02903

In Re: Cumberland Investment Corporation
89-11051

On November 3, 2004, the court issued an order stating that "effective immediately, the Clerk of Court shall decline to accept any filings from Harold Chorney, unless such filing has first been presented to Chambers and is specifically authorized by the Court for filing." Said order also indicated that Petitioner was "hindering the Trustee in performing his duty to conclude this case.

In light of this November 3, 2004, decision, Petitioner is sending for your authorization to present to the Clerk of Courts, a Motion for Clarification and Memorandum in Support of this Motion concerning the billing of the attorney for the Chapter 11, Trustee.

Copy of said Motion and Memorandum and Certification enclosed.

I await your response.

Sincerely,

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02919
401 934-0536

FILED FEB 05 '08 12:40 USBCRI

August 3, 2007

Arthur N. Votolato
U.S. Bankruptcy Judge
380 Westminster Mall
Providence, R.I. 02903

In Re: Cumberland Investment Corporation
89-11051

On November 3, 2004, the court issued an order stating that "effective immediately, the Clerk of Court shall decline to accept any filings from Harold Chorney, unless such filing has first been presented to Chambers and is specifically authorized by the Court for filing." Said order also indicated that Petitioner was "hindering the Trustee in performing his duty to conclude this case.

In light of this November 3, 2004, decision, Petitioner is sending for your authorization to present to the Clerk of Courts, a Motion for Clarification and Memorandum in Support of this Motion concerning the billing of the attorney for the Chapter 11, Trustee.

Copy of said Motion and Memorandum and Certification enclosed.

I await your response.

Sincerely,
Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02919
401 934-0536

Petitioner will be out of town from August 9th until August 13th, 2007.

quick info

What are your checked baggage policies?

Can I travel with my pet?

What are your policies for children traveling alone?

Do you offer wheelchair assistance?

[redacted]

## confirm your selections

Review your itinerary before making your purchase: - your flight dates and times; - your fares and the fare rules; - the total price of your itinerary; - the terms and conditions of your purchase.

### flight details

Departing: Thursday, August [illegible], 2007 — $[illegible] – Coach

Boston, MA (BOS) 4:20 PM — to Baltimore/Washington, MD (BWI) 5:55 PM — Flight [illegible]

Baltimore/Washington, MD (BWI) 7:20 PM — to Charlotte, NC (CLT) 8:59 PM — Flight 327

### pricing details (why is this fare different?)

| | |
|---|---|
| Departing (Coach) | |
| Airfare / passenger | $[illegible] |
| Taxes / passenger (details) | $25.81 |
| Subtotal / passenger | $[illegible] |
| x 1 passenger(s) | $[illegible] |
| Total Cost of Flight | $[illegible] |

### fare rules

Departing (Coach)

- T class of service
- Coach Class Fare
- Non-refundable
- Changes may be made for a fee of $[illegible], plus any increase in applicable fare.
- Advance seat assignment is available for a small fee, or you may select your seats upon check-in at no cost.
- Reservations may be obtained or changed through an AirTran Airways Telephone Reservations Center for an additional $5 per person.

### trip protection

STONEBRIDGE Travel Protection

Protect yourself from unforeseen expenses caused by sickness, injury or other covered causes that impact your travel plans. If you need to cancel or interrupt your trip for a covered reason, Stonebridge Casualty Insurance, Inc., will cover your forfeited, non-refundable ticket costs and/or change fees plus $[illegible] travel delay reimbursement and $[illegible] delayed baggage reimbursement. Coverage may be purchased up to 24 hours following your ticket purchase and is available only to U.S. and Canadian Residents. Some limitations and exclusions apply. View policy details.

- $14.[illegible] premium added per traveler for a total cost of $14.[illegible] this trip.

No thanks, not for this trip.

- I decline trip protection for this trip.

### terms and conditions

All AirTran Airways coach tickets are non-refundable and a $[illegible] fee per person applies to any change made after purchase plus any applicable increase in airfare. Business class tickets (A and J fare classes only; not

AirTran Airways Reservations

[redacted]

airTran.
AIRWAYS

# receipt & itinerary

Thank you for choosing AirTran Airways.
We will send you an email message containing your itinerary. To ensure you receive the message, you may wish to add confirmations@airtran.com to your address book.

**confirmation number: D4VUXC**

**Booking date:** Fri, Jun 22, 2007 **Status:** Confirmed
Should our flight schedule change, we will notify you by email as early as possible.

