EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND

In Re:

CUMBERLAND INVESTMENT CORPORATION Case No. 89-11051-ANV

Debtor

# FINAL APPLICATION OF FORMER CHAPTER 11 TRUSTEE, JOHN F. CULLEN, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE ARTHUR N. VOTOLATO, UNITED STATES BANKRUPTCY JUDGE:

The Application of John F. Cullen, Former Chapter 11 Trustee ("Applicant" or "Trustee") for the Estate of Cumberland Investment Corporation ("Debtor"), for the allowance of compensation and reimbursement of expenses from the period August 15, 1990 through May 24, 1994, (the "Application") represents:

1. On December 6, 1989, Cumberland Investment Corporation commenced these proceedings under Chapter 11 of the Bankruptcy Code.

2. The Applicant, John F. Cullen, was appointed Chapter 11 Trustee on August 15, 1990.

3. Pursuant to the post Petition Financing Agreement between the Trustee and Eastland Bank and this Court's Order Authorizing Borrowing Pursuant to §§326 and 330 of the Code, Trustee requests herein a final allowance for services rendered as Chapter 11 Trustee.

4. Applicant seeks and allowance in the sum of Eighty Eight Thousand Eight One and 78/100 ($88,081.78) Dollars for professional services rendered from August 15, 1990 through May 24, 1994, and reimbursement of actual and necessary

costs and expenses incurred in the amount of Two Thousand Nine Hundred Forty Seven and 55/100 ($2,947.55) Dollars. Summaries of Applicant's time and disbursements are annexed hereto as Exhibit A and B.

5. All of the professional services for which compensation is requested by the Applicant were rendered in connection with this case and on behalf of the estate in discharge of Applicant's professional responsibility.

6. Applicant maintains detailed records of the professional services rendered herein, which records were made concurrently with rendition thereof.

## THE FIRM

7. During the period of appointment as Chapter 11 Trustee, the Applicant maintained its offices at the Charlestown Navy Yard, Shipway Place, Boston, MA. The members of the firm have vast experience in the handling of bankruptcy and insolvency cases and commercial litigation.

8. Applicant has acted in a professional capacity in hundreds of out of court insolvency cases and cases under the various Chapters of the Bankruptcy Code either as an attorney for debtors, creditors, creditor's committees, or as a trustee for the estate.

## DESCRIPTION OF GENERAL SERVICES RENDERED

9. From and after the date of appointment, the Applicant acting as Trustee, actively engaged in preserving the property of the Debtor and the estate, inquiring into the Debtor's business and financial affairs, transactions, and relationships in an attempt to secure such property, and otherwise administer the estate in compliance with statutory duties imposed by law. A more detailed narrative of the services rendered is set forth below.

10. Upon appointment, the Applicant met with the Debtor, officials of Eastland Bank and their counsel, and engaged various professionals to assist in the orderly administration of the Debtor's estate.

11. A major problem confronting the Applicant was securing and valuing the large volume of rare coins, stamps, domestic and foreign currency, and miscellaneous items being held by the Debtor. The Applicant coordinated the transfer of the Debtor's assets to a vault at Eastland Bank. In order to maintain



E-213

security, the Applicant coordinated with local and state police officials, a private security agency, as well as, bank officials and employees to transport the assets in three armored cars. Additionally, the Applicant utilized three video and still photographers, as well as a stenographer, each of whom assisted the Trustee in keeping detailed records memorializing the transfer of estate assets.

12. The Applicant also coordinated two other transfers of estate assets in the same manner above-described.

13. The Applicant discovered that a portion of the Debtor's coin inventory was located in Winchester, Indiana. The Trustee traveled to Indiana and met with bank officials for the purpose of determining the nature and extent of said inventory and to secure the same.

14. The Applicant's investigation into the existence of real and possible estate assets involved lengthy discussions with potential witnesses and the tracing of records and financial materials from New England to California.

15. The Applicant also established procedures to deal with the voluminous records for other agencies who had an interest in estate assets and to effectuate all orders of this Court.

16. The Applicant investigated and communicated with dozens of creditors nationwide, concerning redemption coins and other financial transactions, who had dealings with the Debtor prior to bankruptcy.

17. After the Applicant established security and inventory control of estate assets, the Applicant spent considerable time meeting with bank officials and various professionals involved in the case for the purpose of developing a coordinated plan to liquidate the Debtor's assets at maximum value for creditors. Additionally, the Applicant investigated the recovery of other assets in which the estate may have had an interest. Finally, the Applicant engaged local counsel for the review and preparation of necessary pleadings. Furthermore, the Applicant personally appeared before this Court on numerous occasions to address the myriad issues involved in this case.



E-214

## PREVIOUS AWARDS OF COMPENSATION

18. On December 3, 1990, the Applicant filed an Interim Application for Compensation, as well as, the instant Application; however, the Applicant has yet to receive any compensation in this case.

## REQUEST FOR COMPENSATION

19. The foregoing recital very briefly describes the highlights of the professional services rendered by the Applicant in this case for the periods between August 15, 1990 through May 24, 1994.

20. The Applicant expended a total number of 442.69 hours for the periods August 15, 1990 through May 24, 1994 as further described in Exhibits A and B. Such time was necessary in order for the Applicant to discharge his duties and obligations to the estate and this Court. Applicant seeks fees for the time and expenses expended in the total amount of Eighty Eight Thousand Eighty One and 78/100 ($88,081.78) Dollars.

21. No agreement, nor understanding, exists between the Applicant and any other persons for the sharing of compensation which may be received pursuant to this Application. No agreement nor understanding has been or will be entered into for the purpose of fixing fees or other compensation to be paid to any other attorney or any other professional person employed by any other party in interest herein, to any other party, or any person for services rendered in connection therewith from the assets of the estate, contrary to the provisions of the Bankruptcy Code.

22. Applicant submits that the compensation requested herein is reasonable based upon the time, nature, extent, probable outcome and difficulty of the services rendered in connection with the instant case. Applicant further submits that the reimbursement of expenses requested herein are for actual and necessary expenses required under the circumstances. Applicant respectfully submits that the costs of services rendered for and on behalf of the estate is comparable to the costs of similar services in matters other than the Bankruptcy Code.

WHEREFORE, Applicant respectfully requests the Court to allow compensation for duly authorized, necessary and valuable services rendered and actual costs and expenses incurred herein in the sum of Eighty Eight Thousand Eighty One and 78/100 ($88,081.78) Dollars, as set forth in Exhibits A and B annexed hereto; and for such other and further relief as may be appropriate under the circumstances.



E-215

Respectfully submitted this 26th day of October 2007.

