EXHIBIT D

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re

CUMBERLAND INVESTMENT CORPORATION
Debtor

Chapter 7
Case No. 89-bk-11051

## FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES OF EDWARDS ANGELL PALMER & DODGE LLP

The law firm of Edwards Angell Palmer & Dodge LLP, f/k/a Edwards & Angell, LLP ("EAPD"), hereby moves the Court for an order awarding EAPD compensation in the amount of $45,953.75 for services rendered and $3,764.47 reimbursement for expenses incurred, both during the period August 23, 1990 through August 29, 1991, in representing John F. Cullen, the Chapter 11 Trustee (the "Trustee") of Debtor. As grounds therefor, EAPD states as follows:

1. EAPD was appointed as counsel to the Trustee by Margin Order of U.S. Bankruptcy Judge Arthur N. Votolato dated September 20, 1990 (a copy of Trustee's Application to Employ EAPD and said Margin Order is attached hereto as Exhibit A).

2. The personnel of EAPD whose services are covered by this Application are as follows:

(a) Edward J. Bertozzi, Jr. ("Bertozzi"), partner, hourly rate: $190 to $210 during the relevant period; admitted to practice in Rhode Island in 1967 and in the U.S. District Court (D.R.I.) in 1971, has specialized in bankruptcies, receiverships, and insolvency proceedings for over 25 years.

(b) Theodore Mocarski ("Mocarski"), associate, hourly rate, approximately $125; date admitted to practice in Rhode Island unknown; researched redemption, consignment and constructive trust issues.

(c) Andrea Corcoran ("Corcoran"), associate, hourly rate, approximately $125; admitted to practice in Rhode Island in 1990; member of EAPD litigation department; worked on litigation matters, including discovery, appeals and drafting pleadings.

(d) Gayle Ehrlich ("Ehrlich") associate, hourly rate, approximately $135; admitted to practice in Rhode Island in 1986, in Massachusetts in 1985; an experienced bankruptcy associate.

E-23

3. On November 8, 1989, an involuntary bankruptcy petition was filed against Debtor. On December 6, 1989, Debtor filed a Notice of Voluntary Conversion to Chapter 11. On August 10, 1990, over Debtor's objection, this Court entered an order granting the motion of the U.S. Trustee for the appointment of a Chapter 11 Trustee of Debtor. The Certificate of Appointment of John F. Cullen as Chapter 11 Trustee was filed on August 16, 1990. The Trustee engaged Bertozzi and EAPD as Trustee's legal counsel on August 23, 1990, filed Trustee's Application to Retain Bertozzi and EAPD as legal counsel on August 23, 1990, and said application was granted by Order of this Court dated September 19, 1990.

4. The services rendered by Bertozzi and EAPD to the Trustee included primarily the following:

(a) assisting the Trustee in obtaining possession of Debtor's assets and records, and information with respect to the Debtor and Debtor's operations.

(b) analyzing and evaluating the claims and liens of secured creditors, primarily Eastland Bank and Peoples Bank, and negotiating and litigating with respect thereto;

(c) analyzing and evaluating the claims of so-called redemption coin claimants and taking action with respect thereto;

(d) negotiating and obtaining a financing order with Eastland Bank to fund the Trustee's activities in securing and liquidating Debtor's assets;

(e) assisting the Trustee in analyzing and evaluating the appropriate methods of liquidating Debtor's assets;

(f) performing the above services in the face of continuous and strong opposition by Debtor, directed by its principal, Harold Chorney.

5. Attached hereto as Exhibit B are copies of EAPD bills which itemize all the services rendered by EAPD with respect to which compensation is sought.

6. Attached hereto as Exhibit C is a fee application summary sheet (R.I. Bankr. Form C.2) and as Exhibit D a final fee allowance summary (R.I. Bankr. Form C.4).

7. EAPD has received no retainer in this case. The present Application is EAPD's first and final application in this case for fees and expenses.

8. EAPD is not seeking payment for $35,921.36 in fees for services rendered to the Trustee during the period August 30, 1991 through December 22, 1993 because, due to a glitch in transferring data to a new computer, EAPD cannot recover the data as to individual time entries for that period, although the computer does show the data to the aggregate amount of fees for said period.

E-24

WHEREFORE EAPD respectfully requests that the Court enter an order (a) awarding EAPD compensation in the amount of $45,953.75 for services rendered and (b) $3,764.47 reimbursement for expe s incurred, both during the period August 23, 1990 through August 29, 1991, in representing e Trustee.

Dated: July 20, 2007

/s/ Edward J. Bertozzi, Jr.
Edward J. Bertozzi, Jr.
(riba #1124)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
fax 401-276-6611

E-25

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cumberland Investment Corp. | : | Chapter 11 |
| | : | Case No. 89-11051-ANV |
| Debtor | : | |
| | : | |

APPLICATION TO APPOINT ATTORNEY
FOR THE CHAPTER 11 TRUSTEE

John F. Cullen, Chapter 11 Trustee (the "Trustee") of Cumberland Investment Corporation (the "Debtor"), requests this Court to approve this application to appoint Edward J. Bertozzi, Jr. and Edwards & Angell as the attorneys for the Trustee. In support of this application the Trustee states as follows:

1. On November 8, 1989 an involuntary Chapter 11 petition was filed against the Debtor, Cumberland Investment Corporation, with this Court.

2. On August 17, 1990, the Trustee was appointed by this Court as the Chapter 11 Trustee of the Debtor, pursuant to §1104 of the Bankruptcy Code.

3. Applicant wishes to employ Edward J. Bertozzi, Jr. and his firm, Edwards & Angell, 2700 Hospital Trust Tower, Providence, Rhode Island 02903 as his attorneys herein. Edward J. Bertozzi, Jr. is an attorney licensed to practice in the State of Rhode Island and in this Court.

4. The Trustee wishes to employ Edward J. Bertozzi, Jr. and Edwards & Angell given his and his law firm's experience in matters of this character and this case; he is well qualified to advise and represent the Trustee, and other attorneys at Edwards & Angell have specialized expertise which can be called upon by the Trustee.

5. The professional services to be provided to the Trustee by Edward J. Bertozzi, Jr. and Edwards & Angell shall be advice and representation with regard to the powers, responsibilities and liabilities of the Trustee, drafting all necessary documentation with regard to the sale of assets of the estate, namely coins and other collectibles, and generally to represent and advise the Trustee.

6. It is necessary for the Trustee to employ attorneys in order to obtain such professional services.

7. The Trustee desires to employ Edward J. Bertozzi, Jr. and Edwards & Angell at rates of compensation to be subject to the review and approval of this Court.

8. To the best of the Trustee's knowledge, Edward J. Bertozzi, Jr. and Edwards & Angell do not represent or hold any interest materially adverse to the estate with respect to the above-referenced matters on which said attorneys are to be employed. Edward J. Bertozzi, Jr. and Edwards & Angell represent Michael Weingarten, the Examiner in this case. Edward J. Bertozzi, Jr. and Edwards & Angell from time to time represent Eastland Bank on other matters not related to this case.

WHEREFORE, the Trustee requests that he be authorized to employ and appoint Edward J. Bertozzi, Jr. and Edwards & Angell, as attorney to represent him in this proceeding under Chapter 11 of said Code, and that he have such other and further relief as is just.

John F. Cullen
Chapter 11 Trustee of
Cumberland Investment Corp.

Dated: August 23, 1990

APPLICATION GRANTED

Arthur N. Votolato
United States Bankruptcy Judge
Dated: 9/19/90

ENTERED ON DOCKET
DATE 9/20/90

E-27

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cumberland Investment Corp. | : | Chapter 11 |
| | : | Case No. 89-11051-ANV |
| Debtor | : | |
| | : | |

AFFIDAVIT OF PROPOSED ATTORNEY

I Edward J. Bertozzi, Jr., make this affidavit:

1. I am an attorney at law, duly admitted to practice in the State of Rhode Island and this Court.

2. I am a member of the law firm of Edwards & Angell, a partnership, which maintains an office at 2700 Hospital Trust Tower, Providence, Rhode Island 02903.

