US Bankruptcy Court, DRI

## US Bankruptcy Court, DRI

Home | Profile | Register | Active Topics | Members | Search | FAQ

**Username:** **Password:** LOGIN

Save Password

All Forums
Calendars
Court Calendar
Thursday, March 27, 2008

Forum Locked
Printer Friendly

**Author** **Topic**

**Cindy**
Moderator

USA
740 Posts

Posted - 03/21/2008 : 15:47:39

10:00

Cabral M/EMC Mortgage for RFS Goldman Boyajian Walsh 07-10007

Dennison M/Mtg Electronic Regis RFS Harmon Raskin 08-10336

Martino M/Daimler Chrysler RFS Laing Jacquard Eastwood 07-12696
M/IndyMac Bank for RFS

Moreira Affidavit of Non-Compliance Raskin Boyajian Davis 07-11279

Pike M/Washington Mutual RFS Pitts Kiselica 08-10433

Salley M/Residential Funding for RFS Berman Harmon 08-10442

Scialla M/Rockland Fed CU RFS Raskin Cashman 07-11694

Vinacco M/GRP Loan for RFS (2) Carlotto Boyajian Bijesse 07-12491

Wilson M/Option One Mtg for RFS Bijesse Davis Boyajian 07-12066

Coates Debtor's M/Vacate Discharge LaFazia Richardson 07-12411

Simone M/Debtor to Reconsider Dismissal D'Amico Boyajian 08-10166

Friedman M/Extend Discovery Deadlines Raskin Butler 05-15202 06-1064

Kilmartin Trustee's Status Report Richardson 07-10475

Mattera Pro Se Reaffirmation Agreement Mattera Gomes 07-12670

Medeiros Trustee's Obj to Claim Boyajian Laing Lefebvre 07-11889

Petsching Reaffirmation w/Systems & Services Sciolto 08-10337

Rodrigues Debtor's M/Dismiss; Tee Response Rodrigues Boyajian 08-10257

Akinrimisi Chapter 13 Amended Plan Raskin Boyajian 07-12331
Austin Chapter 13, Tee Objection Heitke Boyajian 08-10158

Borges Chapter 13, Tee Objection Boyajian Carley 07-12327

Brinkman Chapter 13, Amended Plan Iascone Boyajian 08-10258
Corporan Chapter 13 Confirmation Boyajian Goldman 08-10214

Coulter Amended Plan; M/Amend 22C Heitke Boyajian 07-11716

DiDino Chapter 13, Amended Plan Pisaturo Boyajian 07-11970
Dupre Chapter 13 Confirmation Boyajian Raskin 08-10167

Hanos Chapter 13, Tee Objection Hathaway Boyajian 08-10213

Macomber Chapter 13, Amended Plan Allienello Boyajian 07-12476
Perry Chapter 13, Tee Objection Carley Boyajian 07-12329

Telfer Chapter 13, Objections Tee and Boyajian Goldman Walsh 08-10286
Downey Savings
Veillette Chapter 13, Amended Plan Goldman Boyajian 07-12650

Jencks/Elliot Chapter 13 Confirmation Pro Se Boyajian 08-10215

Lopez Confirmation, Amended Plan, Obj. Lonardo Ennis Boyajian 06-10693
Debtor's Motions to Modify Claims

Brushy Brook Status Hearing; M/LR6-A LLC RFS Boyajian Pisaturo McGowan Wieck
05-13009 07-11840

Unita Packing M/UST to Convert; M/Ford RFS Laing Donahue Richardson 07-10373
Amended D.S. and Objections Indeglia Carlotto Harrington

Cumberland Trustee's Appl for Commission Monzack Bertozzi Cullen 89-11051
Investment Fee Appl of Edwards and Angell Chorney Donahue
Fee Appl of John Cullen

11:00

Vargas C/Pettigrews v. Deb et al PreTrial Blais Furness Lawton 07-10157 07-1042

11:30

Pawtuxet M/Debtor for Authority to Richardson Donahue Mulhearn Wieck 07-11767
Valley Obtain Credit, Obj Bank RI

Edited by - Cindy on 03/26/2008 17:05:13

Topic

Forum Locked
Printer Friendly

Jump To: Select Forum

US Bankruptcy Court, DRI

© © 2000 - 2001 Snitz Communications

Snitz Forums 2000