***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

Re: **Cumberland Investment Corporation**

Debtor(s)

BK No. 1:89-bk-11051

Chapter: 7

# ***Notice of Continued Hearing***

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

***Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # [972]) (related document(s)[971] Document, [967] Memorandum of Law,, [966] Generic Motion, ). Hearing scheduled for 3/27/2008 at 10:00 AM at 6th Floor Courtroom.***

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **2/25/08**
Document Number: **973 - 966, 967, 971, 972**

By: **CAL**
Deputy Clerk

504.jsp #504