**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**HAROLD F. CHORNEY**
**Appellant**

**V.** **C.A. No.: 08-189ML**

**JASON D. MONZACK**
**JOHN F. CULLEN**
**Appellee**

**APPELLEE, JASON D. MONZACK IN HIS CAPACITY AS CHAPTER 7 TRUSTEE, RESPONSE TO APPELLANT'S STATEMENT OF THE ISSUES**

1. The appellant, Harold F. Chorney ("Chorney"), lacks standing to appeal those issues which he seeks to raise on appeal.

2. The issues which appellant Chorney seeks to raise on appeal have been previously decided by final orders and judgments.

Respectfully submitted,

/s/ Jason D. Monzack
Jason D. Monzack, in his capacity as
Chapter 7 Trustee, Appellee
Jason D. Monzack, Esq., #1445
KIRSHENBAUM & KIRSHENBAUM
Attorneys at Law, Inc.
888 Reservoir Avenue
Cranston, RI 02910
(401) 946-3200 Phone
(401) 943-8097 Fax

**HAROLD F. CHORNEY**
**V. JASON D. MONZACK, JOHN F. CULLEN**
**C.A. No.: 08-189ML**

## CERTIFICATION

I, the undersigned, hereby certify that on the 30th day of July, 2008, I sent a copy of Appellee, Jason D. Monzack's Response to Appellant's Statement of the Issues by prepaid first class mail to the following:

Gary Donahue, Esq.
U.S. Trustee's Office
10 Causeway Street
Boston, MA 02222

Edward J. Bertozzi, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Harold Chorney
16 Spring Drive
Johnston, RI 02919

U.S. Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

**/s/ Jason D. Monzack**