**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**HAROLD F. CHORNEY**
**Appellant**

**V.** **C.A. No.: 08-189ML**

**JASON D. MONZACK**
**JOHN F. CULLEN**
**Appellee**

**APPELLEE, JASON D. MONZACK IN HIS CAPACITY AS CHAPTER 7 TRUSTEE, OBJECTION TO APPELLANT'S MOTION TO CONSOLIDATE APPEALS**

Now comes Jason D. Monzack, in his capacity as Chapter 7 Trustee in bankruptcy for Cumberland Investment Corporation and objects to Appellant's motion to consolidate as follows:

1. Appellant, Harold F. Chorney ("Chorney"), relies on Fed. Rules Civ. Proc. Rule 42(a). This rule applies to the consolidation of more than one action pending in the District Court.

2. Rule 42(a) does not provide for the consolidation of actions pending in the District Court and the Court of Appeals.

3. The Court of Appeals matter referenced by Chorney is presently subject to the Court of Appeals February 28, 2008 show cause order, a copy of which is attached hereto as Exhibit A.

4. Chorney filed a response to the show cause order and the parties are awaiting the Court of Appeals decision.

**WHEREFORE**, Appellee Jason D. Monzack in his capacity as Chapter 7 Trustee, objects to Chorney's motion and requests that this Honorable Court enter its Order denying Chorney's motion and ordering such other and further relief as this Honorable Court deems meet and just.

Respectfully submitted,

/s/ Jason D. Monzack
Jason D. Monzack, in his capacity as
Chapter 7 Trustee, Appellee
Jason D. Monzack, Esq., #1445
KIRSHENBAUM & KIRSHENBAUM
Attorneys at Law, Inc.
888 Reservoir Avenue
Cranston, RI 02910
(401) 946-3200 Phone
(401) 943-8097 Fax

**HAROLD F. CHORNEY**
**V. JASON D. MONZACK, JOHN F. CULLEN**
**C.A. No.: 08-189ML**

## CERTIFICATION

I, the undersigned, hereby certify that on the 30th day of July, 2008, I sent a copy of Appellee, Jason D. Monzack in his Capacity as Chapter 7 Trustee, Objection to Appellant's Motion to Consolidate Appeals by prepaid first class mail to the following:

Gary Donahue, Esq.
U.S. Trustee's Office
10 Causeway Street
Boston, MA 02222

Edward J. Bertozzi, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Harold Chorney
16 Spring Drive
Johnston, RI 02919

U.S. Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

**/s/ Jason D. Monzack**