DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

Harold F. Chorney
Appellant

v. CA 08-189ML

Jason D. Monzack
John F. Cullen
Appellants

RESPONSE OF EDWARDS ANGELL PALMER & DODGE LLP
TO APPELLANT'S STATEMENT OF THE ISSUES

1. This appeal arises from Bankruptcy Judge Votolato's Order of May 8, 2008 (Dkt. No. 1007), denying Appellant's Motion to Clarify (Dkt. No. 966), which Appellant filed in response to the fee application (the "Fee Application") filed by Edwards Angell Palmer & Dodge LLP ("EAPD") on July 20, 2007, requesting fees and expenses for the period August 23, 1990, through August 29, 1991, during which time EAPD represented John F. Cullen, the Chapter 11 Trustee of Cumberland Investment Corporation (the "Debtor").

2. The issues in this appeal are essentially only two:

(a) Given that Appellant will never receive any of the funds of the Debtor's bankruptcy estate, Appellant is not aggrieved by the payment of a portion of said funds to EAPD as partial payment of EAPD's Fee Application, and thus Appellant has no standing to participate in the Bankruptcy Court's adjudication of EAPD's Fee Application.

(b) The issues which Appellant seeks to raise on this appeal have been previously decided by final orders and judgements.

Respectfully submitted,

Edward J Bertozzi Jr

Edward J. Bertozzi Jr. (riba #1124)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401 274 9200
fax 401 276 6611
email: ebertozzi@eapdlaw.com
July 31, 2008

**HARAROLD F. CHORNEY**
**V. JASON D. MONZACK, JOHN F. CULLEN**
**C. A. NO. 08-189ML**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 31st day of July, 2008, I sent a copy of the Response of Edwards Angell Palmer & Dodge LLP to Appellant's Statement of the Issues by prepaid first class mail to the following:

Gary Donahue, Esq.
U.S. Trustee's Office
10 Causeway Street
Boston, MA 02222

Jason D. Monzack, Esq.
KIRSHENBAUM & KIRSHENBAUM
888 Reservoir Avenue
Cranston, RI 02910

Harold Chorney
16 Spring Drive
Johnston, RI 02919

U.S. Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

Patricia Zosa

PRV 967044.1