UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAROLD F. CHORNEY

v. CA 08-189 ML

JASON D. MONZACK
JOHN F. CULLEN

MEMORANDUM AND ORDER

This matter is before the Court on Appellant's Motion to Consolidate the instant appeal with another matter that is presently before the Court of Appeals. For the reasons set forth in the Trustee's opposition, the Motion is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 31, 2008