**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: CUMBERLAND**
**INVESTMENT CORPORATION**

**Harold F. Chorney**
**Appellant**

**v.** **CA 08-189ML**

**Jason D. Monzack**
**John F. Cullen**
**Appellee**

**APPELLANT'S MOTION TO BE**

**EXCUSED FROM COURT APPEARANCE**

**FROM OCTOBER 13, 2008 TO OCTOBER 31, 2008**

Now comes Appellant Harold F. Chorney, Pro Se, with property interests and an interested party in the above captioned matter, and requests that he be excused from any court appearances during the time period from October 13, 2008 and October 31, 2008.

Appellant states for cause that he and his family have made mutual plans going back to February of this year where Appellant was to be with his grandchildren and care for their pets in California while his daughter and son-in-law would be in Europe with their siblings for this time period. Said trip has been planned for many months. Both Appellant and his daughter and son-in-law and others have paid for their flight tickets based upon this mutual understanding. (Copy of Appellant's Ticket Confirmation is attached.)

Upon information and belief, the lack of presence of Appellant in court for this time period would not cause any harm to the court or to the parties.

Respectfully Submitted,

Harold F. Chorney

Harold F. Chorney
16 Spring Drive
Johnston, R.I. 02919
401 934-0536

**CERTIFICATION**

I hereby certify that on this 26th day August 2008, I sent a copy of the above by first class mail to the following:

John F. Cullen
Law Office of John F. Cullen, PC
17 Accord Park Drive, Ste 103
Norwell, MA 02061

Jason D. Monzack
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, R.I. 02910

Edward J. Bertozzi, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, R.I. 02903

Leonard DePasquale, AUST
Office of the U.S. Trustee
10 Dorrance Street
Providence, R.I. 02903

Harold F. Chorney

HAROLD F. CHORNEY

Case 1:08-cv-00189-ML Document 17 Filed 08/26/2008 Page 3 of 3

# Ticketless Confirmation - CHORNEY/HAROLD -

**From:** Southwest Airlines <SouthwestAirlines@mail.southwest.com>
**To:** HFCHORNEY@earthlink.net
**Subject:** Ticketless Confirmation - CHORNEY/HAROLD -
**Date:** Jul 3, 2008 3:06 PM

SOUTHWEST.COM

AVIS Up to 25% off car rentals from Avis. To redeem, enter K024700 in the Corp/ID field

**Receipt and Itinerary as of 07/03/08 2:06 PM**

**Confirmation Number**
**25N8UV**

Sit Where You Like

Confirmation Date: 07/03/08
Received: HAROLD

**Passenger Information**

**Passenger Name**

CHORNEY/HAROLD

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Sun Oct 12 | 378 | Depart PROVIDENCE RI (PVD) at 10:55 AM<br>Arrive in LAS VEGAS NV (LAS) at 3:10 PM |
| Tue Oct 14 | 1003 | Depart LAS VEGAS NV (LAS) at 4:25 PM<br>Arrive in LOS ANGELES INTL (LAX) at 5:40 PM |
| Thu Oct 30 | 239 | Depart LOS ANGELES INTL (LAX) at 12:40 PM<br>Arrive in PROVIDENCE RI (PVD) at 11:05 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 438.15 |
| Tax | $ 53.85 |
| PFC Fee | $ 13.00 |
| Security Fee | $ 7.50 |

**Total Payment: $512.50**

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation: