**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**HAROLD F. CHORNEY**
**Appellant**

**V.**

**JASON D. MONZACK**
**JOHN F. CULLEN**
**Appellee**

**C.A. No.: 08-189ML**

# REPLY BRIEF OF APPELLEE, JASON D. MONZACK, in his capacity as Chapter 7 Trustee of Cumberland Investment Corporation

# TABLE OF CONTENTS

Page

**TABLE OF AUTHORITIES**........................................................................ i

**REPLY**........................................................................................1

**CONCLUSION**.................................................................................. 2

**ADDENDUM**..................................................................................... 4

# TABLE OF AUTHORITIES

Page

Chorney v. Republic Credit Corporation, 2003 WL 21435745 (C.A. 1 (R.I.)) .................. 1

Chorney v. Weingarten, 7 F.3d 218, 1993 WL 372751 (C.A. 1 (R.I.)) ......................... 1

In re: Cumberland Investment Corporation, United States Court of Appeals
For the First Circuit, Case No. 07-8038 ............................................................. 1

**REPLY**

Harold F. Chorney's ("Chorney") brief serves as further evidence that he continues to seek to raise issues that have either long ago been decided against him or that have nothing to do with the hearing that is the subject of Chorney's appeal. The hearing that gave rise to Chorney's appeal dealt with the awarding of attorney's fees to Edwards Angell Palmer & Dodge, LLP ("Edward & Angell"). Notwithstanding the fact that the instant appeal arose from the awarding of counsel fees to Edwards & Angell, Chorney, in his statement of the issues in his brief, questions the validity of the Bankruptcy Court's November 3, 2004 order. That order was never appealed to the U.S. District Court and certainly cannot be timely appealed now, almost five (5) years after its entry. The November 3, 2004 order has never been the subject of a properly filed notice of appeal. On November 2, 2007 Chorney filed a motion to appeal and/or amend the November 3, 2004 Bankruptcy Court order directly with the United States Court of Appeals for the First Circuit. That motion was dismissed by the First Circuit on August 5, 2008 for lack of jurisdiction (copy of Judgment dismissing Chorney's appeal attached hereto as page B-1 to ADDENDUM). The November 3, 2004 order and the other issues referenced by Chorney in his brief appear to be unrelated to the issues referenced in Chorney's notice of appeal, i.e. the Bankruptcy Court Judgment of May 8, 2008 denying Chorney's motion to clarify and denying Chorney standing to oppose the fee application of Edwards & Angell. In his brief Chorney does not appear to be arguing the issues it appeared he was trying to raise on appeal in his notice of appeal. Chorney's brief lays bare his continuing strategy of filing pleadings that are "totally unsupportable", "fabricated", "out of touch with reality" and "frivolous" in an attempt to raise issues long ago decided against him. See Chorney v. Weingarten, 7 F.3d 218, 1993 WL 372751 (C.A. 1 (R.I.)) (non published per curiam opinion)(copy attached to Jason D. Monzack's brief as pages C-1 through C-10 to ADDENDUM to Monzack's brief filed herein on August 20, 2008). This appeal by Chorney continues his long standing pattern of taking appeals from court decisions that Chorney views as adverse to his interests. For two of his most recent appeal dispositions See Chorney v. Republic Credit Corporation, 2003 WL 21435745 (C.A. 1 (R.I.))(appeal dismissed for lack of standing and the barring effect of prior final orders and judgments)(copy of June 20, 2003 slip copy affirmation by United States Court of Appeals for the First Circuit attached hereto as page A-1 to ADDENDUM) and In re: Cumberland Investment Corporation, United States Court of Appeals for the First Circuit, Case No. 07-8038

(appeal dismissed for lack of jurisdiction)(copy of August 5, 2008 Judgment attached hereto as page B-1 to ADDENDUM).

## CONCLUSION

Chorney's appeal should be denied and dismissed for lack of standing and the barring effect of prior final orders and judgments and the subject Bankruptcy Court order and judgment should be affirmed.