## Flight Details

**Departing: Tuesday, August 14, 2007**

| | | | | |
|---|---|---|---|---|
| Charlotte, NC (CLT)<br>11:49 AM | to | Atlanta, GA (ATL)<br>1:01 PM | Flight 319 | Coach |
| Atlanta, GA (ATL)<br>1:45 PM | to | Boston, MA (BOS)<br>4:18 PM | Flight 280 | Coach |

## Passengers and Seat Assignments

| Passenger | A+ Number | CLT-ATL | ATL-BOS |
|---|---|---|---|
| harold chorney | [redacted] | – | – |
| violet morin | | – | – |

## Contact Information

harold chorney
16 spring drive
johnston, RI 02919
United States of America

hlchorney@earthlink.net
4019340536 (Tel)

## Pricing

*Total for 2 passengers* (full_detail)

| | |
|---|---|
| Fare price: | $128.38 |
| Taxes/fees: | $48.22 |
| Total price: | $176.60 |

## Payments

*Payment via Credit Card*

| | |
|---|---|
| Form of payment: | MasterCard |
| Payment status: | Confirmed |
| Payment amount: | $176.60 |

## Terms and Conditions

**Fare Restrictions**

Coach

Filed Feb 05 '08
12.40 USBCRI
CAL

**UNITED STATES COURT BANKRUPTCY**
**COURT FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: CUMBERLAND**

**CA. NO. 89-11051**

**INVESTMENT CORPORATION**

**PETITIONER'S MOTION TO CLARIFY**
**FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF**
**EDWARDS ANGELL PALMER & DODGE LLP**

Now comes Harold F. Chorney, pro se, a petitioner with property interests and an interested party in the above captioned matter and requests the court require attorney for the Chapter 11 Trustee, Edwards, Angell, Palmer & Dodge LLP (EAPD) provide some billing clarifications and states for cause those reasons set forth in the PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION TO CLARIFY FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP.

Respectfully Submitted

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02903
401 934-0536

**CERTIFICATION**

I hereby certify that on this 3rd day of August 2007, I sent a copy of the above by first class mail to the following:

Edward J. Bertozzi, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Jason D. Monzack
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, R.I. 02910

Leonard DePasquale, AUST
Office of the U.S. Trustee
10 Dorrance Street
Providence, R.I. 02903

Harold F. Chorney

HAROLD F. CHORNEY

Filed Feb 05 '08
12:40 USBCRI
CAL

**UNITED STATES COURT BANKRUPTCY**
**COURT FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: CUMBERLAND**

**CA. NO. 89-11051**

**INVESTMENT CORPORATION**

**PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CLARIFY FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP**

Now comes Harold F. Chorney, pro se, a petitioner with property interests and an interested party in the above captioned matter and requests the court require attorney for the Chapter 11 Trustee, Edwards, Angell, Palmer & Dodge LLP (EAPD) provide some billing clarifications.

Said First and Final Application contains an Affidavit of Edward J. Bertozzi Jr. stating that,

> " Edward J. Bertozzi, Jr. and Edwards & Angell are disinterested as that term is defined in 11 USC section 101… and do not represent or hold any interest materially adverse to the estate……and Edwards & Angell represent Eastland Bank on matters not related to this case."

On July 3, 1991, an order was entered by the bankruptcy court stating, that Chorney's "standing is as an alleged creditor only, and whose interests as such are adequately represented by the Trustee."

Although EAPD has chosen not to seek payment of fees for services rendered to the Trustee during the period August 30, 1991 through December 22, 1993, detailed billing of EAPD's involvement with this case

is conspicuously missing regardless as to whether missing entries are a result of computer glitches or the failure to disclose is the result of an accidental omission or otherwise.

In light of the above, and in light of the fact that "Failure to disclose or produce materials requested in discovery can constitute 'misconduct' within the purview of Rule 60(b)(3)" Anderson, Inc. v. Cryovac, 862 F.2d 910, 923. (1st Cir. 1988.) Since, disclosure and production of materials have been requested in past discovery motions, Petitioner is requesting a clarification of the basis of the 3/22/91 billing entry concerning "Review Memos for Judge Pettine" in reference to Cumberland Investment Corporation.

Petitioner also requests the court require attorney for the Chapter 11 Trustee to supply Petitioner with other documentation involving Petitioner's interests, including but not limited to: any and all billing records which involve money borrowed from the estate of Cumberland Investment Corporation by the Trustee for administrative purposes in accordance with Title 11 U.S.C. section 364, as well as any billing records which may involve missing assets of the estate.

Petitioner withholds objection to application for fees and expenses, conditioned upon receipt of clarification and the production of billing

records related to money borrowed from the estate of Cumberland Investment Corporation and/or missing assets of the estate.

Respectfully Submitted

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02903
401 934-0536

**CERTIFICATION**

I hereby certify that on this 3rd day of August 2007, I sent a copy of the above by first class mail to the following:

Edward J. Bertozzi, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Jason D. Monzack
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, R.I. 02910

Leonard DePasquale, AUST
Office of the U.S. Trustee
10 Dorrance Street
Providence, R.I. 02903

Harold F. Chorney

HAROLD F. CHORNEY