Respectfully submitted,

*/s/ John F. Cullen*

John F. Cullen, Esquire (bma02430)
Law Offices of John F. Cullen, P.C.
17 Accord Park Drive, Ste. 103
Norwell, MA 02061
Telephone: (781) 982-1141
Facsimile: (781) 982-1143
Email: jack@cullenbklaw.com

**CERTIFICATE OF SERVICE**

I, John F. Cullen, hereby certify that on this the 26th day of October, 2007 have served the **Final Application of Former Chapter 11 Trustee for Compensation and Reimbursement of Expenses** by causing a copy of the same to be delivered either electronically to the following registered parties:

(SEE ATTACHED SERVICE LIST)

Date: *10/26/2007*

*/s/John F. Cullen*
John F. Cullen



E-216

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT

FOR THE

DISTRICT OF RHODE ISLAND

In Re:

Cumberland Investment Corp.

Debtor

Chapter 11
Case No. 89-11051ANV

ɔr professional services rendered through November 1, 1990:

| DATE | SERVICES PERFORMED | HOURS | |
|---|---|---|---|
| 08/15/90 | Meeting at 141 Main Street, Woonsocket, RI, with debtors and Eastland Bank Officials. | 7.00 | JFC |
| 08/15/90 | Meeting at the U.S. Trustee's office. Debriefing on my appointment as Chapter 11 Trustee; Telephone conferences with the Examiner's Counsel, Bank Counsel and LCF; Set up 4:30 meeting on 141 Main Street, Woonsocket, RI with Jack Doherty, Senior Vice President of Eastland Bank. | 4.00 | JFC |
| 08/16/90 | Telephone conference with Bank Counsel. | 0.50 | JFC |
| 08/16/90 | Telephone conference with Counsel. | 0.50 | JFC |
| 08/16/90 | Telephone conference with creditor. | 0.50 | JFC |
| 08/16/90 | Telephone conference with Examiner. | 0.50 | JFC |
| 08/16/90 | Notification to Counsel of the Hearing. | 0.70 | JFC |
| 08/16/90 | Draft pleading to remove debtor from premises. | 1.50 | JFC |
| 08/16/90 | Telephone conference with Clerk's Office. | 0.30 | JFC |
| 08/16/90 | Telephone conference with his counsel. | 0.50 | JFC |
| 08/17/90 | Office conference with Examiner Michael Weingarten re: update of Chapter 11 proceeding. | 2.15 | ROR |
| 08/17/90 | Attend hearing before Judge Votolato on removal of the debtor from the premises. | 4.50 | JFC |
| 08/17/90 | Conferences with Lee Blais, Jack Doherty and Peter Furness re: planning removal of assets. | 2.00 | JFC |
| 08/17/90 | Removal of coins from Cumberland Investment Corp. with three armored cars, 15 policemen, five security people, Jack Doherty, Senior Vice President of Eastland Bank, Mike Weingarten, | 17.50 | JFC |

E-218

| | | | |
|---|---|---|---|
| | three video men, three still photographers, stenographer and LCF. | | |
| 08/17/90 | Review and prepare pleadings and documents received from court. | 1.00 | DLG |
| 08/17/90 | Meeting with bank officials on how to handle assets - decision made to remove the coins. | 2.00 | JFC |
| 08/20/90 | Meeting with Bank's Counsel, Jack Doherty, Jayne Park and Mike Weingarten re: budget necessary to get the coins sold. | 3.50 | JFC |
| 08/20/90 | Draft proposed 365 motion to allow mail to be rerouted. | 3.00 | JFC |
| 08/20/90 | Attend hearing before Judge Votolato to remove debtor. Trustee withdrew motion. Motion to have mail rerouted allowed. | 1.30 | JFC |
| 08/20/90 | Prepare for hearing. | 1.70 | JFC |
| 08/20/90 | Conference with Attorney Oster re: Trustee's plans. | 0.50 | JFC |
| 08/20/90 | Drafting and submitting motions and orders: 1) Redirect mail. 2) Employment of Mike Weingarten to continue as Examiner. | 1.50 | JFC |
| 08/21/90 | Meeting with Bob Long, LCF re: how to handle Thursday's movement. | 0.80 | JFC |
| 08/21/90 | Telephone conference with Jack Doherty, Eastland Bank, re: bank issues, bond and expenses. | 1.00 | JFC |
| 08/21/90 | Meeting with Michael Weingarten re: to go over budget for the inventory of the coins and stamps. | 1.30 | JFC |
| 08/21/90 | Telephone conference with Patti and Kate Downing, U.S.Trustee's Office, re: asset recovery plan; debriefing on case status. | 0.80 | JFC |
| 08/21/90 | Telephone conference with debtor's counsel re: Waiver of Attorney Client Privilege. | 1.00 | JFC |
| 08/21/90 | Telephone conference with Bobby Carey and Bob Long re: asset recovery plan. | 0.30 | JFC |
| 08/21/90 | Meeting with Attorney Nader re: Affidavit on bank account. | 0.75 | JFC |
| 08/21/90 | Office conference with Attorney Cullen re: status of case. | 0.75 | GJN |
| 08/22/90 | Five telephone conferences with Bank's Counsel re: bank's support of the Trustee. | 0.30 | JFC |
| 08/22/90 | Review legal pleadings in the case from the United States Trustee's Office and others. | 1.00 | JFC |
| 08/22/90 | Draft budget of coin inventory. | 1.00 | JFC |
| 08/22/90 | Telephone conference with re: fax from Princeton, NJ, Counsel, on Mr. Manter. | 0.30 | JFC |
| 08/22/90 | Two telephone conferences with Mike Weingarten | 0.30 | JFC |

E-219

| | | | |
|---|---|---|---|
| | on fee. | | |
| 08/23/90 | Travel to Woonsocket, RI. | 1.00 | JFC |
| 08/23/90 | Meeting in Woonsocket, RI, on assignments for coin and stamp removal from 325 Main Main Street, Woonsocket, RI; Meeting with Mike Weingarten and associates re: coordinate armored cars, local security people; Two trips to Eastland Bank, Cranston, Rhode Island. | 8.50 | JFC |
| 08/23/90 | Attend hearing before Judge Votolato. | 3.00 | JFC |
| 08/23/90 | Meeting with Jack Doherty, Jayne Park, Mike Winegarten and Associate on 364 Order reviewing budget and removal of merchandise. | 4.00 | JFC |
| 08/24/90 | Telephone conference with Evans Carter, Esq., Special Counsel to Trustee. | 0.80 | JFC |
| 08/24/90 | Telephone conference with Susan Foley of Ohio re: her father's investment. | 0.80 | JFC |
| 08/24/90 | Telephone conference with Mike Weingarten re: telephone service problems on Cumberland Investment Co. | 0.50 | JFC |
| 08/24/90 | 7 calls from creditors of Cumberland Investment Co. | 1.25 | JFC |
| 08/30/90 | Telephone conference with Mike Weingarten re: contempt procedures. | 1.70 | JFC |
| 08/31/90 | Telephone conference with Mike Weingarten re: selecting high value coins for sale and other administration problems and Inventory of bank vault assets. | 1.20 | JFC |
| 08/31/90 | Telephone conference with Ed Bertozzi re: answering service and motion to sell certain Greek and Roman coin and stamp collections. | 0.80 | JFC |
| 08/31/90 | Telephone conference with creditor from Ohio. | 0.20 | JFC |
| 09/04/90 | Telephone conference with LCF, Lee Blais re: Thursday night meeting on asset search. | 0.50 | JFC |
| 09/04/90 | Telephone conference with Charlotte Ferris re: application for Attorney by Chorney. | 0.20 | DLG |
| 09/05/90 | Attend meeting at Eastland Bank, Cranston, RI with Mike Weingarten, an assosicate and Paul McCarthy. | 3.00 | JFC |
| 09/05/90 | Meeting with Mike Weingarten and Attorney Resnick re: sale of assets and problems with the case. | 2.50 | JFC |
| 09/05/90 | Meeting with Trustee and Michael Weingarten re: sale of assets. | 2.50 | ROR |
| 09/05/90 | Follow-up investigation on assets missing. Meeting with sources. | 3.00 | JFC |
| 09/06/90 | Meeting at LCF with all parties of concern on probe and the direction it should take. | 5.50 | JFC |