3. Edward J. Bertozzi, Jr. and Edwards & Angell are disinterested as that term is defined in 11 USC §101(13) and do not represent or hold any interest materially adverse to the estate with respect to the matters on which such attorneys are to be employed by the Trustee, John F. Cullen. Edward J. Bertozzi and Edwards & Angell represent Michael Weingarten, the examiner in this case. From time to time Edward J. Bertozzi and Edwards & Angell represent Eastland Bank on matters not related to this case.

4. Edward J. Bertozzi, Jr. and Edwards & Angell will not share any fees received from this engagement except in accordance with the Edwards & Angell partnership agreement.

Edward J. Bertozzi, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 23rd day of August, 1990.

Notary Public

JAMES P. KELLY, Notary Public
My Commission Expires June 30, 1991

E-28

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cumberland Investment Corp. | : | Chapter 11 |
| | : | Case No. 89-11051-ANV |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on August 23, 1990 I caused to be mailed to the persons listed below copies of the Application to Appoint Attorney for the Chapter 11 Trustee and the related Affidavit of Attorney.

William Grande, Esq.
160 Plainfield Street
Providence, RI

United States Trustee
Thomas P. O'Neil Building
10 Causeway Street, Room 472
Boston, MA 02222-1043

Harold Chorney (via Telecopier)

John Boyajian, Esq.
Boyajian, Harrington
& Richardson
182 Waterman Street
Providence, RI 02906

Robert D. Wieck, Esq.
Adler, Pollock & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, RI 02903

Matthew McGowan, Esq.
321 South Main Street
Providence, RI 02903

Mr. Michael Weingarten
Cambridge Meridian Group
50 Church Street
Cambridge, MA 02138

Mr. Jack Dougherty
Eastland Savings Bank
25 Cummings Way
Woonsocket, RI 02895

Peter Furness, Esq.
Hinckley, Allen, Snyder & Comen
1500 Fleet Center
Providence, RI 02903

E-29

otice sent to:

Matthew J. McGowan
Heritage Bldg.
321 South Main Street
Providence, RI 02903

Edward J. Bertozzi Jr.
2700 Hospital Trust Tower
Providence, RI 02903

Robert D. Wieck
101 Dyer Street
2nd Floor
Providence, RI 02903

Marlene Reich
Ancel, Miroff, Frank, P.C.
1000 Two Market Square Center
P. O. Box 44129
Indianapolis, IN 46244

Peter J. Furness Esq
1500 Fleet Center
Providence, RI 02903

John Boyajian
182 Waterman Street
Providence, RI 02906

Michael Weingarten
Cambridge Meridian Group, Inc.
50 Church Street
Cambridge, MA 02138

U. S. Trustee
10 Causeway Street
Room 472
Boston, MA 02222

John F. Cullen
Trustee
Historic Charlestown Navy Yard
Shipway Place
Boston, MA 02119

E-30

Wescap Enterprises L
c/o Hal Chorney
141 Main Street
Woonsocket, RI 02895

J. Dougherty

9/20/90 - SK

E-31

EXHIBIT B

EDWARDS & ANGELL
Counsellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID # 05-0135015

John F. Cullen
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

October 20, 1990

For Professional Services Rendered

28488/88634

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| 08/23/90 | E. BERTOZZI | Meetings with Cullen, Weingarten, McGowan, Park on obtaining CIC records, telephone numbers, removal of Chorney from CIC business, redemption coin issues; draft application and affidavit on hiring attorney; draft order on Chorney, obtain entry by Bankruptcy Court, fax to Chorney. | 3.50 |
| 08/24/90 | E. BERTOZZI | Conference with Weingarten; conference, letter to New England Telephone on telephone numbers. | 1.00 |
| 08/27/90 | E. BERTOZZI | Work on redemption issues; conference with Furness on Eastland position; letter to Wieck on Peoples position; letter to Chorney on customer list. | 1.00 |
| 08/28/90 | T. MOCARSKI | Research regarding consignment | 2.50 |
| 08/29/90 | T. MOCARSKI | Telephone conference with Attorney Furness; research regarding consignment; conference with E.J. Bertozzi | 1.67 |
| 08/29/90 | E. BERTOZZI | Work on motion to sell; conference with Mocarski to identify and analyze redemption coin issues, consignment law. | 1.00 |
| 08/30/90 | E. BERTOZZI | Conference with Furness on redemption coins; conference with Weingarten; draft application on sale. | 1.00 |
| 08/31/90 | E. BERTOZZI | Draft motion and memorandum on sale, reduction in time; conference with Cullen, Weingarten; conference with | 3.00 |

E-32

250202

PLEASE INCLUDE THE ENCLOSED COPY OF THIS BILL WHEN FORWARDING YOUR PAYMENT.

84257

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| | | New England Telephone, draft consent order; demand letter to Chorney. | |
| 09/04/90 | T. MOCARSKI | Research regarding constructive trust | 1.17 |
| 09/04/90 | E. BERTOZZI | Letter to Bankruptcy Court on Tel. Co. order; conference with New England Tel. Attorney Ferris, conference on pending matters. | .50 |
| 09/04/90 | S. KING | Conference with Andrea rearding 2004 Exam | .25 |
| 09/05/90 | E. BERTOZZI | Attention to Stay motion and appeal filed by Chorney; draft objection, conference with Bankruptcy Court clerk; confernce and meeting with Weingarten, Cullen; conference with Corcoran on Rule 2004 motions. | 2.00 |
| 09/05/90 | T. MOCARSKI | Research regarding constructive trust | 1.33 |
| 09/05/90 | A. Corcoran | Review Rules on 2004 Exams out of District of RI | 1.50 |
| 09/06/90 | A. Corcoran | Preparation of 2004 exam documents--Notice, Subpoena, Motion, Memo Support Motion for four motions. | 5.00 |
| 09/06/90 | T. MOCARSKI | Memorandum regarding constructive trust | 1.00 |
| 09/06/90 | E. BERTOZZI | Attending meeting with Dougherty, Furness, Cullen, et al on actions to be taken | 3.00 |
| 09/07/90 | E. BERTOZZI | Conference with Weingarten, Furness, Cullen office on discovery, bank collateral, safe deposit boxes. | 1.00 |
| 09/10/90 | A. Corcoran | Review of docket, obtain Certificate of Appointment of Trustee, preparation of motion for reduction in time. | 1.00 |
| 09/10/90 | T. MOCARSKI | UCC research and memorandum to E.J. Bertozzi on redemption coins | 1.50 |
| 09/11/90 | E. BERTOZZI | Review and revise Rule 2004 motions, subpoenas; attention turnover issues; conference with Corcoran on obtaining information at Peoples and Sofran Bank. | .50 |
| 09/11/90 | A. Corcoran | Meeting with Edward Bertozzi regarding 2004 exam documents; | 1.50 |

E-33

7

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

| | | | |
|---|---|---|---|
| | | prepare document to freeze safe deposit boxes at various banks | |
| 09/12/90 | T. MOCARSKI | Conference with E.J. Bertozzi redemption coins | .50 |
| 09/12/90 | A. Corcoran | Preparation of Motion for Reduction of Time; research regarding turnover order; review documentation. | 3.00 |
| 09/12/90 | E. BERTOZZI | Conference with Furness on contempt hearing, attorney Fardy of NET on telephone issues, Mocarski on redemption coin issues. | 1.00 |
| 09/13/90 | A. Corcoran | Preparation of documentation of 2004 exam. | 1.50 |
| 09/13/90 | E. BERTOZZI | Review and revise motion for reduction in time in 2004 motions; conference with attorney Fardy on telephone lines; Prepare for hearing; Represent Kristine at contempt hearing; conference with Furness, Attorney Oster; draft objections to Wescap. | 3.00 |
| 09/14/90 | E. BERTOZZI | Conferences with Attorney Fardy, New England Telephone on telephone lines; review proposed order on redemption coins; draft revisions. | .50 |
| 09/14/90 | A. Corcoran | Research and preparation of documents, turnover order. | 2.50 |
| 09/17/90 | T. MOCARSKI | Conference with E.J. Bertozzi on constructive issues. | .33 |
| 09/18/90 | B. HITTNER | Conference T. Mocarski Constructive trusts | .25 |
| 09/18/90 | E. BERTOZZI | Analyze redemptions, fraud issues. | .25 |
| 09/18/90 | T. MOCARSKI | Research regarding reclamation; conference with B.G. Hittner and E.G. Bertozzi. | 2.17 |
| 09/18/90 | A. Corcoran | Reseach regarding turnover order. | 1.50 |
| 09/19/90 | T. MOCARSKI | Draft memorandum; conference with E.J. Bertozzi on constructive trust, fraud | .92 |
| 09/19/90 | A. Corcoran | Draft motion for seizure of property. | 1.00 |
| 09/19/90 | E. BERTOZZI | Conference with redemption claimant; review memo. | 1.00 |