Respectfully submitted,

**/s/ Jason D. Monzack**
Jason D. Monzack, in his capacity as
Chapter 7 Trustee, Appellee
Jason D. Monzack, Esq., #1445
KIRSHENBAUM & KIRSHENBAUM
Attorneys at Law, Inc.
888 Reservoir Avenue
Cranston, RI 02910
(401) 946-3200 Phone
(401) 943-8097 Fax

## CERTIFICATION

The undersigned certifies that on August 27, 2008, a copy of the foregoing Reply Brief of Appellee, Jason D. Monzack, in his capacity as Chapter 7 Trustee of Cumberland Investment Corporation was electronically filed with the Clerk of the District Court of the United States for the District of Rhode Island using the CM/ECF System. The following CM/ECF participants have received notice electronically:

Edward J. Bertozzi, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
ebertozzi@eapdlaw.com

and my office mailed by prepaid first class mail to the following:

Gary Donahue, Esq.
U.S. Trustee's Office
10 Causeway Street,
Boston, MA 02222

U.S. Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903

Harold Chorney
16 Spring Drive
Johnston, RI 02919

**/s/ Jason D. Monzack**

# ADDENDUM

**A.** June 20, 2003 per curiam opinion of United States Court of Appeals for the First Circuit, Chorney v. Republic Credit Corporation, 2003 WL 21435745 (C.A. 1 (R.I.)). A-1

**B.** August 5, 2008 Judgment of United States Court of Appeals For the First Circuit, In re: Cumberland Investment Corporation, Case No. 07-8038 B-1

Westlaw.



**H**
In re Cumberland Inv. Corp.
C.A.1 (R.I.),2003.
Only the Westlaw citation is currently available.This case was not selected for publication in the Federal Reporter.Not for Publication in West's Federal Reporter.Please use FIND to look at the applicable circuit court rule before citing this opinion. First Circuit Rule 36(b). (FIND CTA1 Rule 36.)

United States Court of Appeals,First Circuit.
In re CUMBERLAND INVESTMENT CORPORATION, Debtor.
Harold F. CHORNEY, Appellant,
v.
REPUBLIC CREDIT CORPORATION I, Appellee.
**No. 02-1976.**

June 20, 2003.

Appeal from the United States District Court for the District of Rhode Island, Ernest C. Torres , U.S. District Judge.

Harold F. Chorney on brief pro se.
Justin T. Shay and Cameron & Mittleman LLP on brief for appellee.

Before BOUDIN , Chief Judge, CAMPBELL , Senior Circuit Judge, and LIPEZ , Circuit Judge.

PER CURIAM.
*1 We have jurisdiction over this appeal because the notice of appeal was filed within thirty days of the district court's order disposing of appellant's motion for "reconsideration," a motion we think properly construed as "a motion to alter or amend the judgement under Rule 59."*See* Fed. R.App. P. 4(a)(4)(A)(iv)

Reviewing the judgment below in light of the record on appeal and the arguments in appellant's brief, we *affirm* the district court's summary dismissal of this appeal from an order of the bankruptcy court for reasons of lack of standing and the barring effect of prior final orders and judgments.

*Affirmed.*

C.A.1 (R.I.),2003.
In re Cumberland Inv. Corp.
Slip Copy, 2003 WL 21435745 (C.A.1 (R.I.))

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# United States Court of Appeals
## For the First Circuit

No. 07-8038

IN RE: CUMBERLAND INVESTMENT CORPORATION,

HAROLD F. CHORNEY,

Petitioner,

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

JUDGMENT

Entered: August 5, 2008

Appellant Harold Chorney has filed a motion in this court seeking "to appeal [from] and/or amend" a bankruptcy court order dated November 3, 2004. He has done so without pursuing an intermediate appeal to the district court or the Bankruptcy Appellate Panel. Even if the instant appeal could somehow be deemed timely, this court lacks jurisdiction, absent certification under 28 U.S.C. § 158(d)(2), to entertain appeals directly from the bankruptcy court. See, e.g., In re Wright, 492 F.3d 829, 831 (7th Cir. 2007) (accepting certified appeal from bankruptcy court).

The appeal is dismissed for lack of jurisdiction.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Harold Chorney
John Boyajian
John Fitzgerald, III
Matthew McGowan
Jason Monzack