E-220

| | | | |
|---|---|---|---|
| 09/07/90 | Review and organize files and documents. | 2.50 | DLG |
| 09/11/90 | Telephone conference with Lee Blais re: removal of coins from Woosocket and furniture from 141 Main Street. | 1.20 | JFC |
| 09/13/90 | Telephone conference with LFC re: progress of investigation and movement of coins. | 0.70 | JFC |
| 09/13/90 | Meeting at UST Office with Patti Centorelli and telephone conference with Judge Votolato. | 1.20 | JFC |
| 09/17/90 | Telephone conference with AT&T, Ken Joseph, re: telephone equipment, fax machine. | 0.20 | JFC |
| 09/17/90 | Background work on Harold Chorney. | 1.70 | JFC |
| 09/17/90 | Telephone conference with Jack Doherty, Eastland Bank re: Thursday's move of money. | 0.50 | JFC |
| 09/17/90 | Telephone conference with Robert Jones. | 0.50 | JFC |
| 09/17/90 | Telephone conference with Mike Weingarten re: United States Trustee update. | 0.80 | JFC |
| 09/17/90 | Examine the Boston connections of Cumberland Investment Corporation. | 2.20 | JFC |
| 09/17/90 | Office conference with Trustee re: borrowing order. | 0.20 | ROR |
| 09/19/90 | Telephone conference with John Dion, Woonsocket, Rhode Island re: movement of the coins to Cranston. | 1.10 | JFC |
| 09/19/90 | Two telephone conferences with Attorney Weick in Rhode Island re: Indianapolis Bank re: coins and documents. | 0.40 | JFC |
| 09/20/90 | Meeting with Eastland Bank in Cranston, Rhode Island re: remaining coins in the safe. | 3.80 | JFC |
| 09/20/90 | Meeting with Peter Forness and Jack Doherty in Providence, Rhode Island. | 5.00 | JFC |
| 09/20/90 | Meeting in Cranston, Rhode Island re: movement of coins and Meeting with Woonsocket Police Department re: same. | 3.50 | JFC |
| 09/21/90 | Telephone conference with creditor Kent Allison re: case status. | 0.40 | JFC |
| 09/24/90 | Telephone conference with creditor. | 0.10 | JFC |
| 09/24/90 | Meeting with Pierre and Michael Moore of LCF Associates re: going to Cranston, Rhode Island re: inventory of safe. | 0.50 | JFC |
| 09/25/90 | Telephone conference with State Street Bank re: deposit box. | 0.20 | JFC |
| 09/25/90 | Telephone conference with Attorney Weick in Rhode Island re: Bank. | 0.30 | JFC |
| 09/25/90 | Telephone conference with Richard Smakousky, creditor. | 0.20 | JFC |
| 09/25/90 | Telephone conference with Smith and Aubin re: rent on premises on Main Street. | 0.40 | JFC |

E-221

| | | | |
|---|---|---|---|
| 09/25/90 | Telephone conference with LCF Associates, Bob Long and Lee Blais re: security of vault and investigation. | 0.40 | JFC |
| 09/26/90 | Review of pleadings and letters from investors. | 1.50 | JFC |
| 09/27/90 | Telephone conference with Andrea Corcoran re: 2004 exams; open and review mail and set up files. | 1.00 | DLG |
| 09/28/90 | Review 11 U.S.C. 364 motion of Eastland Bank. | 0.80 | ROR |
| 10/01/90 | Attend meeting at LCF Associates, Inc. with Attorney Cullen, Kate Downing, IRS, and U.S. Attorneys re: case procedures and status. | 5.50 | DLG |
| 10/01/90 | Telephone conference with Attorney Bertozzi. | 0.90 | ROR |
| 10/01/90 | Review Eastland Bank borrowing order. | 1.00 | ROR |
| 10/01/90 | Meeting at LCF Associates, Inc. with Denise Gallo, Kate Downing, IRS, and US Attorneys re: procedures and status. | 5.50 | JFC |
| 10/02/90 | Telephone conference with Attorney Bertozzi re: motion to turnover meeting with Eastland re: borrowing order. | 0.40 | ROR |
| 10/03/90 | Telephone conference with Mike Weingarten re: preparing for meeting on borrowing order. | 0.40 | ROR |
| 10/03/90 | Conference call with Attorney Bertozzi and Attorney Furness re: resolving borrowing order. | 0.70 | ROR |
| 10/04/90 | Attend meeting at Eastland Bank with Attorneys Bertozzi, Furness and Resnick, Jack Dougherty and Michael Weingarten re: borrowing order to fund liquidation of coins, stamps and other assets; employment of professionals and methods of liquidation. | 7.00 | JFC |
| 10/04/90 | Attend meeting at Eastland Bank with Attorneys Bertozzi, Furness and Cullen, Jack Dougherty and Michael Weingarten re: borrowing order to fund liquidation of coins, stamps and other assets; employment of professionals and methods of liquidation. | 7.00 | ROR |
| 10/04/90 | Telephone conference with Jerry Ancel's secretary re: travel arrangements to Indianapolis. | 0.10 | DLG |
| 10/05/90 | Telephone conference with Ancel's secretary re: itinerary for Indianapolis business trip. | 0.10 | DLG |
| 10/05/90 | Telephone conferences with Hotel and rental agencies re: Indianapolis business trip. | 0.30 | DLG |
| 10/06/90 | Review records and files and draft ledger of creditors in the case. | 3.00 | JFC |
| 10/09/90 | Travel from Boston to Indianapolis. | 5.00 | JFC |
| 10/09/90 | Meeting at People's Bank in Winchester, Indiana with Dean Edwards, Vice President re: review | 3.00 | JFC |