E-34

John F. Cullen

October 26, 1990

Cumberland Investment Corp

| | | | |
|---|---|---|---|
| | | conference with Mocarski on redemption issue; conference with Boyajian on discovery. | |
| 09/21/90 | A. Corcoran | Research regarding appeal procedure; meeting with John Boyajian on pending matters to be taken over by Trustee. | 3.50 |
| 09/22/90 | E. BERTOZZI | Review Chorney objections, appeal documents; review Dunlavey letter and documents on redemption coins; review cases on redemption coins. | 2.50 |
| 09/24/90 | A. Corcoran | Draft objections to appeal extension motions. | 2.00 |
| 09/26/90 | E. BERTOZZI | Review proposed financing order; conference with landlord | .50 |
| 09/27/90 | E. BERTOZZI | Review Furness financing order; letter to Furness | .75 |
| 09/28/90 | E. BERTOZZI | Conference with Weingarten; conference on redemption claimant, work on order; letter to Furness on Section 364 Motion. | 1.00 |
| 10/01/90 | E. BERTOZZI | Conference with Resnick on financing issues; landlord; review motions for reclamation; conference with Corcoran on objections. | 1.00 |
| 10/02/90 | E. BERTOZZI | Review Chorney motions and objections; conference with Boyajian; conference with coin claimant; conferences with Furness, Resnick on financing; conference with landlord. | 2.00 |
| 10/03/90 | E. BERTOZZI | Conference with Furness, Resnick on financing order. | .50 |
| 10/04/90 | M. OLIVERIO | Conference with A. Corcoran re procedural issue of appeal to U.S. District Court | .10 |
| 10/04/90 | E. BERTOZZI | Meeting at Eastland with Daugherty, Furness, Cullen, Resnich, Weingarten on sale, financing, asset disposition and other issues; conference with Corcoran on discovery, appeals. | 4.25 |
| 10/05/90 | A. Corcoran | Preparation of Trustee's objection to petition to reclaim; preparation of Trustee response to 2004 Examination of John Boyajian. | 5.75 |
| 10/05/90 | E. BERTOZZI | Conference with Denise on | .25 |

E-35

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

| | | |
|---|---|---|
| | Indianapolis trip; conference with Weingarten on motion to sell | |
| 10/08/90 E. BERTOZZI | Review Chorney objection to contempt motion, order on hearing on Boyagian 2004 motion; memo to A. Corcoran | .25 |
| 10/10/90 A. Corcoran | Preparation joint pre-trial order. | 1.00 |
| 10/11/90 E. BERTOZZI | Draft motion to sell, motion for reduction in time; conferences with Weingarten, McGowan and Furness; review financing order; comment letters to Cullen and Furness | 2.00 |
| 10/12/90 A. Corcoran | Prepare joint Pre-trial Order; Telephone conference with Jonathan Oster, attorney for Chorney | 3.00 |
| 10/12/90 E. BERTOZZI | Conference with Cullen on Peoples Bank, financing order; conferences with Corcoran on Boyajian 2004 issues; Taft and Dunlevy motions. | 1.00 |
| 10/15/90 A. Corcoran | Legal research regarding attorney client privilege; Draft objection to appeal. | 2.00 |
| 10/16/90 E. BERTOZZI | Conferences with Richardson and Cullen on hearing on Boyajian; research on attorney-client privilege | 3.50 |
| 10/17/90 E. BERTOZZI | Research, meetings with Furness, Richardson, Boyajian; Bankruptcy Court hearing on motion for Boyajian 2004 Exam; review Wieck objection to sale, conference with Weingarten | 4.00 |
| 10/18/90 E. BERTOZZI | Meeting with Furness, attention to financing order. | .25 |
| 10/19/90 A. Corcoran | Preparation documents for Florida 2004 examination. | .50 |
| 10/20/90 E. BERTOZZI | Review Furness documents; conferences with Cullen, Resnick, Weingarten on case administration, financing, investigation | 2.00 |

Total Hours 98.94

Total for Services $14,781.25

F-36

John F. Cullen

October 26, 1990

Cumberland Investment Corp.

Disbursements

| | | |
|---|---|---|
| 08/26/90 | Outside Contract Delivery-Providence/EJB 55 Dorrance St. | 1.00 |
| 08/26/90 | Outside Contract Delivery-Providence/EJB 380Westminster St. | 1.00 |
| 09/05/90 | Outside Contract Delivery-Providence/EJB 380 Westminster Street | 1.00 |
| 09/07/90 | Petty Cash-Providence-answer system/BAB | 114.26 |
| 09/11/90 | Outside Contract Delivery-Providence/AC -380 Westminster St. | 1.00 |
| 09/12/90 | Salaries-Providence 2.25 hrs- EJB | 72.00 |
| 09/12/90 | Outside Contract Delivery-Providence/AC -1500 Fleet Center | 1.00 |
| 09/13/90 | Outside Contract Delivery-Providence/EJB 380 Westminster | 18.00 |
| 09/13/90 | Computer Research-Providence-Lexis/M Ames per A Corcoran | 4.03 |
| 09/18/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 10/12/90 | Outside Contract Delivery-Providence/EJB - 380 Westminster St. | 1.00 |
| | Xerox | 970.50 |
| | Communication Charge | 379.55 |
| | Disbursements Total | $1,565.34 |
| | Total This Statement | $16,346.59 |

E-37

EDWARDS & ANGELL

lors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
Telex 952001 "E A PVD"
Telecopier (401) 276-6611

December 27, 1990

John Cullen, Esq.
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

Re: Cumberland Investment Corporation

Dear Jack:

Enclosed is an Edwards & Angell bill for the period October 23-December 11, 1990 for informational purposes; this will be the subject of a future fee application. Please call me if you have any questions or comments.

Very truly yours,

Ed

Edward J. Bertozzi, Jr.

Enclosure

copy (w/encl.)
Mr. Michael Weingarten
Peter Furness, Esq.

E-38

EDWARDS & ANGELL
28488

ellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID # 05-0135015

December 27, 1990

n F. Cullen
len & Resnick
toric Navy Yard
pway Place C-3

Professional Services Rendered

88634

berland Investment Corp.

| | | | |
|---|---|---|---|
| /23/90 | E. BERTOZZI | Conference with Weingarten; work on financing documents; send out motion. | 2.00 |
| /24/90 | E. BERTOZZI | Revisions to financing documents, letter to Furness; conference with Furness, Resnick, Cullen, Weingarten on financing, sale, assets. | 1.00 |
| /25/90 | A. Corcoran | Telephone conference with Jack Cullen's office regarding discovery, assets; Florida trip. | .50 |
| /25/90 | E. BERTOZZI | Review court decision on Boyajian; conference with Furness, Weingarten. | .50 |
| /26/90 | E. BERTOZZI | Conference, Meetings with Furness on filing motion; conference with attorney Isserlis on redemption coin claim; conference with Weingarten; letter to Cullen, Weingarten on bond, financing. | 1.00 |
| /29/90 | E. BERTOZZI | Conference with Weingarten; letters to Furness on financing consent; review Chorney statements of issues on appeal. | .50 |
| 31/90 | A. Corcoran | Preparation of Rule 2004 motion. | 1.50 |
| 01/90 | E. BERTOZZI | Review letters from redemption coin claimants; conferences with Resnick, Weingarten, Furness on financing; conference with coin holder claimant, conference with Weingarten. | 1.00 |

E-39

umberland Investment Corp.