E-222

| | | | |
|---|---|---|---|
| | loan file, review of transaction checks, review of coins. | | |
| 10/09/90 | Travel from Indianapolis to Winchester, Indiana and return. | 4.00 | JFC |
| 10/09/90 | Meeting with Attorney Jerry Ancel, bank's counsel re: loan to Hal Chorney. | 2.00 | JFC |
| 10/09/90 | Travel to Indianapolis and attend meetings throughout the day with Jerry Ancel and Dale Edwards re: loans to Hal Chorney and view of coints in vault. | 14.50 | DLG |
| 10/10/90 | In Indianapolis, preparation for meeting with bank's counsel. | 3.00 | JFC |
| 10/10/90 | Meeting with Jerry Ancel and Dean Edwards, Vice President of People's Bank. | 1.50 | JFC |
| 10/10/90 | Meeting at the United states Attorney's office at the court in Indianapolis. | 1.75 | JFC |
| 10/10/90 | Review court records on Martin case at court in Indianapolis. | 1.75 | JFC |
| 10/10/90 | Travel time back to Boston via Delta Airlines. | 7.00 | JFC |
| 10/10/90 | Attend meetings with Jerry Ancel and Dean Edwards re: Hal Chorney loan and Meeting at U.S. Attorney's office re: court documents. | 13.00 | DLG |
| 10/11/90 | Telephone conference with Mike Weingarten re: sale of coins in vault in Indiana. | 0.90 | JFC |
| 10/11/90 | Review motions from Attorney Bertozzi re: allowing the Trustee to sell. | 1.00 | JFC |
| 10/12/90 | Telephone conference with Attorney Bertozzi re: motion to sell, employment of LCF and application for 506(c) expenses. | 0.90 | JFC |
| 10/12/90 | Telephone conference with Aubin in Rhode Island. | 0.10 | JFC |
| 10/12/90 | Telephone conference regarding the redemption creditors. | 0.30 | JFC |
| 10/12/90 | Review and revise post petition borrowing order. | 1.20 | ROR |
| 10/12/90 | Review of records re: tracing of assets. | 1.50 | JFC |
| 10/12/90 | Office conference with Trustee re: revising borrowing order. | 0.40 | ROR |
| 10/13/90 | Research re: background of debtor and history of case. | 2.50 | JFC |
| 10/13/90 | Review of records and letters from creditors, preparing a ledger of all letters received by creditors. | 3.00 | JFC |
| 10/17/90 | Review post petition financing agreement. | 0.50 | ROR |
| 10/19/90 | Draft and mail letter and correspondence to LCF Associates re: appraisers. | 0.30 | DLG |
| 10/20/90 | Review, mail and set up filing systems for pleadings, correspondence, creditor claims and related matters. | 5.00 | DLG |

| | | | |
|---|---|---|---|
| 10/24/90 | Two telephone conferences with Attorney Bertozzi re: financing agreement and expenses to date. | 0.40 | ROR |
| TOTAL HOURS | | 244.90 | |

FEES:

| | | | | |
|---|---|---|---|---|
| Denise Gallo | - | 43.50 Hrs @ | $45.00 per hour | $1,957.50 |
| George J. Nader | - | 0.75 Hrs @ | $130.00 per hour | $97.50 |
| John F. Cullen | - | 182.10 Hrs @ | $210.00 per hour | $38,241.00 |
| Robert Owen Resnick | - | 18.55 Hrs @ | $175.00 per hour | $3,246.25 |
| TOTAL FEES: | | | | $43,542.25 |

EXPENSES:

| | | |
|---|---|---|
| Copy Expenses | $70.50 | |
| Long Distance | $150.00 | |
| Mileage/Parking | $197.15 | |
| Postage | $2.40 | |
| Travel Expenses | $2,500.00 | |
| Express mail | $27.50 | |
| | | $2,947.55 |
| Total Bill Amount | | $46,489.80 |
| Balance Forward | | $0.00 |
| Available Credit | | $0.00 |
| TOTAL AMOUNT DUE | | $46,489.80 |

E-224

# EXHIBIT "B"

John F. Cullen, Esquire
Law Offices of John F. Cullen, P.C.
17 Accord Park Drive, Ste. 103
Norwell, MA 02061

Invoice submitted to:
Cumberland Farms Investment Corp.

October 26, 2007

Invoice # 10438

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/24/1990 | BALANCE CARRIED FORWARD FROM INTERIM APPLICATION OF JOHN F. CULLEN, FORMER CHAPTER 11 TRUSTEE (SEE EXHIBIT A) | 244.90<br>189.83/hr | 46,489.37 |
| 10/25/1990 | Review Court decision on Motion to Examine Boyajian; Conference with Bertozzi, Furness and Weingarten. | 0.83<br>210.00/hr | 175.00 |
| 10/26/1990 | Conference, Meetings with Furness and Bertozzi re: filing motion; Conference with Bertozzi and Weingarten re: bond financing. | 1.00<br>210.00/hr | 210.00 |
| 10/29/1990 | Conference with Bertozzii and Weingarten re: letters to Furness on financing consent; Review Chorney statement of issues on appeal. | 0.83<br>210.00/hr | 175.00 |
| 11/1/1990 | Preparation with Bertozzi re: Motion for 2004 Examination. | 1.83<br>210.00/hr | 385.00 |
| | Review letters from redemption coin claimants; Conference with Bertozzi, Weingarten and Furness re: financing; Follow-up with Bertozzi re: coin holder claimants. | 1.17<br>210.00/hr | 245.00 |
| | Review of letter for redemption coin claimant and letter to attorneys; Review Smith Deposition Notice; Review Orders on sale. | 0.50<br>210.00/hr | 105.00 |
| 11/2/1990 | Conference with redemption coin holder claimants and attorneys; Conference with and letters to Weingarten, Furness and Bertozzi; Review Chorney objection to financing, and prepare for hearing. | 2.00<br>210.00/hr | 420.00 |
| 11/5/1990 | Telephone conference with Bertozzi re: obtaining Court Order. | 0.25<br>210.00/hr | 52.50 |