| | | | |
|---|---|---|---|
| 11/02/90 | E. BERTOZZI | Conference with redemption coin claimants and attorneys; conference and letters to Weingarten, Furness, Resnick, Bankruptcy Court Clerk; attention to Chorney objection to financing, prepare for hearing. | 2.00 |
| 1/05/90 | M. LEVIN | Telephone conference with E. Bertozzi re obtaining court order | .13 |
| 1/05/90 | E. BERTOZZI | Conference with Furness, Weingarten, Bankruptcy Court clerk on financing order. | .50 |
| 1/06/90 | E. BERTOZZI | Conference with Cullen, Weingarten, Furness, on financing trustee's duties; attention to expense list. | .50 |
| 1/07/90 | E. BERTOZZI | Conference with Furness, Clerk of Bankruptcy Court on administation issues; review affidavits, Rule 2004 Order. | .75 |
| 1/08/90 | E. BERTOZZI | Review claimaints' letters and respond; conference with Weingarten; review pre-trial stipulation on Eastland claim, work on motion. | .50 |
| 1/09/90 | E. BERTOZZI | Conference with Weingarten, Furness; draft application, affidavit; conference with Lynch. | 1.00 |
| 1/13/90 | E. BERTOZZI | Conference with Furness, Weingarten on hearings, fiananacing, sales; draft motion on financing order. | 1.00 |
| 1/14/90 | E. BERTOZZI | Conference with Furness, Weingarten, Cullen, Resnick, Bankruptcy Court Clerk on pending motions; draft request for hearing, letter to Bankruptcy Court. | 2.00 |
| /15/90 | E. BERTOZZI | Conference with Wieck on coin sale. | .25 |
| /16/90 | E. BERTOZZI | Conference with Boyajian; conference with attorney Murray on redemption coins; conference with Alexander and Alexander on bond | .75 |

E-40

mberland Investment Corp.

| | | | |
|---|---|---|---|
| /19/90 | A. Corcoran | Telephone conference with Tom DeCarlo, Peter Furness, and Jack Cullen regarding 2004 examination. | 1.25 |
| /19/90 | E. BERTOZZI | Conference with Hershel Smith, attorney for Aubin. | .25 |
| /20/90 | E. BERTOZZI | Conference with Weingarten, Wieck on motions to sell. | .50 |
| /21/90 | E. BERTOZZI | Conference with Bankruptcy Court Clerk; conferences with Weingarten, McGowan; draft and send notices of hearing. | .50 |
| /23/90 | E. BERTOZZI | attention to letters from Peter Furness on coins and real estate transfers; letter to Cullen. | .25 |
| /27/90 | E. BERTOZZI | Attention to Notice; work on Pre-Trial Order, preparation for hearing. | 1.00 |
| /28/90 | E. BERTOZZI | Conference with Jack Cullen, Mike Weingarten; draft pre-trial order, prepare for hearing; conference with attorney Smith; negotiate with attorney Oster on pre-trial order. | 2.00 |
| /29/90 | E. BERTOZZI | Prepare for hearing; conference with Wieck, McGowan; hearing on financing, negotiations, Chorney, Oster, Smith, reach agreement on financing; conference with Wieck on coin list. | 7.00 |
| /30/90 | E. BERTOZZI | Review Eastland brief, conference with Hollis ; call Furness; prepare financing order, send to attorneys; conference with Weingarten. | 1.50 |
| /03/90 | E. BERTOZZI | Confer Oster, Smith, Chorney, Wieck; meeting and negotiations with DeLuca, Oster, Smith to revise order | 3.50 |
| /04/90 | E. BERTOZZI | Confer DeLuca, McGowan on order; confer Weingarten on sales | .75 |
| /05/90 | E. BERTOZZI | Review order; letter to Oster, Smith, McGowan, Wieck on order | .50 |

E-41

nberland Investment Corp.

| | | | |
|---|---|---|---|
| :/06/90 | E. BERTOZZI | Attention Furness letters, letter to Cullen on landlord claim; call Oster, Smith on order; confer with Weingarten, McGowan | .50 |
| /07/90 | E. BERTOZZI | Calls and letters to Oster, Smith; conference Furness on status; conference with Weingarten; letter to Chorney, et al on antique coins, currency, auctioneers; conference with Margaret McCrystal on consignment | 1.00 |
| /11/90 | E. BERTOZZI | Confer with Smith, Oster on order; confer Weingarten, letter Wieck on sale of coins | .75 |

Total Hours 38.63

Total for Services $7,370.00

bursements

| | | |
|---|---|---|
| /26/90 | Overnight Express-Providence/EJB 2 Packages | 30.00 |
| /09/90 | Outside Contract Delivery-Providence/EJB 380 Westminster | 9.50 |
| /13/90 | Outside Contract Delivery-Providence/AC 380 Westminster | 1.00 |
| /13/90 | Petty Cash-Providence -Certified copy- AC | 5.00 |
| /14/90 | Voucher GG/Pay to:Clerk, US Bankruptcy | 20.00 |
| /15/90 | Outside Contract Delivery-Providence/EJB 380 Westminster st. | 1.00 |
| /16/90 | Petty Cash-Providence-filing fee at U. S. Bankruptcy Court/EJB | 10.00 |
| /26/90 | Outside Contract Delivery-Providence/EJB - 380 Westminster St. | 1.00 |
| /27/90 | Voucher DS/for: service of subpeona/Pay to; Express Subpeona | 73.00 |
| /29/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| /29/90 | Voucher Surls/For:Deposition of George Manter/Pay to:Knipes-Cohen of Broward Inc. | 50.00 |

E-42

mberland Investment Corp.

| | | |
|---|---|---|
| 1/30/90 | Voucher DK/For:Hand deliveries/Pay to:Bonded Courier Co., Inc. | 10.00 |
| 1/30/90 | Outside Contract Delivery-Providence/EJB - 1500 Fleet Center | 1.00 |
| 2/05/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 2/12/90 | Outside Contract Delivery-Providence/EJB -380 Westminster St. | 1.00 |
| 2/13/90 | Outside Contract Delivery-Providence/EJB - 380 Westminster St. | 1.00 |
| 2/19/90 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| | Xerox | 76.80 |
| | Long distance telephone calls and fax | 174.25 |

| | |
|---|---|
| Disbursements Total | $467.55 |
| Total This Statement | $7,837.55 |

E-43

EDWARDS & ANGELL

nsellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
Telex 952001 "E A PVD"
Telecopier (401) 276-6611

June 18, 1991

John F. Cullen, Esq.
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

Re: Cumberland Investment Corporation

Dear Jack:

I am enclosing Edwards & Angell's bill for services dated May 31, 1991 for informational purposes. This bill will be part of a future application. Please call me if you have any questions or comments.

Very truly yours,

Ed

Edward J. Bertozzi, Jr.

Enclosure

E-44

Avenue
r 10022

250 Royal Palm Way
Palm Beach, FL 33480
(407) 833-7700

101 Federal Street
Boston, MA 02110
(617) 439-4444

130 Bellevue Avenue
Newport, RI 02840
(401) 849-7800

300 Union Street
New Bedford, MA 02740
(508) 999-1332

Gateway One, Suite 702
Newark, NJ 07102
(201) 623-2626

EDWARDS & ANGELL

unsellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID #05-0133049

May 31, 1991

ohn F. Cullen
ullen & Resnick
istoric Navy Yard
hipway Place C-3
oston, MA 02129

or Professional Services Rendered

28488/88634

ımberland Investment Corp.