F-226

Cumberland Farms Investment Corp. Page 2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/1990 | Conference with Bertozzi, Furness and Weingaretn re: financing order. | 0.83<br>210.00/hr | 175.00 |
| 11/6/1990 | Conference with Bertozzi, Weingarten and Furness re: Trustee's duties regarding financing and attention to expense list. | 0.83<br>210.00/hr | 175.00 |
| 11/7/1990 | Conference with Bertozzi, Furness & Bankruptcy Court Clerk re: administration of duties; Review of Affidavits and Rule 2004 Order. | 1.25<br>210.00/hr | 262.50 |
| 11/8/1990 | Review claimants' letters and response; Conference with Bertozzi and Weingarten; Review Pre-Trial Stipulation on Eastland claim. | 0.83<br>210.00/hr | 175.00 |
| 11/9/1990 | Conference with Bertozzi, Furness and Weingarten. | 1.00<br>210.00/hr | 210.00 |
| 11/14/1990 | Conference with Bertozzi, Furness and Weingarten re: pending motions; Review Request for Hhearing and letter to Bankruptcy Court. | 2.00<br>210.00/hr | 420.00 |
| 11/15/1990 | Conference with Bertozzi re: conversation with Weick concerning coin sale. | 0.42<br>210.00/hr | 87.50 |
| 11/16/1990 | Conference with Bertozzi re: Boyajian, redemption of coins and bond. | 0.83<br>210.00/hr | 175.00 |
| 11/19/1990 | Telephone conference with Bertozzi re: Rule 2004 examination. | 1.00<br>210.00/hr | 210.00 |
| | Telephone conference with Bertozzi re: conversation with Hershel Smith. | 0.25<br>210.00/hr | 52.50 |
| 11/20/1990 | Conference with Weingarten and Bertozzi re: Motion to Sell. | 0.83<br>210.00/hr | 175.00 |
| 11/21/1990 | Conference with Bertozzi re: status update and drafting of Request for Hearing. | 0.50<br>210.00/hr | 105.00 |
| 11/23/1990 | Review letters from Furness on coins and real estate. | 0.15<br>210.00/hr | 31.50 |
| 11/27/1990 | Review Notices; Work with Bertozzi in preparation for Pre-Trial Order; Prepare for hearing. | 1.00<br>210.00/hr | 210.00 |
| 11/28/1990 | Conference with Bertozzi and Weingarten re: drafting of pre-trial order; Preparation for pre-trial; Conference with Bertozzi re: negotiations with Attorney Oster on Pre-Trial Order. | 1.50<br>210.00/hr | 315.00 |
| 11/29/1990 | Preparation for hearing; Conference with Bertozzi, Weick and McGowan; Attend hearing on financing, negotiations and possible agreement with Weick. | 3.00<br>210.00/hr | 630.00 |
| 11/30/1990 | Review Eastland brief with Bertozzi; Conference with Hollis; Preparation of financing order. | 1.67<br>210.00/hr | 350.00 |

E-227

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/1990 | Conference with Bertozzi, Oster, Smith, Chorney and Weick; Attend meeting on negotiations with Deluca and Oster. | 2.50<br>210.00/hr | 525.00 |
| | Conference with Bertozzi re: his conversation with DeLuca, Oster, and Smith regarding revision of order. | 1.00<br>210.00/hr | 210.00 |
| 12/4/1990 | Conference with Bertozzi, DeLuca and McGowan re: Order; Conference with Bertozzi re: sales. | 1.00<br>210.00/hr | 210.00 |
| 12/5/1990 | Review order with Bertozzi. | 0.67<br>210.00/hr | 140.00 |
| 12/6/1990 | Reviewing Furness letters; conference with Bertozzi re: landlord claim and discussions with attorneys. | 0.75<br>210.00/hr | 157.50 |
| 12/7/1990 | Conference with Bertozzi re: antique coins and auction. | 0.67<br>210.00/hr | 140.00 |
| 12/11/1990 | Conference with Bertozzi and attorneys re: Court Order and sale of coins. | 1.00<br>210.00/hr | 210.00 |
| 12/12/1990 | Conference with Bertozzi re: status update; Draft letter to J. Votolato on financing order. | 0.83<br>210.00/hr | 175.00 |
| 12/13/1990 | Review redemption notice; Review letters from Oster and Weingarten on list of redemption coin claimants; Obtain financing order entry. | 1.00<br>210.00/hr | 210.00 |
| 12/14/1990 | Review Chorney program on sale of coins; Review letters to attorneys; Review payroll records; Conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 12/16/1990 | Meeting with Bertozzi and Furness re: sales; Conference with attorneys re: People's coins. | 2.50<br>210.00/hr | 525.00 |
| 12/18/1990 | Conference with Bertozzi re: redemption of coins. | 0.20<br>210.00/hr | 42.00 |
| 12/19/1990 | Conference with Bertozzi, Weingarten and attorneys re: sale of coins and financing agreement. | 1.00<br>210.00/hr | 210.00 |
| 12/20/1990 | Conferences with attorneys re: People's Bank on sales. | 3.50<br>210.00/hr | 735.00 |
| 12/21/1990 | Review and work on Response to letters from redemption claimants with Bertozzi; Conference with attorneys. | 1.00<br>210.00/hr | 210.00 |
| 12/24/1990 | Conference with Bertozzi and Weingarten re: Motions to Sell and application by Weingarten. | 2.50<br>210.00/hr | 525.00 |
| 12/26/1990 | Telephone conference with Bertozzi and Furness re: Manter deposition. | 1.25<br>210.00/hr | 262.50 |

E-228

Cumberland Farms Investment Corp. 

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/26/1990 | Conference with Bertozzi and Weingarten re: Motions to Reduce Time and revise Motions to Sell and accompanying letters. | 2.00<br>210.00/hr | 420.00 |
| 12/27/1990 | Conference with Bertozzi re: coin sales and grading. | 0.50<br>210.00/hr | 105.00 |
| 12/28/1990 | Conference with Betrozzi and Weingarten re: coin grading and sales. | 0.80<br>210.00/hr | 168.00 |
| 12/31/1990 | Review of Smith letter; Work on draft response with Bertozzi. | 0.25<br>210.00/hr | 52.50 |
| 1/2/1991 | Review Notices of Deposition; Conference with Bertozzi re: hearing of sale. | 1.00<br>210.00/hr | 210.00 |
| 1/3/1991 | Review Chorney objections; Conference with Bertozzi and attorneys re: redemption coin claimants. | 0.75<br>210.00/hr | 157.50 |
| 1/4/1991 | Review objections; Conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 1/5/1991 | Research legal issues with Bertozzi; Prepare for hearing on Motions to Sell. | 3.00<br>210.00/hr | 630.00 |
| 1/6/1991 | Research legal issues on Trustee sale with Bertozzi and prepare for hearing. | 2.50<br>210.00/hr | 525.00 |
| 1/7/1991 | Prepare for hearing on Trustee's Motion to Sell; and Conference with attorneys. | 3.00<br>210.00/hr | 630.00 |
| 1/9/1991 | Conference with Bertozzi re: letter to Posner. | 0.50<br>210.00/hr | 105.00 |
| 1/12/1991 | Review People's bank documents and research legal issues with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 1/14/1991 | Conference with Bertozzi and Furness on Eastland claim. | 0.25<br>210.00/hr | 52.50 |
| 1/15/1991 | Conference with Bertozzi and Weingarten re: sales, redemption of coins; Conference with Bertozzi on possible settlement with Eastland. | 2.50<br>210.00/hr | 525.00 |
| 1/16/1991 | Review pleadings on contempt hearing, McGowan motion and research issues. | 1.25<br>210.00/hr | 262.50 |
| 1/17/1991 | Meeting at Bankruptcy Court with Furness and Smith; Conference with McGowan on redemption coin settlement; Review pre-trial stipulations. | 1.00<br>210.00/hr | 210.00 |
| 1/18/1991 | Review People's proof of claim; Conference with Bertozzi and Weingarten on grading and financing order. | 0.75<br>210.00/hr | 157.50 |