| | | | |
|---|---|---|---|
| 12/12/90 | E. BERTOZZI | Conference with Smith, Oster, Weingarten; letter to Judge Votolato on financing order | .50 |
| 12/13/90 | E. BERTOZZI | Review redemption notice; conference with Lynch; letters to Oster and Weingarten on lists of redemption coin claimants; obtain financing order entry; conference with Weingarten, Wieck on People's coins | .75 |
| 12/14/90 | E. BERTOZZI | Review Chorney program on sale of People's coins; letter to Wieck, Weingarten; review Oster letter on payroll records; letter to Cullen; conference Cullen; review letter from Smith on antique coin sale; send reply | 1.00 |
| 12/16/90 | E. BERTOZZI | Meeting Furness, Daugherty on sales; conference Weingarten on People's coins | 2.50 |
| 2/18/90 | E. BERTOZZI | Conference Attorney Dattilo on redemption coins | .25 |
| 2/19/90 | E. BERTOZZI | Conferences Weingarten, Smith, Wieck & Oster on sale of coins; meeting on sales; letter to Furness on note, financing agreement, coin sales | 1.00 |
| 2/20/90 | E. BERTOZZI | Conferences Oster, Wieck; meeting Weingarten, Chorney, Oster, Smith, Wieck, Furness; conferences Peoples Bank officers on sales | 3.50 |
| 2/21/90 | E. BERTOZZI | Review, respond to letters from Smith and Oster on redemption claimant lists and claims; conference Posner, letter Cullen; conference Weingarten; review Manter | 1.00 |

E-45

PLEASE INCLUDE THE ENCLOSED COPY OF THIS BILL WHEN FORWARDING YOUR PAYMENT.

| | | | |
|---|---|---|---|
| | | letter on deposition | |
| 12/24/90 | E. BERTOZZI | Conference Weingarten; work on sale motions, application by Weingarten; conference Bankruptcy Court Clerk | 2.50 |
| 12/24/90 | A. Corcoran | Telephone conference with JCullen, PFurness and LBlais on deposition arrangements | 1.50 |
| 12/26/90 | A. Corcoran | Telephone conference with Cullen, Furness - Manter deposition | 1.25 |
| 12/26/90 | E. BERTOZZI | Conference with Weingarten, Baverstam, attorney DeLuca; draft motions to reduce time, revise motions to sell assets; obtain N2 affidavit; letter to Bankruptcy Court, Oster, Smith et al on motions, sale. | 2.00 |
| 12/27/90 | E. BERTOZZI | Conference with attorney Smith, Weingarten on coin sales, grading; conference with Posner on grading. | .50 |
| 12/28/90 | E. BERTOZZI | Conference with Weingarten on coin grading, sales | .50 |
| 12/31/90 | E. BERTOZZI | Review Smith letter, draft response; letter to Resnick | .25 |
| 01/02/91 | E. BERTOZZI | Attention to Oster notices of deposition; letter to Cullen; conference with Bankruptcy court clerk, Weingarten on hearing on sale. | 1.00 |
| 01/03/91 | E. BERTOZZI | Review Chorney objections; conference with McGowan, Wieck, Weingarten on hearings;conference with redemption coin claimant Burrill. | 1.00 |
| )1/04/91 | E. BERTOZZI | Review Oster, Smith objections; conference wtih Weingarten, conference with redemption coin claimant, McGowan; review and distribute Christies proposal. | 1.00 |
| 1/05/91 | E. BERTOZZI | Research; prepare for hearing on grader, sale motions. | 3.00 |
| 1/06/91 | E. BERTOZZI | Research on trustee's sale, | 3.00 |

E-46

| | | | |
|---|---|---|---|
| | | conference with Weingarten and prepare for hearing. | |
| 01/07/91 | E. BERTOZZI | Prepare for hearing; hearing on trustee's motion to sell, hire N2, obtain favorable decision; conferences with Oster, Smith, Posner, Wieck and Furness. | 4.00 |
| 01/09/91 | E. BERTOZZI | Conference with Resnick; letter to Posner regarding N2. | .50 |
| 01/11/91 | E. BERTOZZI | Review letter for redemption coin claimant; letter to Baverstam; review Furness letters; review Smith deposition notice; call Resnick; review orders on sale | .50 |
| 01/12/91 | E. BERTOZZI | Review Peoples Bank documents, research perfection, letter to attorney Wieck | .50 |
| 01/14/91 | E. BERTOZZI | Conference with Furness on Eastland claim; conference with Wieck | .25 |
| 01/15/91 | E. BERTOZZI | Conference with Weingarten on sales, redemption coins; review Furness motion, call Furness; conference with attorney Friedman on redemption coins; conference with McGowan on settlement with Eastland | 1.00 |
| 01/16/91 | E. BERTOZZI | Review pleadings on contempt hearing, McGowan motion. | .25 |
| 01/17/91 | E. BERTOZZI | Meeting at Bankruptcy Court with Peter Furness and Hershel Smith; conference with Matthew McGowan on redemption coin settlement; work on redemption claimant list; review pre-trial stipulations; letter to Robert Resnick and Michael Weingarten. | 1.00 |
| 01/18/91 | E. BERTOZZI | Review peoples proof of claim, letter to McGowan on possible objection; conference with Weingarten on grading, further | .75 |

E-47

| | | |
|---|---|---|
| | sales, financing order | |
| 01/24/91 E. BERTOZZI | Conference with Robert Wieck on Peoples coin sale, supplementary order. | .25 |
| 01/28/91 E. BERTOZZI | Review redemption claimant list, filings by Chorney | .25 |
| 01/30/91 E. BERTOZZI | Conference with Michael Weingarten on sales; conference with Bob Resnick, Peter Furness on investigation, preferences, evidence. | 1.00 |
| 02/06/91 E. BERTOZZI | Meeting with M. Weingarten on sales, auctions, applications and procedure; review information on auctions, marketing. | 1.50 |
| 02/07/91 E. BERTOZZI | Meeting with J. Cullen on investigation; meeting with Judge Votolato, J. Cullen, DeLuca on trustee's bond; draft order, letter to Court. | 1.00 |
| 02/14/91 E. BERTOZZI | Conference with Smith, letter to Weingarten on Christie coins; review Wieck agreement on Peoples sale, draft letter to Weingarten. | .50 |
| 02/15/91 E. BERTOZZI | Conference with attorney Carr on redemption coins. | .25 |
| 02/18/91 E. BERTOZZI | Attention to Harold Chorney's objection to payment of N2; review creditors committee's motion for attorney for redemption coin claimants. | .25 |
| 02/19/91 E. BERTOZZI | Conference with Robert Wieck, Michael Weingarten on Peoples sale, N2 issues. | .50 |
| 02/20/91 E. BERTOZZI | Conference with Robert Wieck on Peoples coins; conference with redemption coin claimant. | .50 |
| )2/25/91 E. BERTOZZI | Conference with M. Weingarten on N2, Peoples sale, Bowers and Marena; letter to R. Wieck; attention to letters from redemption coin | .50 |

E-48

| | | |
|---|---|---|
| | claimants. | |
| 02/26/91 E. BERTOZZI | Attention to orders, application on N2, letter to Bankruptcy Court, Mike Weingarten; conference with Mike Weingarten on sales. | .75 |
| 02/27/91 E. BERTOZZI | Conference with R. Wieck on Peoples sale and expenses; conference with attorney Smith on N2; conference with M. McGowan on settlement. | 1.00 |
| 02/28/91 E. BERTOZZI | Conference with Jack Cullen on EB settlement, call McGowan; review Furness order and letter; conference with Weingarten on settlement, sales. | .75 |
| 03/01/91 E. BERTOZZI | Conferences with Furness, McGowan, Geremia on settlement, sales; arrange meeting on sales | 1.00 |
| 03/04/91 E. BERTOZZI | Conference with Oster on coin liquidation, call Weingarten | .25 |
| 03/05/91 E. BERTOZZI | Review Weingarten report and sales plans and Bowers & Marena contract; prepare for meeting; meeting with Weingarten, Chorney, Oster, Smith, Furness, McGowan on sales, liquidation | 4.00 |
| 03/05/91 G. EHRLICH | Meeting with E. Bertozzi - Christie's sale - Bower's and Marena sale - general explanation of proceeding and specific matters. | .50 |
| 03/06/91 E. BERTOZZI | Review Christie agreement, letter to M. Weingarten, conference with M. Weingarten; review Miller letter on purchase of coin during Chapter 11, respond; meeting with Cullen on Chorney claims. | 2.00 |
| 03/07/91 E. BERTOZZI | Meeting with Weingarten, Conference with Cullen, Baverstam on sales, Christie | 2.00 |