E-229

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/24/1991 | Conference with Bertozzi re: People's coin sale and supplementary order. | 1.00<br>210.00/hr | 210.00 |
| 1/28/1991 | Review redemption claimant list and filings by Chorney. | 0.25<br>210.00/hr | 52.50 |
| 1/30/1991 | Conference with Bertozzi and Weingarten re: sales. | 1.00<br>210.00/hr | 210.00 |
| 2/6/1991 | Meeting with Bertozzi and Weingarten re: sales, auctions and marketing. | 1.50<br>210.00/hr | 315.00 |
| 2/7/1991 | Meeting with Bertozzi re: investigation; Meeting with Judge Votolato and Bertozzi re: Trustee bond. | 1.00<br>210.00/hr | 210.00 |
| 2/14/1991 | Conference with Bertozzi and Smith re: Christie auction; Review agreement on People's sale. | 1.50<br>210.00/hr | 315.00 |
| 2/15/1991 | Conference with Bertozzi re: his conversation with Attorney Carr on redemption of coins. | 0.25<br>210.00/hr | 52.50 |
| 2/18/1991 | Review Chorney's objection to payment; Review creditor's committee Motion for Redemption. | 1.00<br>210.00/hr | 210.00 |
| 2/19/1991 | Conference with Bertozzi on People's sale. | 0.50<br>210.00/hr | 105.00 |
| 2/25/1991 | Conference with Bertozzi on People's sale and redemption coin issues. | 0.50<br>210.00/hr | 105.00 |
| 2/26/1991 | Review Court Orders and applications; Conference with Bertozzi on coin sales. | 0.75<br>210.00/hr | 157.50 |
| 2/27/1991 | Conference with Bertozzi re: People's sale re: possible settlement with McGowan. | 1.00<br>210.00/hr | 210.00 |
| 2/28/1991 | Conference with Bertozzi re: settlement. | 0.75<br>210.00/hr | 157.50 |
| 3/1/1991 | Conference with Bertozzi and Furness re: settlement and sales. | 1.00<br>210.00/hr | 210.00 |
| 3/4/1991 | Conference with Bertozzi on coin liquidation. | 0.25<br>210.00/hr | 52.50 |
| 3/5/1991 | Review Weingarten report and sales plan; Prepare for meeting with Bertozzi. | 3.00<br>210.00/hr | 630.00 |
| | Meeting with Bertozzi on Christie sale. | 0.50<br>210.00/hr | 105.00 |

E-230

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/6/1991 | Review Christie's agreement; Meeting with Bertozzi on Chorney claims. | 2.00<br>210.00/hr | 420.00 |
| 3/7/1991 | Meeting with Bertozzi and Weingarten on sales and turnover. | 2.00<br>210.00/hr | 420.00 |
| 3/8/1991 | Review motion and prepare exhibits; Auctioneer agreement; Conference with Bertozzi | 2.50<br>210.00/hr | 525.00 |
| | Review contract and discuss modifications and possible revisions with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 3/11/1991 | Conference with Bertozzi and Weingarten re: auction contracts. | 0.50<br>210.00/hr | 105.00 |
| 3/13/1991 | Conference with Bertozzi re: auction. | 0.50<br>210.00/hr | 105.00 |
| 3/14/1991 | Conference with Bertozzi re: court action on motions. | 0.25<br>210.00/hr | 52.50 |
| 3/18/1991 | Review Miller claim on coin sale; Conference with attorneys. | 0.50<br>210.00/hr | 105.00 |
| 3/19/1991 | Conference with Bertozzi on sales and report. | 0.25<br>210.00/hr | 52.50 |
| 3/22/1991 | Review memos for Judge Pettine. | 0.50<br>210.00/hr | 105.00 |
| 3/29/1991 | Telephone conference with Bertozzi re: Christie auction. | 0.25<br>210.00/hr | 52.50 |
| | Conference with Bertozzi re: objections. | 0.75<br>210.00/hr | 157.50 |
| 3/30/1991 | Review and prepare for Smith deposition; Review appellate proceedings. | 0.50<br>210.00/hr | 105.00 |
| 4/1/1991 | Review objections to sales; Conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 4/2/1991 | Review documents on stamps and coins. | 0.25<br>210.00/hr | 52.50 |
| 4/8/1991 | Conference with Bertozzi re: sales and records. | 0.25<br>210.00/hr | 52.50 |
| 4/9/1991 | Conference with Bertozzi and Weingarten re: objections to sales. | 0.50<br>210.00/hr | 105.00 |

E-231

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/10/1991 | Conference with Furness and Bertozzi re: collection issues and appeals. | 0.50<br>210.00/hr | 105.00 |
| 4/11/1991 | Review Wieck motion. | 0.25<br>210.00/hr | 52.50 |
| 4/12/1991 | Review Eastland's appellate brief; Draft joinder with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 4/16/1991 | Review of brief and Chorney appeal. | 0.25<br>210.00/hr | 52.50 |
| 4/19/1991 | Review examiner's report; Draft motion under seal with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 4/22/1991 | Review Eastland's appeals brief; Conference with Bertozzi; Work on draft of Trustee's Motion to Join. | 2.50<br>210.00/hr | 525.00 |
| | Conference with Bertozzi and Weingarten re: depositions and appellate pleadings. | 1.50<br>210.00/hr | 315.00 |
| 4/23/1991 | Review appellate brief and conference with Bertozzi. | 1.00<br>210.00/hr | 210.00 |
| 5/8/1991 | Conference with Bertozzi re: People's coin sale. | 0.75<br>210.00/hr | 157.50 |
| 5/9/1991 | Conference with Bertozzi re: possible negotiations; Attend hearing. | 3.00<br>210.00/hr | 630.00 |
| 5/10/1991 | Conference with Bertozzi and Weingarten re: offer of sale. | 0.50<br>210.00/hr | 105.00 |
| | Telephone conference with Bertozzi re: People's draft motion for auction. | 2.00<br>210.00/hr | 420.00 |
| 5/13/1991 | Review Notice of Hearing on Motion to Sell. | 0.25<br>210.00/hr | 52.50 |
| 5/17/1991 | Conference with Bertozzi re: agreement on People's coin sale. | 0.25<br>210.00/hr | 52.50 |
| 5/20/1991 | Conference with Bertozzi re: Chorney settlement offer. | 0.50<br>210.00/hr | 105.00 |
| 5/22/1991 | Conference with Bertozzi re: People's coin sale and court order; Hearing at Bankruptcy Court on coin sale; Chorney's contempt motions. | 2.00<br>210.00/hr | 420.00 |
| 5/24/1991 | Review redemption coin inventory with Bertozzi. | 1.50<br>210.00/hr | 315.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/1991 | Conference with Bertozzi re: Silverstein settlement. | 0.25<br>210.00/hr | 52.50 |
| | Conference with Bertozzi re: redemption coin claimants. | 0.25<br>210.00/hr | 52.50 |
| 6/6/1991 | Meeting with Bertozzi and attorneys re: sales. | 1.50<br>210.00/hr | 315.00 |
| 6/12/1991 | Conference with Bertozzi on draft motion to pay and borrow. | 0.50<br>210.00/hr | 105.00 |
| 6/14/1991 | Conference with Bertozzi on court orders and credit union. | 0.50<br>210.00/hr | 105.00 |
| 6/17/1991 | Conference with Bertozzi re: sales procedure. | 0.50<br>210.00/hr | 105.00 |
| 7/10/1991 | Attend hearing on Shine fee application; Review Order on Chorney and notice of appeal. | 1.00<br>210.00/hr | 210.00 |
| 7/11/1991 | Conference with Bertozzi re: safe deposit boxes and review of pending motions. | 1.50<br>210.00/hr | 315.00 |
| 7/16/1991 | Conference with Bertozzi re: Manter sale. | 0.50<br>210.00/hr | 105.00 |
| 7/17/1991 | Meeting with Bertozzi re: redemption coin issues and possible McGowan settlement. | 0.50<br>210.00/hr | 105.00 |
| 7/18/1991 | Meeting with Bertozzi and attorneys re: sales; Attend hearing on objections. | 3.50<br>210.00/hr | 735.00 |
| 7/19/1991 | Conference with Bertozzi re: coins, safe deposit boxes; and Review case materials. | 1.00<br>210.00/hr | 210.00 |
| 7/22/1991 | Conference with Bertozzi re: negotiation on bulk sale and bid condition letter. | 2.00<br>210.00/hr | 420.00 |
| 7/23/1991 | Conference with Bertozzi re: Aubin hearing. | 1.00<br>210.00/hr | 210.00 |
| 7/24/1991 | Conference with Bertozzi re: Eastland issues. | 0.50<br>210.00/hr | 105.00 |
| 7/30/1991 | Meeting with Bertozzi re: liquidation of assets and settlement of coin claims. | 2.50<br>210.00/hr | 525.00 |
| 8/1/1991 | Meeting with Bertozzi and Smith re: Manter deal; Review Eastland proposal; Prepare objection to Chorney's recusal motion with Bertozzi. | 2.50<br>210.00/hr | 525.00 |