E-49

| | | |
|---|---|---|
| | and B & M contracts, Motions; conference with Wieck on Peoples Coin turnover. | |
| 03/08/91 G. EHRLICH | Review Exhibits to be included within motion to enter into auctioneer agreement with Bower; review proposed agreement; several telephone conferences with P. Baverstam regarding particulars of agreement - Exhibits with regard to Motion - draft Motion. | 2.50 |
| 03/08/91 E. BERTOZZI | Attention to contract, conference with Per Baverstam on Bowers and Marena contract, modifications needed by trustee, draft revision; research redemption coin issue. | .50 |
| 03/11/91 E. BERTOZZI | Conference with Weingarten, Baverstam on auction contracts, amendments. | .50 |
| 03/11/91 G. EHRLICH | Telephone conference with P. Baverstam - Bowers sale. | .25 |
| 03/12/91 G. EHRLICH | Telephone conference with M. Weingarten - Bowers sale. | .25 |
| 03/13/91 G. EHRLICH | Telephone conferences with P. Baverstam - status of Bower's auction - substitute items to be included in auction and additional items to be included in Christie's sale. | .50 |
| 03/14/91 G. EHRLICH | Telephone call Court regarding any action on Motions. | .25 |
| 03/18/91 E. BERTOZZI | Review Miller claim on coin sale by DIP; conference with Baverstam and Resnick on Bowers and Marena sale; review Furness motion to compromise;letter to Furness on modifications. | .50 |
| 3/19/91 E. BERTOZZI | Conference with Michael Weingarten on sales, report. | .25 |
| 3/20/91 E. BERTOZZI | Meeting with Per Baverstam, | .25 |

E-50

| | | |
|---|---|---|
| | review security program. | |
| 03/22/91 E. BERTOZZI | Review memos for Judge Pettine; attention to Furness letter on compromise motion, letter to Weingarten. | .50 Indicted Sept 17, 92 |
| 03/29/91 G. EHRLICH | Telephone call with P. Baverstein regarding Court's action on Christie's motion and general status. | .25 |
| 03/29/91 E. BERTOZZI | Conference with Baverstam on McCrystal coins; review Smith and Oster objections; review and file Weingarten application. | .75 |
| 03/30/91 E. BERTOZZI | Review information from Furness on Smith deposition; letter to Cullen; review appellate pleadings. | .50 |
| 04/01/91 E. BERTOZZI | Attention to objections on sale motions, conference with Clerk of Bankruptcy Court, conference with P. Baverstam; conference with atttorney Isserlis on redemption coins; conference with P. Baverstam and attorney D'Attilo on McCrystal coins. | 1.00 |
| 4/02/91 E. BERTOZZI | Attention to documents from attorney D'Attilo on McCrystal stamps and coins; conference with Clerk of Bankruptcy Court, P. Baverstam on motions to sell. | .25 |
| 4/08/91 E. BERTOZZI | Conference with J. Oster on sale, attention records. | .25 |
| 4/09/91 E. BERTOZZI | Conference with M. Weingarten on Oster objections, sales, McCrystal collection. | .50 |
| 4/10/91 E. BERTOZZI | Conference with Peter Furness on McCrystal collection issues, appeals; review settlement order, send letter to Peter Furness on revision. | .50 |
| /11/91 E. BERTOZZI | Review Wieck motion; letter to Weingarten. | .25 |

E-57

| | | | |
|---|---|---|---|
| 04/12/91 | A. Corcoran | Review Eastland's appellate's brief; draft joinder in support thereof. | 1.00 |
| 04/16/91 | E. BERTOZZI | Attention to brief and issues on Chorney appeal. | .25 |
| 04/19/91 | G. EHRLICH | Review Examiner's report; draft motion to file under seal. | 1.00 |
| 04/22/91 | A. Corcoran | Review Eastland appellee's brief; conference with E.J. Bertozzi; draft and file Trustee's joinder. | 2.50 |
| 04/22/91 | E. BERTOZZI | Conference with Weingarten, letter to Oster on deposition; review appellate pleadings; conference with Wieck, draft objection to Peoples motion; conference with Oster on sales, deposition. | 1.50 |
| 04/23/91 | E. BERTOZZI | Review appellate brief; conference with Weingarten, Furness, Cullen on Oster issues. | 1.00 |
| 04/26/91 | E. BERTOZZI | Conference with Cullen, Oster, Furness, Weingarten, Chorney on meetings, negotiations; deposition of Weingarten at Oster. | 5.00 |
| 04/29/91 | E. BERTOZZI | Preparation, meeting with Chorney, Oster, Smith, Furness, Cullen, Weingarten on sales; meeting with Cullen, Chorney, Oster, Smith on overall settlement. | 2.00 |
| 04/30/91 | E. BERTOZZI | Conference with Weingarten on sales. | .25 |
| 05/02/91 | E. BERTOZZI | Attention to Smith letter on buyer; letter to Cullen, Smith on deposit. | .25 |
| 05/07/91 | E. BERTOZZI | Conference with Weingarten, Wieck, Furness, McGowan, Chorney, Oster, Smith on sale of People's coins; conference with Weingarten, Furness, McGowan, Geremia on redemption | 1.50 |

E-52

| | | | |
|---|---|---|---|
| | | coin lists and claims. | |
| 05/08/91 | E. BERTOZZI | Conference with Weingarten, Wieck, on Peoples coin sale. | .75 |
| 05/09/91 | G. EHRLICH | Conference with E. Bertozzi; telephone conference call with E. Bertozzi, P. Furness and B. Wickes; negotiate with B. Wickes before hearing; attend hearing. | 2.00 |
| 05/10/91 | E. BERTOZZI | Conference with Weingarten on Peoples Loan coins, offer on sale; conference with Wieck. | .50 |
| 05/10/91 | G. EHRLICH | Telephone calls with M. Weingarten regarding People's; draft motion regarding auction sales; review 506(c) issue. | 2.00 |
| 05/13/91 | G. EHRLICH | File Notice of Hearing regarding Examiner's Motion to Sell by Public Auction. | .25 |
| 05/15/91 | E. BERTOZZI | Conference with Wieck, letter to Weingarten on settlement of Peoples dispute. | .25 |
| 05/17/91 | E. BERTOZZI | Conference with Weingarten, Wieck, reach agreement on People's coin sale. | .25 |
| 05/20/91 | E. BERTOZZI | Conference with Silverstein on sales, settlement, Eastland claim; review Chorney settlement offer. | .50 |
| 05/21/91 | E. BERTOZZI | Conference with Weingarten, Wieck on People's coin sales, conference with Resnick on Smith proposal. | .50 |
| 05/22/91 | E. BERTOZZI | Conference with Weingarten, Wieck, Chorney and attorney on Peoples coin sale and order; hearing at Bankruptcy Court on coin sale, Chorney's contempt motions; further conference with Chorney and attorney Resnick on settlement; further conference with Weingarten on coin sales. | 2.00 |
| 5/24/91 | E. BERTOZZI | Review redemption coin inventory; letter to Geremia. | .25 |

E-53

| | | | |
|---|---|---|---|
| 04/12/91 | A. Corcoran | Review Eastland's appellate's brief; draft joinder in support thereof. | 1.00 |
| 04/16/91 | E. BERTOZZI | Attention to brief and issues on Chorney appeal. | .25 |
| 04/19/91 | G. EHRLICH | Review Examiner's report; draft motion to file under seal. | 1.00 |
| 04/22/91 | A. Corcoran | Review Eastland appellee's brief; conference with E.J. Bertozzi; draft and file Trustee's joinder. | 2.50 |
| 04/22/91 | E. BERTOZZI | Conference with Weingarten, letter to Oster on deposition; review appellate pleadings; conference with Wieck, draft objection to Peoples motion; conference with Oster on sales, deposition. | 1.50 |
| 04/23/91 | E. BERTOZZI | Review appellate brief; conference with Weingarten, Furness, Cullen on Oster issues. | 1.00 |
| 04/26/91 | E. BERTOZZI | Conference with Cullen, Oster, Furness, Weingarten, Chorney on meetings, negotiations; deposition of Weingarten at Oster. | 5.00 |
| 04/29/91 | E. BERTOZZI | Preparation, meeting with Chorney, Oster, Smith, Furness, Cullen, Weingarten on sales; meeting with Cullen, Chorney, Oster, Smith on overall settlement. | 2.00 |
| 04/30/91 | E. BERTOZZI | Conference with Weingarten on sales. | .25 |
| 05/02/91 | E. BERTOZZI | Attention to Smith letter on buyer; letter to Cullen, Smith on deposit. | .25 |
| 05/07/91 | E. BERTOZZI | Conference with Weingarten, Wieck, Furness, McGowan, Chorney, Oster, Smith on sale of People's coins; conference with Weingarten, Furness, McGowan, Geremia on redemption | 1.50 |