E-233

Cumberland Farms Investment Corp. 

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/2/1991 | Conference with Bertozzi re: recusal brief. | 0.50<br>210.00/hr | 105.00 |
| 8/5/1991 | Research recusal issues with Bertozzi; Prepare for Chorney hearing. | 1.50<br>210.00/hr | 315.00 |
| 8/6/1991 | Conference with Bertozzi and Silverstein on safe deposit box; Prepare for recusal hearing with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 8/7/1991 | Review draft of Rule 2004 Motion. | 0.50<br>210.00/hr | 105.00 |
| 8/9/1991 | Review Notice of Sale and Motion to Reduce Notice. | 0.25<br>210.00/hr | 52.50 |
| 8/14/1991 | Review bank proposal with Bertozzi. | 0.25<br>210.00/hr | 52.50 |
| 8/15/1991 | Conference with Bertozzi and McGowan re: redemption of coins and liquidation; Eastland proposal; Conference on bond. | 1.50<br>210.00/hr | 315.00 |
| 8/16/1991 | Review and final revisions to Motion to Limit Notice of the Trustee's Intended Sale and file same. | 1.00<br>210.00/hr | 210.00 |
| 8/20/1991 | Review and final edits to Motion for Examination of Safe Deposit Box No. 945 at Eastland Bank under Rule 2004 and file same. | 1.50<br>210.00/hr | 315.00 |
| 8/22/1991 | Conference with Bertozzi re: redemption coin claimant. | 0.25<br>210.00/hr | 52.50 |
| 8/26/1991 | Conference with Bertozzi re: Manter offer; Conference on Chorney appeal and safe deposit boxes. | 0.50<br>210.00/hr | 105.00 |
| 8/29/1991 | Review report to court and bank proposal. | 1.25<br>210.00/hr | 262.50 |
| 9/3/1991 | Review Endorsement Order granting Motion to Limit Notice of the Trustee Notice of Intended Sale. | 0.30<br>210.00/hr | 63.00 |
| 9/5/1991 | Review and final revisions to letter from Bertozzi re: Ms. Bramsch and file same with Court. | 0.30<br>210.00/hr | 63.00 |
| 9/10/1991 | Final review and revisions to Notice for Intended Sale of VTI Personal Computer to Robert Carey with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 9/12/1991 | Review of Endorsement Order Grating Motion for Examination of Safe Deposit Box No. 945 at Eastland Bank Under Rule 2004. | 0.20<br>210.00/hr | 42.00 |
| 9/17/1991 | Attend hearing re: Motion for Order to Show Cause Hearing. | 1.00<br>210.00/hr | 210.00 |

E-234

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/27/1991 | Review and final revisions to Affidavit of Trustee re: Motion for Order to Show Cause Hearing and file same. | 0.50<br>325.00/hr | 162.50 |
| 10/1/1991 | Review of Endorsement Order Granting Notice for Intended Sale of VTI Personal Computer for Robert Carey. | 0.20<br>210.00/hr | 42.00 |
| 10/2/1991 | Review of Bertozzi's Affidavit for Examiner Weingarten and Trustee Cullen re: Motion for Order to Show Cause. | 0.30<br>210.00/hr | 63.00 |
| | Final draft and revisions to Brief/Memorandum in Support of Motion for Order to Show Cause Hearing and file same. | 1.50<br>210.00/hr | 315.00 |
| 11/1/1991 | Review of Motion by Chorney to Compel Trustee to forward to Chorney, the personal mail of Chorney. | 0.40<br>210.00/hr | 84.00 |
| 11/4/1991 | Review motion by Chorney to Compel Trustee to Allow Examination of Coins at Eastland Bank. | 0.50<br>210.00/hr | 105.00 |
| 11/13/1991 | Final draft and revisions to Response/Objection to Motion to Compel Trustee to Forward to Chorney the personal mail of Chorney and file same. | 1.00<br>210.00/hr | 210.00 |
| 11/25/1991 | Attend hearing re: Motion to Compel Trustee to Forward to Chorney, the personal mail of Chorney. | 1.00<br>210.00/hr | 210.00 |
| 11/27/1991 | Review of Endorsement Order Granting Motion to Compel Trustee to Allow Examination of Coins at Eastland Bank. | 0.30<br>210.00/hr | 63.00 |
| 12/2/1991 | Review of witness subpoena for John F. Cullen for December 12, 1991. | 0.30<br>210.00/hr | 63.00 |
| | Review of Subpoena issued to Monica G. Shea for December 12, 1991. | 0.20<br>210.00/hr | 42.00 |
| 12/4/1991 | Draft Motion to Quash Subpoena issued to Monica G. Shea and Objection to Chorney's Request for Production of Documents. | 1.00<br>210.00/hr | 210.00 |
| 12/5/1991 | Final review and revisions to Motion to Quash Subpoena Issued to Monica G. Shea and Objection to Chorney's Request for Production of Documents and file same. | 0.50<br>210.00/hr | 105.00 |
| 12/7/1991 | Draft Motion to Compromise Controversy with Eastland Bank, To Limit Notice with Bertozzi and final review of same. | 1.00<br>210.00/hr | 210.00 |
| 12/16/1991 | Attend hearing re: Motion to Compel Trustee to forward to Chorney, the personal mail of Chorney. | 1.50<br>210.00/hr | 315.00 |
| 12/17/1991 | Attend hearing re: Motion to Quash Subpoenas Issued to Monica Shea and John Cullen. | 1.00<br>210.00/hr | 210.00 |
| 12/20/1991 | Review Order Denying Motion to Limit Notice and Motion to Compromise Controversy with Eastland Bank. | 0.30<br>210.00/hr | 63.00 |