E-54

| | | | |
|---|---|---|---|
| | | coin lists and claims. | |
| 05/08/91 | E. BERTOZZI | Conference with Weingarten, Wieck, on Peoples coin sale. | .75 |
| 05/09/91 | G. EHRLICH | Conference with E. Bertozzi; telephone conference call with E. Bertozzi, P. Furness and B. Wickes; negotiate with B. Wickes before hearing; attend hearing. | 2.00 |
| 05/10/91 | E. BERTOZZI | Conference with Weingarten on Peoples Loan coins, offer on sale; conference with Wieck. | .50 |
| 05/10/91 | G. EHRLICH | Telephone calls with M. Weingarten regarding People's; draft motion regarding auction sales; review 506(c) issue. | 2.00 |
| 05/13/91 | G. EHRLICH | File Notice of Hearing regarding Examiner's Motion to Sell by Public Auction. | .25 |
| 05/15/91 | E. BERTOZZI | Conference with Wieck, letter to Weingarten on settlement of Peoples dispute. | .25 |
| 05/17/91 | E. BERTOZZI | Conference with Weingarten, Wieck, reach agreement on People's coin sale. | .25 |
| 05/20/91 | E. BERTOZZI | Conference with Silverstein on sales, settlement, Eastland claim; review Chorney settlement offer. | .50 |
| 5/21/91 | E. BERTOZZI | Conference with Weingarten, Wieck on People's coin sales, conference with Resnick on Smith proposal. | .50 |
| 5/22/91 | E. BERTOZZI | Conference with Weingarten, Wieck, Chorney and attorney on Peoples coin sale and order; hearing at Bankruptcy Court on coin sale, Chorney's contempt motions; further conference with Chorney and attorney Resnick on settlement; further conference with Weingarten on coin sales. | 2.00 |
| 5/24/91 | E. BERTOZZI | Review redemption coin inventory; letter to Geremia. | .25 |

E-55

| | | | |
|---|---|---|---|
| 05/28/91 | E. BERTOZZI | Conference with creditor Schiffman on claim. | .25 |
| 05/30/91 | E. BERTOZZI | Conference with Hershel Smith, letter to Cullen on settlement negotiations. | .25 |
| 05/31/91 | E. BERTOZZI | Review letter from Wieck on Peoples designation of auction house; conference with Baverstam. | .25 |

Total Hours 92.25

Total for Services $17,607.50

isbursements

| | | |
|---|---|---|
| 10/15/90 | Outside Contract Delivery-Providence/AC 380 Westminster Street | 1.00 |
| 10/15/90 | Outside Contract Delivery-Providence/AC 380 Westminster Street | 1.00 |
| 10/16/90 | Outside Contract Delivery-Providence/AC USDC | 1.00 |
| 10/16/90 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 12/26/90 | Computer Research-Providence -Lexis- AC | 5.18 |
| 12/26/90 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 12/26/90 | Outside Contract Delivery-Providence/EJB Eastland Bank Cranston | 15.00 |
| 12/26/90 | Outside Contract Delivery-Providence/EJB 1000 Park Ave. | 13.50 |
| )1/03/91 | Outside Contract Delivery-Providence/EJB 380 Westminster | 1.00 |
| )1/09/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 2/01/91 | Outside Contract Delivery-Providence/EJB 380 Westminster | 1.00 |
| 2/07/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 2/07/91 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| 2/11/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| 2/12/91 | Outside Contract Delivery-Providence/EJB Bankruptcy Court | 1.00 |
| /18/91 | Overnight Express-Providence/EJB | 15.00 |
| /28/91 | Outside Contract Delivery-Providence/EJB HASC | 1.00 |
| /29/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| /15/91 | Outside Contract Delivery-Providence/AC USDC | 1.00 |
| /23/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| /19/91 | Outside Contract Delivery-Providence/AC 380 Westminster Street | 1.00 |

E-56

| | | |
|---|---|---|
| 04/23/91 | Outside Contract Delivery-Providence/AC Federal Building | 2.00 |
| 05/10/91 | Outside Contract Delivery-Providence/GPE Round Trip | 2.00 |
| 05/13/91 | Outside Contract Delivery-Providence/GPE USBC Round Trip | 2.00 |
| 05/28/91 | Petty Cash-Providence -FIling fees- EJB | 15.00 |
| 05/28/91 | Outside Contract Delivery-Providence/EJB USBVC | 1.00 |
| | Xerox | 522.84 |
| | Special Mailing | 465.60 |
| | Long Distance Telephone and Fax | 463.62 |
| | Disbursements Total | $1,539.74 |
| | Total This Statement | $19,147.24 |

F-57

EDWARDS & ANGELL

sellors at Law

2700 Hospital Trust Tower
Providence, RI 02903
(401) 274-9200
Telex 952001 "E A PVD"
Telecopier (401) 276-6611

October 25, 1991

John F. Cullen, Esq.
Cullen & Resnick
Historic Navy Yard
Shipway Place C-3
Boston, MA 02129

Dear Jack:

I'm enclosing Edwards & Angell's bill for services dated August 31, 1991. This is for informational purposes only and will be the subject of a future fee application.

Please call me if you have any questions or comments.

Very truly yours,

Edward J. Bertozzi, Jr.

E-58

EDWARDS & ANGELL

unsellors at Law

2700 Hospital Trust Tower
Providence, Rhode Island 02903
401 274-9200

Fed. ID # 05-0135015

ohn F. Cullen
ullen & Resnick
istoric Navy Yard
hipway Place C-3

or Professional Services Rendered

28488-88634

August 31, 1991

umberland Investment Corp.

| | | | |
|---|---|---|---|
| 06/03/91 | E. BERTOZZI | Conference with Silverstein on settlement; conference with Wieck on Peoples coin sale. | .25 |
| 06/03/91 | E. BERTOZZI | Conference with attorney for redemption coin claimant; conference with Baverstam on Peoples coin sale. | .25 |
| 06/06/91 | E. BERTOZZI | Meeting with Daugherty, Silverstein, Weingarten on sales; meeting with Oster on orders, work on orders. | 1.50 |
| 06/12/91 | E. BERTOZZI | Conference with Daugherty on bills, draft motion to pay and borrow. | .50 |
| 06/13/91 | E. BERTOZZI | File motion on administrative expense; review Manter letter on sale offer; letter to Cullen and Weingarten; conference with McGee of Marquette on safe deposit boxes; conference with Weingarten on auctions, sale. | 1.00 |
| 6/14/91 | E. BERTOZZI | Conference with Oster on orders; attention to Marquette letter; letter to Cullen. | .50 |
| 6/17/91 | E. BERTOZZI | Conference with Weingarten on sales, court procedure. | .50 |
| 6/18/91 | E. BERTOZZI | Conference with Wieck, Baverstam, Weingarten on midamerica sale, letter to Weingarten; conference with Weingarten on bulk sale; conference with Bankruptcy Court clerk. | .75 |
| 6/20/91 | E. BERTOZZI | Review docket, transcript, motions, objections, draft order on Chorney; letter to Bankruptcy Cour; draft order on discovery, letter to clerk; attention to letter, reply to | 1.25 |

E-59

ASE INCLUDE THE ENCLOSED COPY OF THIS BILL WHEN FORWARDING YOUR PAYMENT.

umberland Investment Corp.