E-23

Cumberland Farms Investment Corp.



| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/26/1991 | Review of Witness Subpoenas Issued to John F. Cullen and Monica Shea for January 8, 1992. | 0.50<br>210.00/hr | 105.00 |
| 1/8/1992 | Attend hearing re: Motion to Compel Trustee to Forward Personal Mail to Chorney and Objections. | 2.00<br>210.00/hr | 420.00 |
| 1/13/1992 | Review Court Order re: Motion to Quash Subpoenas issued to John Cullen and Monica Shea. | 0.30<br>210.00/hr | 63.00 |
| 2/10/1992 | Prepare Motion for Rule 2004 Examination of Chorney with Bertozzi. | 0.75<br>210.00/hr | 157.50 |
| 2/27/1992 | Review Court Order Granting Rule 2004 Examination of Chorney. | 0.20<br>210.00/hr | 42.00 |
| 3/4/1992 | Review Court Order re: Motion to Compel Trustee. | 0.20<br>210.00/hr | 42.00 |
| 3/5/1992 | Review Court Order re: Denying Motion to Vacate Previous Court Order Prohibiting Chorney from Engaging in Client Contact. | 0.20<br>210.00/hr | 42.00 |
| 6/8/1992 | Attend Status Conference re: Motion for Order to Show Cause. | 1.00<br>210.00/hr | 210.00 |
| 6/10/1992 | Review final Order by Judge Pettine re: Motion to Disqualify Judge, Motion to Adjudge Examiner in Contempt and Motion for Sanctions. | 0.20<br>210.00/hr | 42.00 |
| 6/11/1992 | Review Complaint by Warren Taft against John F. Cullen for Recovery of Money and Property. | 0.50<br>210.00/hr | 105.00 |
| 6/18/1992 | Attend Pre-Trial Hearing re: Order to Show Cause and Status Conference. | 1.00<br>210.00/hr | 210.00 |
| 7/6/1992 | Review Order Granting Motion for Order to Show Cause against Chorney. | 0.20<br>210.00/hr | 42.00 |
| 7/8/1992 | Preparation of Objection by Trustee to Aubin's Application for Administrative Expenses with Bertozzi. | 0.50<br>210.00/hr | 105.00 |
| 7/14/1992 | Review Court Order Granting Petition for Instructions by Eastland Bank. | 0.20<br>210.00/hr | 42.00 |
| 7/16/1992 | Attend hearing re: Motion to Stay Order pending appeal by Chorney. | 1.00<br>210.00/hr | 210.00 |
| 7/21/1992 | Attend hearing re: Aubin's application for Admin. Expenses and Objections thereto. | 0.75<br>210.00/hr | 157.50 |
| 8/6/1992 | Review Court Order re: Oster's Motion to Withdraw. | 0.20<br>210.00/hr | 42.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/17/1992 | Review Court Order Denying Chorney's Motion to Stay Pending Appeal. | 0.20<br>210.00/hr | 42.00 |
| 9/9/1992 | Conference with Bertozzi re: prepare and review Trustee's Objection to Motion to Clarify Order Denying Chorney's Motion to Hold Examiner in Contempt. | 0.50<br>210.00/hr | 105.00 |
| 9/15/1992 | Review Court Order Denying Chorney's Motion to Clarify Order. | 0.20<br>210.00/hr | 42.00 |
| 10/8/1992 | Attend Status Conference re: Trustee's Potential Sale of Coins. | 1.75<br>210.00/hr | 367.50 |
| 10/13/1992 | Review Conditional Order by Judge Torres re: Notice of Appeal and Motion to Show Cause and Motion to Stay Judgment. | 0.30<br>210.00/hr | 63.00 |
| 10/22/1992 | Review Conditional Order re: Order Allowing Stay by Posting a Bond, Notice of Appeal by Chorney, Judgment Order. | 0.30<br>210.00/hr | 63.00 |
| 10/26/1992 | Review Court Order Granting Motion to Release Coins Used as Evidence and for Turnover. | 0.20<br>210.00/hr | 42.00 |
| 12/2/1992 | Prepare and review Trustee's Objection to Chorney's Motion to Vacate Court Order. | 0.50<br>210.00/hr | 105.00 |
| 1/13/1993 | Review final Order by Judge Torres re: Motion to Show Cause/Sanctions against Chorney and Dismissal of Appeal. | 0.30<br>210.00/hr | 63.00 |
| 2/18/1993 | Review Court Order Denying Chorney's Motion to Vacate. | 0.20<br>210.00/hr | 42.00 |
| 4/5/1993 | Review final Order by Judge Pettine re: Chorney's Motion to Reconsider Decision of District Court Affirming Order re: disqualification of Bankruptcy Judge. | 0.30<br>210.00/hr | 63.00 |
| 12/20/1993 | Prepare and review Trustee Objection re: Chorney's Motion to Continue Hearing on Conversion to Chapter 7. | 0.30<br>210.00/hr | 63.00 |
| 12/21/1993 | Attend hearing on United States Trustee's Motion to Convert. | 2.00<br>210.00/hr | 420.00 |
| 12/22/1993 | Review Court Order Denying Motion to Continue Hearing by Chorney. | 0.20<br>210.00/hr | 42.00 |
| | Review Court Order Granting Motion to Convert Case from Chapter 11 to Chapter 7. | 0.30<br>210.00/hr | 63.00 |
| 2/14/1994 | Prepare and review with Bertozzi Trustee's Response to Chorney's Motion to Compel Post Conversion Report. | 0.50<br>210.00/hr | 105.00 |
| 3/1/1994 | Prepare and review with Bertozzi Trustee's Final Report Post Conversion. | 1.50<br>210.00/hr | 315.00 |

E-237

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/29/1994 | Prepare and review with Bertozzi Trustee's Response to Motion for Accounting. | 0.50<br>210.00/hr | 105.00 |
| 5/24/1994 | Attend hearing re: Motion for Accounting during Chapter 11. | 1.00<br>210.00/hr | 210.00 |
| 7/11/2007 | Travel to Bankruptcy Court in Rhode Island re: research case files; Travel back to Boston. | 7.50<br>210.00/hr | 1,575.00 |
| 7/12/2007 | Telephone conference with Attorney Edward Bertozzi and Trustee, Jason Monzack re: questions regarding Chapter 11 administrative expenses and closing the case. | 1.00<br>210.00/hr | 210.00 |
| 7/16/2007 | Travel to Providence, Rhode Island and doing records research. | 7.50<br>210.00/hr | 1,575.41 |
| | For professional services rendered | 442.69 | $88,081.78 |
| | Balance due | | $88,081.78 |

E-238