| | | | |
|---|---|---|---|
| | | coin claimant. | |
| 07/10/91 | E. BERTOZZI | Conference with Cullen, attend hearing on Shine fee application; review order on Chorney; letter to Weingarten on preparation for hearing; conference with Weingarten, Cullen, Silverstein on sale of coins, attention to Chorney notice of appeal. | 1.00 |
| 07/11/91 | E. BERTOZZI | Conference with Wieck, Baverstam, on Mid America sale; conference with Baverstam, Marquette on safe deposit boxes; review Oster motions. | .50 |
| 07/16/91 | E. BERTOZZI | Conference with Resnick, Silverstein, Weingarten on Manter sale. | .75 |
| 07/17/91 | E. BERTOZZI | Meeting with Geremia on redemption coin issues; conference with McGowan on settlement. | .50 |
| 7/18/91 | E. BERTOZZI | Meeting with Silverstein, Cullen, conference with Weingarten on sales alternatives; hearing at Bankruptcy Court on objection to court reporter bill, meeting with redemption coin claimants. | 3.50 |
| 7/19/91 | E. BERTOZZI | Confeence with McGee at Marquette, Baverstam on coins, safe deposit boxes; review materials from attorney Datielo on McCrystal collection. | 1.00 |
| /22/91 | E. BERTOZZI | Conference with attorney for redemption coin claimant; conference, negotiate with Smith, Manter, Weingarten, Resnick on bulk sale, draft bid condition letter. | 2.00 |
| /23/91 | E. BERTOZZI | Conference with Silverstein; letter to Smith on Manter; | 1.00 |

E-60

mberland Investment Corp.

| | | | |
|---|---|---|---|
| | | conference with Bankruptcy Court Clerk, letter to trustee et al on Aubin hearing | |
| 07/24/91 | E. BERTOZZI | Call from McQueen at Eastland on outstanding issues; conferences with Bankruptcy Court Clerk, Cullen, Weingarten on Chorney hearing | .50 |
| 07/30/91 | E. BERTOZZI | Meeting with Silverstein, McQueen, Geremia, conference with Weingarten on liquidation of assets, settlement of redemption coin claims, letter to Marquette. | 1.75 |
| 08/01/91 | E. BERTOZZI | Negotiate with Smith on Manter deal; conference with Resnick on Eastland proposal; meetings with Weingarten on Eastland proposal, liquidation; prepare objection to Chorney's recusal motion. | 1.50 |
| 8/02/91 | E. BERTOZZI | Conference with attorney Sereze on brief on recusal; conference on sale; file objection to recusal motion. | .50 |
| 8/05/91 | E. BERTOZZI | Research recusal, prepare for hearing on Chorney motion, conference with Litman on claimants. | 1.50 |
| 3/06/91 | E. BERTOZZI | Conference with Silverstein, letter to Baverstam on Chorney safe deposit box; prepare for recusal hearing. | .75 |
| 3/07/91 | E. BERTOZZI | Attention to letter from Silverstein; letter to Weingarten on auction accounting; conference with Baverstam, draft Rule 2004 motion on safe deposit box | .50 |
| /08/91 | E. BERTOZZI | Conference with attorney Wieck on mid america sale; review deposit box motion | .25 |
| /09/91 | E. BERTOZZI | Review notice of sale on computer; draft motion to reduce notice | .25 |

F-61

mberland Investment Corp.

| | | | |
|---|---|---|---|
| 08/14/91 | E. BERTOZZI | Review Silverstein letter on bank proposal, forward to Cullen et al; conference with claimant. | .25 |
| 08/15/91 | E. BERTOZZI | Conference and negotiations with Geremia, McGowan, Weingarten on redemption coins; conference with Weingarten, Resnick on liquidation, Eastland proposal; conference with Resnick on bond. | 1.50 |
| 08/16/91 | E. BERTOZZI | Draft and file motion to limit notice on computer sale. | .25 |
| 08/20/91 | E. BERTOZZI | Conference with Silverstein on safe deposit box; prepare and file motion to examine; | .75 |
| 08/21/91 | E. BERTOZZI | Memo to Cullen, Silverstein, on Manter buyer; conference with Oster. | .25 |
| 08/22/91 | E. BERTOZZI | Conference with attorney for redemption coin claimant. | .25 |
| 08/23/91 | E. BERTOZZI | Call from redemption coin claimant. | .25 |
| 08/26/91 | E. BERTOZZI | Attention to Smith letter on Manter offer; conference with Court clerk, letter to Silverstein on Chorney appeal; conference with Baverstam on opening safe deposit boxes | .50 |
| 8/28/91 | E. BERTOZZI | Work on status report | .50 |
| 8/29/91 | E. BERTOZZI | Complete report to Court; conference with Weingarten on report, bank proposal. | .75 |

Total Hours 29.50

Total for Services $6,195.00

bursements

| | | |
|---|---|---|
| 5/14/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 5/20/91 | Outside Contract Delivery-Providence/EJB USBVC | 1.00 |
| 3/09/91 | Outside Contract Delivery-Providence/EJB USBC | 1.00 |
| 3/20/91 | Outside Contract Delivery-Providence/EJB USBVC | 1.00 |
| | Xerox-Providence | 32.89 |
| | Long Distance Telephone and Fax | 154.95 |

Disbursements Total $191.84

Total This Statement $6,386.84

E-62

EXHIBIT C
R.I. BANKR. FORM C.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re

CUMBERLAND INVESTMENT CORPORATION
Debtor

Chapter 7
Case No. 89-bk-11051

FEE APPLICATION SUMMARY SHEET

Name of Applicant: Edwards Angell Palmer & Dodge LLP
Role in Case: Attorney for Trustee.

Fees previously requested: None
Fees previously awarded: None
Expenses previously requested: None
Expenses previously awarded: None
Retainer paid: None

Current Application:
Fees requested: $45,953.75
Expenses requested: $3,764.47
Blended hourly rate: approximately $175.00

Name of Professional:
Edward J. Bertozzi, Jr., partner
admitted to practice: 1967
hours billed: 190 approximately
rate: $190 to $210 per hour

Theodore Mocarski
admitted to practice: RI - Unknown
hours billed: 13 approximately
rate: $125 per hour

E-63

Andrea Corcoran
admitted to practice: RI - 1990
hours billed: 45.75 approximately
rate: $125 per hour

Gayle Ehrlich
admitted to practice: RI - 1986; MA - 1985
hours billed: 9.75 approximately
rate: $135 per hour

total for application: $49,718.22

E-64

EXHIBIT D
R.I. BANKR. FORM C.4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re

CUMBERLAND INVESTMENT CORPORATION Debtor — Chapter 7, Case No. 89-bk-11051

## FINAL FEE ALLOWANCE SUMMARY

**FEES:**

1. Period of Services in this Case: August 23, 1990 to August 29, 1991
2. Total Hours of Services Performed *for which fee is requested* in this Case: 258.50
3. Blended Hourly Rate for Fees Requested: (Excluding paraprofessionals) $175 approximately
4. Total Fee Award Requested: $45,953.75
5. Retainer Credited Against Award: none
6. Interim Fees Allowed and Credited Against Award: none
7. Final Payment Requested: $45,953.75
8. Approximate Distribution to Creditors in this Case:
   (a) Administrative: not available at time of filing
   (b) Secured: not available at time of filing
   (c) Unsecured: not available at time of filing

**EXPENSES:**

1. Total Expense Reimbursements Requested: $3,764.47
2. Expenses Allowed to Date: none
3. Expense Request for entire case: $3,764.47
4. Breakdown of Item No. 3 Total: $3,764.47
   a. Travel Expense: $ none
   b. Postage: $ 100.00
   c. Photocopies, telephone and telecopy: $ 3159.00
   d. Express Mail/Messenger: $ 127.00
   e. Overtime Charges: $ 72.00
   f. Other Expenses (Itemize): $ 306.47
      Answering machine 114.26
      Computer research 9.21
      Filing fees, subpoenas, depositions 183.00

E-65

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007 a true and accurate copy of the First and Final Application for Fees and Expenses of Edwards Angell Palmer & Dodge LLP was sent electronically to Jason D. Monzack, Trustee, and Leonard DePasquale, U.S. Trustee, and by first class mail t[redacted]ing Drive, Johnston, Rhode Island 02919.

Martha Fulton

E-66